

R. David Paulison
Acting Director
Emergency Preparedness and Response

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

03/24/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No. 939257696

Disaster No. 1603

MR JOSEPH W DOUGLAS
3102 HILLCREST DR APT 8C
SAN ANTONIO, TX 78201-6821

Dear Mr. Douglas:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Rental Assistance | INO - Ineligible - Other |
| Total Grant Amount: | $0.00 |

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

**PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.**

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. **A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.**

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may

go to www.usps.gov on the web, or call 1-800-ASK-USPS, or pick up a Change of Address form at any Post Office.

If you disagree with this decision, you have the right to appeal within 60 days of the date of this letter. If you have any other disaster-related questions, please read the NOTICES included in this letter, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.


Sincerely,                                                          SUPER

Individuals and Households Program Officer

Case 1:06-cv-01521-RJL    Document 1-2    Filed 08/29/2006    Page 3 of 17

 

R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

05/25/2006

FEMA Application No.939257696

Disaster No. 1603

MR JOSEPH W DOUGLAS
3102 HILLCREST DR APT 8C
SAN ANTONIO, TX 78201-6821

Dear Mr. Douglas:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster help. Listed below are the decisions that have been made regarding your appeal. For a full explanation of the decisions, please refer to the section called **"If You Are Not Eligible For Help"** in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program which was mailed to you after you applied for assistance.

| **CATEGORIES** | **DETERMINATION** |
|---|---|
| Rental Assistance | INC - Ineligible - No change on appeal, original ineligible status stands |
| Total Grant Amount: | $0.00 |

### PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

If a decision results in a monetary award, you will soon receive a check (s) at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you have any questions about this decision please refer to the HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program or call the FEMA Helpline at **1-800-621-FEMA (3362)** (hearing/speech impaired only, call **1-800-462-7585**), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,                                                                    ASUPER

Individuals and Households Program Officer

**TURN OVER FOR IMPORTANT NOTICES**

# NOTICES

1. This letter is about your request for help from FEMA only. Money received from FEMA should be used as specified in the category above. If you do not use the money as specified, you and/or your household may not be eligible for additional help from FEMA.

2. If you have funds available or have received funds from another source for disaster losses that duplicates money received from FEMA, you may be required to return all or part of the money received from FEMA.

3. This program will not cover all of your losses from damage to your property (home, personal property, household goods) that resulted from the disaster.

4. This program is not intended to restore your damaged property to its condition before the disaster.

5. This program does not cover business-related losses that resulted from the disaster.

6. Before you begin any repairs, check with your local building department to find out what local permits or inspections are required.

7. If you have hotel/motel expenses and receipts, due to the disaster, call the FEMA Helpline for information on how you may be reimbursed.

8. Insured Applicants: If you have not already contacted your insurance agent to file a claim, please do this as soon as possible. Failure to file a claim with your insurance company may affect your eligibility for assistance from the FEMA-State Individuals and Households Program. After filing your claim, if any of the following situations occur, please call the FEMA Disaster Helpline for additional information. **Note to Insured Applicants. You have up to twelve (12) months from the date you registered with FEMA to submit your insurance information for review.**

    * Your insurance settlement is delayed.

    * Your insurance settlement is insufficient to meet your disaster-related needs.

    * You have exhausted the Additional Living Expenses (ALE) provided by your insurance company.

    * You are unable to locate rental resources is your area.

By law, FEMA cannot provide money to you for losses that are covered by your insurance

 

R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

06/15/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No.: 939257696

Disaster No.: 1603

MR JOSEPH W DOUGLAS
3102 HILLCREST DR APT 8C
SAN ANTONIO, TX 78201-6821

Dear Mr. Douglas:

The Federal Emergency Management Agency (FEMA) has reviewed your appeal for continued rental assistance.

You have been determined to be ELIGIBLE for continued FEMA rental assistance to cover an initial time period of up to three months. Unless you have been notified by your landlord that your lease will terminate, FEMA can pay your monthly rent directly to your current landlord. Prior to payment of your landlord, you will need to sign a lease directly with your landlord (if you have not already done so).

Attached is the information you will need to submit to be considered for continued assistance beyond the initial three months described above. You will receive notification in the upcoming weeks detailing how and when to submit the required information.

Any rental assistance provided for your rent will be applied against the maximum amount of FEMA financial assistance you are eligible for as allowable under the law. You will be notified before you reach the program limit, at which time your case will be evaluated for consideration of other forms of housing assistance.

If you have any disaster-related questions, please call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (TTY, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Sincerely,

Individuals and Households Program Officer




03-15617

R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

06/15/2006

FEMA Application No.939257696

Disaster No.1603

MR JOSEPH W DOUGLAS
3102 HILLCREST DR APT 8C
SAN ANTONIO, TX 78201-6821

Dear Mr. Douglas:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster help and/or the inspection done on your home. Listed below are the decisions that have been made regarding your request for help. For a full explanation of the decisions, please refer to the section called "If You Are Not Eligible For Help" in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program mailed to you after you applied for assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Rental Assistance | ENC - Eligible - No change on appeal, original eligible status stands |
| Total Grant Amount: | $0.00 |

## PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount above does not mean that you are ineligible for assistance. It means FEMA needs to know what your insurance settlement is and what your unmet needs are before we can continue processing your application.

If a decision results in a monetary award, you will soon receive a check at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you disagree with the decision(s) above, you have the right to appeal within 60 days of the date of this decision letter. If you have, any questions about writing an appeal please read the Notices on the back of this letter, call the FEMA Disaster Helpline at **1-800-621-FEMA (3362)** (hearing/speech impaired only, call 1-800-462-7585), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,

Individuals and Households Program Officer

SUPER

# NOTICES

1. This letter is about your request for help from FEMA only. Money received from FEMA should be used as specified in the category above. If you do not use the money as specified, you and/or your household may not be eligible for additional help from FEMA.

2. If you have funds available or have received funds from another source for disaster losses that duplicates money received from FEMA, you may be required to return all or part of the money received from FEMA.

3. This program will not cover all of your losses from damage to your property (home, personal property, household goods) that resulted from the disaster.

4. This program is not intended to restore your damaged property to its condition before the disaster.

5. This program does not cover business-related losses that resulted from the disaster.

6. Before you begin any repairs, check with your local building department to find out what local permits or inspections are required.

7. If you have hotel/motel expenses and receipts, due to the disaster, call the FEMA Helpline for information on how you may be reimbursed.

8. Filing an Appeal: To file an appeal, you must:

    Explain in writing why you feel FEMA's decision is wrong. Send any new or additional information that you have to show the Appeals Officer that you are eligible for this money. Be sure to include your FEMA Application Number, shown at the top of this letter, when you write to FEMA.

    Mail your letter and the documents to FEMA Appeals Officer, National Processing Service Center, P.O. Box 10055, Hyattsville, MD 20782-7055. Your appeal must be postmarked <u>within 60 days of the date of this letter</u>. Appeals will not be accepted after this date.

9. Insured Applicants: If you have not already contacted your insurance agent to file a claim, please do this as soon as possible. Failure to file a claim with your insurance company may affect your eligibility for assistance from the FEMA-State Individuals and Households Program. After filing your claim, if any of the following situations occur, please call the FEMA Disaster Helpline for additional information. **Note to Insured Applicants. You have up to twelve (12) months from the date you registered with FEMA to submit your insurance information for review.**

    *Your insurance settlement is delayed.

    *Your insurance settlement is insufficient to meet your disaster-related needs.

    *You have exhausted the Additional Living Expenses (ALE) provided by your insurance company.

    *You are unable to locate rental resources is your area.

By law, FEMA cannot provide money to you for losses that are covered by your insurance.

 

**FEMA**

R. David Paulison
Director

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

08/10/2006

FEMA Application No. 939257696

MR JOSEPH W DOUGLAS
3102 HILLCREST DR APT 8C
SAN ANTONIO, TX 78201-6821

Disaster No. 1603

Dear Mr. Douglas:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster help and/or the inspection done on your home. Listed below are the decisions that have been made regarding your request for help. For a full explanation of the decisions, please refer to the section called "**If You Are Not Eligible For Help**" in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program mailed to you after you applied for assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Rental Assistance | ENC - Eligible - No change on appeal, original eligible status stands |
| Total Grant Amount: | $0.00 |

**PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION**

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount above does not mean that you are ineligible for assistance. It means FEMA needs to know what your insurance settlement is and what your unmet needs are before we can continue processing your application.

If a decision results in a monetary award, you will soon receive a check at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you disagree with the decision(s) above, you have the right to appeal within 60 days of the date of this decision letter. If you have any questions about writing an appeal please read the Notices on the back of this letter, call the FEMA Disaster Helpline at **1-800-621-FEMA (3362)** (hearing/speech impaired only, call 1-800-462-7585), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,
Individuals and Households Program Officer

SUPER

 

R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

01/09/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No.939408139                                Disaster No.1603

MS DORIS M MITCHELL
1137 GUNTER ST BLDG 2 APT264
AUSTIN, TX  78721-1829

Dear Ms. Mitchell:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Housing Assistance | W69D - Withdrawn - Signature not Obtained (90-69D) |
| Personal Property | W69D - Withdrawn - Signature not Obtained (90-69D) |
| Total Grant Amount: | $0.00 |

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

**PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.**

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. **A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.**

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time

 

R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

06/06/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No.939408139

Disaster No.1603

MS DORIS M MITCHELL
1137 GUNTER ST BLDG 2 APT264
AUSTIN, TX 78721-1829

Dear Ms. Mitchell:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Personal Property | IID- Ineligible - Insufficient Damage |
| Total Grant Amount: | $0.00 |

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

**PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.**

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. **A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.**

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may



**FEMA**

R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

02/27/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No.939183225

Disaster No.1603

MR KENNETH LEACH
7607 BLESSING AVE APT 1113
AUSTIN, TX 78752-1756

Dear Mr. Leach:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Personal Property | IID- Ineligible - Insufficient Damage |
| Total Grant Amount: | $0.00 |

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

**PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.**

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. **A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.**

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may




| | |
|---|---|
| R. David Paulison<br>Acting Director<br>Emergency Preparedness and Response | Kathleen Babineaux Blanco<br>Governor<br>State of Louisiana |
| National Processing Service Center<br>P.O. Box 10055<br>Hyattsville, MD 20782-7055 | 03/30/2006 |

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No.939183225                                         Disaster No.1603

MR KENNETH LEACH
7607 BLESSING AVE APT 1113
AUSTIN, TX 78752-1756

Dear Mr. Leach:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| **CATEGORIES** | **DETERMINATION** |
|---|---|
| Dental | INSS - Ineligible - No substantiation submitted |
| Medical | INSS - Ineligible - No substantiation submitted |
| Total Grant Amount: | $0.00 |

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

**PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.**

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. **A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.**

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time

5-H





R. David Paulison  
Acting Director  
Emergency Preparedness and Response

National Processing Service Center  
P.O. Box 10055  
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco  
Governor  
State of Louisiana

05/18/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)  
Fax No.: 1-800-827-8112

FEMA Application No. 939183225

Disaster No. 1603

MR KENNETH LEACH  
7607 BLESSING AVE APT 1113  
AUSTIN, TX 78752-1756

Dear Mr. Leach:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Rental Assistance | $1,350.00 |
| Total Grant Amount: | $1,350.00 |

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

**PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.**

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. **A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.**

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may

 

R. David Paulison
Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

08/01/2006

FEMA Application No.939183225

Disaster No. 1603

MR KENNETH  LEACH
7607 BLESSING AVE APT 1113
AUSTIN, TX  78752-1756

Dear Mr. Leach:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster help. Listed below are the decisions that have been made regarding your appeal. For a full explanation of the decisions, please refer to the section called "**If You Are Not Eligible For Help**" in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program which was mailed to you after you applied for assistance.

| **CATEGORIES** | **DETERMINATION** |
|---|---|
| Personal Property | INC - Ineligible - No change on appeal, original ineligible status stands |
| Total Grant Amount: | $0.00 |

### PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

If a decision results in a monetary award, you will soon receive a check (s) at the mailing address you provided when you registered or  electronic funds transfer to your bank for the Total Grant Amount listed above.

If you have any questions about this decision please refer to the HELP AFTER A DISASTER,  Applicant's Guide to the Individuals & Households Program  or call the FEMA  Helpline at **1-800-621-FEMA (3362)** (hearing/speech impaired only, call **1-800-462-7585**), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,

ASUPER

Individuals and Households Program Officer

### TURN OVER FOR IMPORTANT NOTICES




R. David Paulison  
Director

Kathleen Babineaux Blanco  
Governor  
State of Louisiana

National Processing Service Center  
P.O. Box 10055  
Hyattsville, MD 20782-7055

08/01/2006

FEMA Application No.939183225

Disaster No.1603

MR KENNETH LEACH  
7607 BLESSING AVE APT 1113  
AUSTIN, TX  78752-1756

Dear Mr. Leach:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster help and/or the inspection done on your home. Listed below are the decisions that have been made regarding your request for help. For a full explanation of the decisions, please refer to the section called "**If You Are Not Eligible For Help**" in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program mailed to you after you applied for assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Rental Assistance | INO - Ineligible - Other |
| Total Grant Amount: | $0.00 |

Ineligible Other Reason: WE NEED YOU TO SUBMIT RENT RECEIPTS FOR JUNE AND JULY

### PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount above does not mean that you are ineligible for assistance. It means FEMA needs to know what your insurance settlement is and what your unmet needs are before we can continue processing your application.

If a decision results in a monetary award, you will soon receive a check at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you disagree with the decision(s) above, you have the right to appeal within 60 days of the date of this decision letter. If you have, any questions about writing an appeal please read the Notices on the back of this letter, call the FEMA Disaster Helpline at **1-800-621-FEMA (3362)** (hearing/speech impaired only, call 1-800-462-7585), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

 

R. David Paulison  
Acting Director  
Emergency Preparedness and Response

National Processing Service Center  
P.O. Box 10055  
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco  
Governor  
State of Louisiana

03/16/2006

FEMA Application No.940757277

Disaster No. 1603

MS LATONYA M BURTON  
1700 TERI RD APT 1217  
AUSTIN, TX 78744-1722

Dear Ms. Burton:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster help. Listed below are the decisions that have been made regarding your appeal. For a full explanation of the decisions, please refer to the section called "If You Are Not Eligible For Help" in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program which was mailed to you after you applied for assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Personal Property | INC - Ineligible - No change on appeal, original ineligible status stands |

Total Grant Amount:    $0.00

## PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

If a decision results in a monetary award, you will soon receive a check (s) at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you have any questions about this decision please refer to the HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program or call the FEMA Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,

ASUPER

Individuals and Households Program Officer

**TURN OVER FOR IMPORTANT NOTICES**

 

R. David Paulison  
Acting Director  
Emergency Preparedness and Response

National Processing Service Center  
P.O. Box 10055  
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco  
Governor  
State of Louisiana

03/28/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)  
Fax No.: 1-800-827-8112

FEMA Application No.940757277                                   Disaster No.1603

MS LATONYA M BURTON  
1700 TERI RD APT 1217  
AUSTIN, TX 78744-1722

Dear Ms. Burton:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Rental Assistance | INO - Ineligible - Other |
| Total Grant Amount: | $0.00 |

Ineligible Other Reason: **The condition of your home was not caused or aggravated by the disaster; or the damage to your home caused by the disaster has not affected your ability to continue living in your home.**

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

**PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.**

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.

If a decision results in a monetary award, you will soon receive a check at your current mailing address.