U.S. Department of Homeland Security
500 C Street, SW
Washington, DC 20472



**FEMA**

FEB 2 2 2006

Dear *PA Applicant:*

Your community has been providing critical housing assistance to evacuees from Hurricanes Katrina and Rita. FEMA is deeply appreciative of your efforts. To relieve you of further burden and to transition evacuees into longer-term housing solutions, FEMA intends, on March 1, 2006, to transition all eligible evacuees from the Section 403 Interim Sheltering Program to the Section 408 Housing Program. This transition will require extensive coordination between your office and Corporate Lodging Consultants (CLC), our contractor who is assisting us in this endeavor.

For all evacuees in apartments with leases that end on February 28, 2006, you have no obligation to pay for rent beyond that date. Therefore, FEMA will not reimburse you for rent or for any other costs associated with these evacuees after February 28. These individuals may be eligible for assistance under our Section 408 Housing Program.

If you have signed leases and/or other types of payment agreements for evacuees that extend beyond March 1, the following actions will occur:

(1) CLC will contact you to obtain a list of apartments for which you have a financial commitment on behalf of an evacuee and all pertinent information about the lease, contract, and/or payment agreement, e.g. name of evacuee, FEMA registration number, landlord's name and address, rent amount, lease expiration date, etc.
(2) CLC will compare the information you provide with the list of eligible applicants it received from FEMA.
(3) For evacuees eligible for 408 Housing assistance and in apartments with leases that end after March 1, CLC will initiate discussions with the landlord to, as necessary, transfer the lease to the evacuee or to facilitate the evacuee signing a new lease. CLC will also sign a payment agreement with the landlord to pay the rent on behalf of the evacuee on a month-to-month basis. Evacuees will be responsible for their own utilities after CLC executes a payment agreement unless the utility does not meter separately and the utilities are included as part of the approved rent amount. FEMA will not reimburse you for utilities after CLC executes a payment agreement.
(4) For evacuees that FEMA determines to be ineligible for 408 Housing assistance, FEMA will provide you and the evacuee with a 30-day notice that they are no longer eligible for housing assistance. The evacuee may either vacate the property or assume the lease obligations on its own. FEMA will reimburse you for costs associated with termination of your contractual commitments on behalf

of these evacuees at the end of the 30-day notice period in accordance with the lease or other contractual agreements.

CLC will make every effort to contact you and complete the payment transition prior to the date that the March rental payments are due. If CLC has not contacted you by this date and completed the transition to the CLC payment system, you should continue to pay the rent, for the month of March, on the apartments for which you are responsible. FEMA will reimburse such payments.

We appreciate your outstanding efforts to help provide housing for the thousands of citizens who were displaced by Hurricanes Katrina and Rita. Please contact the FEMA Public Assistance Officer for your area if you have any questions.

Sincerely,

David Garratt
Acting Director of Recovery
Federal Emergency Management Agency