U.S. Department of Homeland Security
500 C Street, SW
Washington, DC 20472

 FEMA

FEB 2 4 2006

The Honorable Rick Perry
Governor of Texas
Post Office Box 12428
Austin, Texas 78711

Dear Governor Perry:

Communities in the State of Texas have been providing critical housing assistance to evacuees from Hurricane Katrina and Rita since September 2005. The Federal Emergency Management Agency is deeply appreciative of your efforts.

While we had intended to transfer all eligible evacuees from the Section 403 Interim Sheltering Program to our traditional Section 408 Housing Program by March 1, 2006, this is to inform you that, to insure a smooth transition process, we will continue the Section 403 Interim Sheltering Program in Texas until March 31, 2006. The transition to Section 408 Housing Program for all eligible evacuees will occur by April 1, 2006. We will contact each community individually and provide more details about the transition process.

We appreciate your outstanding efforts in providing housing to thousands of citizens displaced by Hurricanes Katrina and Rita. If you have questions, please have a member of your staff call our Office of Intergovernmental Affairs at (202) 646-4500.

Sincerely,

David Garratt
Acting Director of Recovery
Federal Emergency Management Agency

www.fema.gov