FILED
CO-386-online
AUG 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Association of Community Organizations )
for Reform Now (ACORN), et al. )
)
                                          Plaintiff )
                 vs )
Federal Emergency Management Agency )
(FEMA) )
)
                                   Defendant )

CASE NUMBER  1:06CV01521

JUDGE: Richard J. Leon

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 08/29/2006

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _Association of Community Organizations for Reform Now_ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Association of Community Organizations for Reform Now_ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

                                          Attorney of Record

                                          _[signature]_
                                          Signature

D.C. Bar No. 486293
BAR IDENTIFICATION NO.

Michael T. Kirkpatrick
Print Name

1600 20th Street, NW
Address

Washington, DC 20009
City        State        Zip Code

(202) 588-1000
Phone Number