IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § § | Civil Action No. 06-1521-RJL |
| v. | § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § § | |
| Defendant. | § | |

# Exhibit 1

To Plaintiffs' Motion for a Temporary Restraining Order

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| v. | § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § | |
| Defendant. | § § | |

**Declaration of Robert W. Doggett**

I, Robert W. Doggett, declare the following based on my personal knowledge:

1. I am an attorney of record for Plaintiffs in the case named above. I represent Plaintiffs in this case as part of my employment with Texas RioGrande Legal Aid, Inc. I am over 21 years of age and competent to make this declaration.

2. With assistance from co-counsel, I prepared Plaintiffs' Complaint, Motion for Temporary Restraining Order, and Memorandum of Law In Support.

3. Filed as Exhibit 1 with the Complaint are true and correct copies of documents sent to Plaintiffs from FEMA regarding their assistance.

4. Filed as Exhibit 2 with the Complaint is a true and correct copy of a memo I obtained dated February 22, 2006 from FEMA to PA Applicants.

5. Filed as Exhibit 3 with the Complaint is a true and correct copy of a memo I obtained dated February 24, 2006 from FEMA to Rick Perry, the Governor of the State of Texas.

6. Filed as Exhibit 4 with the Complaint is a true and correct copy of a memo I obtained dated July 27, 2006 from the Director of Recovery, John D'Araujo, Jr.

7. Attached to this Declaration are true and correct copies of the following documents:

    a. Letter I sent to FEMA Director of Recovery, John D'Araujo, Jr., dated July 31, 2006

    b. Letter from City of Houston to FEMA dated August 18, 2006

    c. Letter from FEMA to City of Houston dated August 24, 2006

    d. Portions of transcripts from McWaters, et al., v. FEMA litigation

    e. FEMA's "Help After a Disaster - Applicant's Guide to the Individuals & Households Program" dated May 2004

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____ Date: 8/30/06
ROBERT W. DOGGETT