IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § § | Civil Action No. 06-1521-RJL |
| v. | § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § | |
| Defendant. | § § | |

# Exhibit 3

To Plaintiffs' Motion for a Temporary Restraining Order

   

Click to Print    SAVE THIS | EMAIL THIS | Close

# Thousands risk losing rental aid from FEMA

SAN ANTONIO — Some 7,000 families in Texas who were displaced by Hurricane Katrina risk becoming homeless next week.

For the past year, the families have been receiving rental assistance from the Federal Emergency Management Agency. But the FEMA program that provides them that benefit will end Aug. 31.

Evacuees could lose the housing aid unless they meet the criteria for a new program.

Many have yet to submit the required paperwork, which asks them to provide their Louisiana address, identification and income to qualify for the other housing program.

FEMA officials say they have informed evacuee households, but only 10 percent have responded.

"I have asked the agency's managers to begin a final push in an ongoing outreach campaign to ensure that, before FEMA's sheltering program ends Aug. 31, we will have given every evacuee ample opportunity to show that they are eligible for FEMA's rental assistance," FEMA director David Paulison said in a statement.

A team from FEMA recently distributed 22,000 information packets to apartment complexes throughout Houston, where about 3,000 to 4,000 evacuees could lose their rental assistance, said FEMA spokeswoman Franceska Ramos.

But the information packets weren't distributed in San Antonio, where 300 households could lose the housing aid, Ramos said.

M.H. Anderson received a letter in May telling her FEMA would stop paying her rent. It offered no explanation and the 62-year-old said she doesn't know why she is no longer eligible for further assistance. Anderson said she's called FEMA but received no answers.

"I am depressed, but I really try not to be, but I almost lost it," said Anderson, who said she lives off an $858-per-month disability check.

Evacuees participating in FEMA's Individual Assistance Housing Program have until Oct. 31 to file their paperwork or risk loosing their rental assistance.

___

Information from: San Antonio Express-News, http://www.mysanantonio.com

___

August 24, 2006 - 2:16 a.m. MDT

Copyright 2006, The Associated Press. The information contained in the AP Online news report may not be published, broadcast or redistributed without the prior written authority of The Associated Press.

**Find this article at:**
http://www.statesman.com/news/content/gen/ap/TX_Katrina_Housing.html



SAVE THIS | EMAIL THIS | Close

☐ Check the box to include the list of links referenced in the article.