**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § § | Civil Action No. 06-1521-RJL |
| v. | § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § § | |
| Defendant. | § § | |

# Exhibit 4

To Plaintiffs' Motion for a Temporary Restraining Order

U.S. Department of Homeland Security
Washington, DC 20472



July 26, 2006

MEMORANDUM FOR:    Deputy Director for Gulf Coast Recovery
Regional Directors
Acting Regional Directors
Response and Recovery Division Directors
Federal Coordinating Officers
Transitional Recovery Office Directors

FROM:    John D'Araujo, Jr.
Director of Recovery

SUBJECT    Recertification Extensions

For many months, FEMA has been working closely with state and local governments to transition eligible evacuees from the 403 Emergency Sheltering Apartment Program to the 408 Temporary Housing Program. This difficult transition has created some communication and program challenges that require immediate 408 assistance processing modifications.

In general, FEMA requires all 408 eligible applicants to document their continuing need for housing assistance every three months. This process is referred to as "recertification", and the incremental periods of assistance are referred to as the "recertification period". The recertification process and recertification periods are standard operating procedures for all disasters that encourage applicants to engage in the recovery process, and also ensure adequate financial grants management.

As a result of the multiple and varying 403/408 communications made to State/local governments, landlords, and individual evacuees, FEMA has determined that an extension of the 408 recertification period is warranted **only** for evacuees previously participating in the 403 Emergency Shelter Program who are determined eligible for 408 temporary housing assistance.

403 Evacuees eligible for 408 Assistance:

- **Only** Evacuees previously participating in the 403 Emergency Sheltering Apartment Program, who have subsequently been determined eligible for 408 Temporary Housing Assistance, will have their 408 temporary housing recertification periods extended until October 31, 2006. Evacuees eligible for this extension will continue to receive 408 temporary housing assistance until October 31, 2006, regardless of previous communications on this subject.

www.fema.gov

- Evacuees eligible for this extension who do not meet FEMA's recertification requirements prior to October 31, 2006 **will not** be eligible for additional 408 temporary housing assistance beyond October 31, 2006.

- Evacuees who meet FEMA's recertification requirements prior to Oct 31, 2006, may be eligible for an additional recertification period ending February 28, 2006.

403 Evacuees *not* eligible for 408 Assistance

- Evacuees determined to be ineligible for 408 Temporary Housing Assistance will not be provided assistance beyond their established 403 termination date.

It is incumbent on all FEMA, state, and local partners to communicate FEMA's recertification process and these new deadlines to all landlords and individual evacuees. Please coordinate among your offices to expeditiously notify your respective states of these changes.

I expect all relevant components of the Agency to work together to facilitate clear communication and ensure all evacuees are given every opportunity to recertify.

Any questions regarding this process should be directed to Bruce Nuss at (202) 314-5517.