**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), *et al.* | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

# Exhibit 6

To Plaintiffs' Motion for a Temporary Restraining Order

Declaration of Virginia Goldman

---

My name is Virginia Goldman. I am of age and otherwise competent to make this declaration, and do so based on my personal knowledge.

I work for ACORN in our Houston office. I have been working with our members here who are Katrina and Rita evacuees for sometime, and have tried to assist them with obtaining assistance from FEMA.

In the course of my work, I learned that Audrey Taylor, and many other members of ACORN, are hurricane evacuees and are currently receiving rental assistance from FEMA through the 403 program. However, according to FEMA, this assistance will be terminated effective on August 31, 2006.

Ms. Taylor and many other members like her, have not been clearly told why this assistance will not continue under the 408 program. I know this because at her request I have attempted to assist her in learning the reasons, and so far have been unable to learn them myself. Our members bring me letters they from FEMA that appear to deny them rent assistance, but the letters do not provide a meaningful explanation of the reason for the denial, or what they can do to address the issue. Our members express to me much frustration with FEMA over this process.

Based on discussions with members about their resources and employment, and visits to their home, I believe that many of our members cannot presently afford to pay market rent for the place they now live. This is true for Ms. Taylor. This is why I expect members like Ms. Taylor to face eviction when the landlord does not receive the rent. If our members were to be clearly told in writing the problem and how to address it, I believe that many of our members would be able obtain the benefits they need to pay the rent. However, unless the 403 program is continued, our members will be evicted before the improved letters from FEMA are ever sent.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____     Date: __8/30/06__