**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| v. | § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § | |
| Defendant. | § § | |

# Exhibit 14

To Plaintiffs' Motion for a Temporary Restraining Order

U.S. Department of Homeland Security
Texas Transitional Recovery Office
FEMA-3216/3261-EM-TX FEMA-1606-DR-TX
9001 N I-H35
Austin, TX 78753



August 24, 2006

Mr. John E. Walsh, Jr.
Deputy Chief of Staff
Neighborhoods and Housing
Office of the Mayor
900 Bagby, Suite 25
Houston, Texas 77002

Dear Mr. Walsh:

Regarding your letter of August 18, 2006, you requested an extension of Section 403 housing assistance through September 30, 2006 for households that are ineligible for Section 408 assistance. Assistance for these households is currently scheduled to end on August 31, 2006. Attached is the list of 113 ineligible households to whom the extension is granted.

As you know, FEMA is currently conducting extensive reviews of each of these cases. We have additional staff in the Houston area working to arrive at an eligibility determination. While we have made significant progress, there are households that we know will not be eligible for rental assistance under Section 408, regardless of how long they are covered under the Section 403 sheltering program. You were previously provided the list of those households whose Section 403 assistance will terminate on August 31, 2006.

Other applicants for Section 403 assistance, however, may be ineligible only because their file lacks documents such as a signed Release of Information form or insurance information. From our analysis of the remaining population, we project that there are 113 households that may overcome the documentation issues to attain eligibility for Section 408 assistance. Therefore, we will extend those households identified in the attached list under the Section 403 program until September 30, 2006. It is our hope that we can work with them to secure the appropriate documentation to support an eligibility determination. Accordingly, this extension through September 30, 2006, is granted pursuant to the Disaster-Specific Guidance – Conversion of Assistance – 403 to 408 (DSG-Conversion).


RECEIVED AUG 28 2006

Mr. John Walsh
August 24, 2006
Page 2

Please be advised that because the information provided is covered under the Privacy Act of 1974 (5 U.S.C. Sections 552a et seq.), the eligibility information and other identifying information pertaining to each Hurricane Katrina and Hurricane Rita evacuee must be protected from disclosure to unauthorized third parties. The Privacy Act provides criminal penalties for the unauthorized disclosure of Privacy Act information to unauthorized third parties.

Sincerely,

E.C. Smith, Director
Texas Transitional Recovery Office

Enclosure