IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| v. | § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § | |
| Defendant. | § § | |

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

Before the Court is Plaintiffs' Motion for Temporary Restraining Order. After review of the pleadings, memoranda, and the entire record, the Court finds that plaintiffs have satisfied the elements necessary for the issuance of a Temporary Restraining Order. Accordingly, plaintiffs' motion is GRANTED and it is ORDERED that defendant is hereby TEMPORARILY RESTRAINED AND ENJOINED from failing to provide notices of terminations and denials of housing assistance benefits that contain a complete and intelligible explanation for the decision, adequate instructions as to how each evacuee may attempt to address the reasons for the decision, and sufficient time for evacuees to appeal. IT IS ALSO ORDERED that defendant is hereby TEMPORARILY RESTRAINED AND ENJOINED from terminating current housing assistance to Katrina and Rita evacuees until such time as defendant provides such notices and opportunity to appeal. This Order shall remain in effect until the Preliminary and Permanent injunction Hearing can be held. *See* Fed. R. Civ. P. 65.

Signed this _____ day of _____, 2006.

_____
United States District Judge