UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 5 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ASSOCIATION OF COMMUNITY )
ORGANIZATIONS FOR REFORM )
NOW (ACORN), *et al.* )
)
Plaintiffs, )
)
v. ) Civil Case No. 06cv1521 (RJL)
)
FEDERAL EMERGENCY MANAGEMENT )
AGENCY (FEMA) )
)
Defendant. )

**ORDER**

August 2̶1̶ 31, 2006 (#3)

It is, this **31st** day of August 2006, hereby

**ORDERED** that plaintiffs' Motion for a Temporary Restraining Order as to named individual plaintiffs Joseph W. Douglas, Doris Mitchell, Kenneth Leach, and Latonya Monique Butron is DENIED as moot, and it is further

**ORDERED** that plaintiffs' Motion for a Temporary Restraining Order as to the members of the Association of Community Organizations for Reform Now (ACORN) is DENIED, and it is further

**ORDERED** that defendant's opposition to plaintiffs' Motion for a Preliminary Injunction shall be filed by September 11, 2006, and it is further

**ORDERED** that plaintiffs' reply to defendant's opposition to the Motion for a Preliminary Injunction shall be filed by 5:00 p.m. on September 14, 2006, and it is further

**ORDERED** that oral argument will be heard on plaintiffs' Motion for a Preliminary Injunction on September 15, 2006 at 3:30 p.m. in Courtroom 18.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge