**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), *et al.* | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' NOTICE OF FILING OF SUPPLEMENTAL EXHIBITS**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

During the August 31, 2006 hearing on plaintiffs' motion for a temporary restraining order, Defendant's counsel argued that the record is insufficient to establish ACORN's standing, and plaintiffs' counsel indicated that additional evidence of ACORN's standing would be submitted. Accordingly, in support of Plaintiffs' motion for a preliminary injunction (*see* Doc. Nos. 1 & 3 (captioned "Motion for Temporary Restraining Order")), plaintiffs submit this Notice and attach an additional 40 declarations, including declarations of 35 ACORN members who have been denied FEMA housing assistance (combined in TRO Exhibit 15), the declaration of ACORN National Campaign Director Amy Schur (TRO Exhibit 16), and four additional declarations of advocates for disaster survivors (combined in TRO Exhibit 17).

Respectfully submitted,

*s/ Michael T. Kirkpatrick*

_____

Michael T. Kirkpatrick
 (DC Bar No. 486293)
 mkirkpatrick@citizen.org
Deepak Gupta
 (DC Bar No. 495451)
 dgupta@citizen.org
Brian Wolfman
 (DC Bar No. 427491)
 brian@citizen.org
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC  20009
(202) 588-1000
(202) 588-7795 (fax)

Robert W. Doggett
 (TX Bar No. 05945650)
 rdoggett@trla.org
Jerome W. Wesevich
 (TX Bar No. 21193250)
 jwesevich@trla.org
Texas RioGrande Legal Aid, Inc.
4920 North Interstate Highway 35
Austin, Texas 78751
(512) 374-2725
(512) 447-3940 (fax)

Dated: September 8, 2006   *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2006, I caused a true, correct, and complete copy of the foregoing document, together with all attached exhibits, to be served on the following counsel by electronic mail:

Christopher Hall
U.S. Department of Justice
christopher.hall@usdoj.gov

Kristen Shedd
Federal Emergency Management Agency
kristen.shedd@dhs.gov

*s/ Michael T. Kirkpatrick*

_____

Michael T. Kirkpatrick

3