**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), *et al.* | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

# Exhibit 15

To Plaintiffs' Motion for a Temporary Restraining Order
(Emergency Injunctive Relief)

---

This Exhibit 15 consists of declarations (sorted in alphabetical order) from the following 35 ACORN members whose applications for FEMA housing assistance have been denied:

1. Michelle A. Akers
2. Darville Allen
3. Jeffery Boss
4. Anthony Broussard
5. Michael Brumfield
6. Latonya Burton
7. Maria Caston
8. Mary Clark
9. Robert Coakley
10. Zelda Cousin
11. Erroll Crawford
12. Gilda Daniels
13. Tamisha Frazier
14. Ruby Glass
15. Clory Glover
16. Carmen Handy
17. Ashley Jussemy
18. Elnora Johnson
19. Kenneth Leach
20. Kevin L. Lewis
21. Rickey Lunford
22. Monnie Mayfield
23. Lonnie Moses
24. Rebecca Pate
25. Carlo Raia
26. Nakita Shelton
27. Eldon Sneed
28. Takuna Tarhakah
29. Jeffrey Turner
30. Angela Vaughn
31. Lula Venible
32. Lula Venible
33. Olivia M. Weary
34. Carolyn Williams
35. Constance Williams



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASSOCIATION OF COMMUNITY
ORGANIZATIONS FOR REFORM
NOW (ACORN), et al.

    **Plaintiffs,**

    v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY (FEMA),

    **Defendant.**

Civil Action No. 06-1521-RJL

## Declaration of ACORN member Daphile Allen

I, Daphile Allen, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Prior to the hurricane evacuation of New Orleans, I resided at 4604/12 Charbon Street, New Orleans, LA 90122.

4. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

5. I am in need of rental assistance at this time. I have experienced great financial hardship with the loss of my landscaping business in New Orleans in addition to medical expenses related to an injury I received while working to secure my residence in Louisiana during the storm. I fell off a ladder and incurred thousands of dollars in bills. I cannot afford to pay my rent right now. I am awaiting several independent and am trying very hard to achieve this goal. I have enrolled in programs with Austin Area Urban League. I'm looking for employment and I am trying to find long term affordable housing. It has been difficult to manage all of this with the threat of an eviction looming over me.

6. FEMA will not grant me continuing rental assistance and I cannot understand why. Every

Name: _____

Signed: _____

Date: _____

Address: _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ASSOCIATION OF COMMUNITY §
ORGANIZATIONS FOR REFORM §
NOW (ACORN), *et al.* §
§
    Plaintiffs, §    Civil Action No. 06-1521-RJL
§
v. §
§
FEDERAL EMERGENCY MANAGEMENT §
AGENCY (FEMA), §
§
    Defendant. §

**Declaration of ACORN member** Jeffery Boss

I, Jeffery Boss , declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live. I am currently unemployed and I rely on aid from friends and various charities to pay my rent.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Jeffrey Boss      Date: 9-7-06

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), *et al.* | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | . |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

## Declaration of ACORN member Anthony Broussard

I, Anthony Broussard, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live.

5. I was living with my mother in New Orleans. I was helping her pay bills and contributing to the household. Our home flooded. My mother is now living in Mansera, Louisiana with my grandmother in a two-bedroom house. There are altogether 5 women living in that house and I cannot move there.

6. I was initially denied rental assistance for shared household. I appealed this decision and was denied again. FEMA told me I needed to give FEMA my mother's name and phone number, and explain why I could not live with my mother now. I gave FEMA that information.

7. My attorney appealed the decision on June 8, 2006 also and gave FEMA that information. As of June 15, 2006, according to "Wendi" at FEMA (No. 56193) the appeal is still "under review." No further action has been taken on the file.

8. I have complied with all requests from FEMA to make me eligible for rental assistance.

9. I began working in September 2005 at Harris Connect, an Alumni Directory Company. I have been steadily employed since then. I am now employed with Prepaid Legal Services, Inc. but I do not make enough money at this time to pay for my rent and the replacement of my personal property.

10. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 09/06/06

 **FEMA**



R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

06/03/2006

FEMA Application No.939545556

Disaster No. 1603

MR ANTHONY S BROUSSARD
14100 THERMAL DRIVE APT 721
AUSTIN, TX 78728

Dear Mr. Broussard:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster help. Listed below are the decisions that have been made regarding your appeal. For a full explanation of the decisions, please refer to the section called "**If You Are Not Eligible For Help**" in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program which was mailed to you after you applied for assistance.

| **CATEGORIES** | **DETERMINATION** |
| --- | --- |
| Housing Assistance | IAW - Ineligible - Assisted with Household Member |
| Personal Property | IDUPL - Duplicate losses awarded under another application |
| ================== | ========= |
| Total Grant Amount: | $0.00 |

## PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

If a decision results in a monetary award, you will soon receive a check (s) at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you have any questions about this decision please refer to the HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program   or call the FEMA   Helpline at **1-800-621-FEMA (3362)** (hearing/speech impaired only, call **1-800-462-7585**), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,                                                                                     ASUPER

Individuals and Households Program Officer

**TURN OVER FOR IMPORTANT NOTICES**

 **FEMA**



R. David Paulison
Acting Director
Emergency Preparedness and Response

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

04/27/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No.939545556

Disaster No.1603

MR ANTHONY S BROUSSARD
14100 THERMAL DRIVE APT 721
AUSTIN, TX 78728

Dear Mr. Broussard:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Personal Property | INC - Ineligible - No change on appeal, original ineligible status stands |
| ================== | ========= |
| Total Grant Amount: | $0.00 |

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

**PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.**

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. **A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.**

If a decision results in a monetary award, you will soon receive a check at your current mailing address,  · or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may

 **FEMA**

*Ahus 2006* 650
*App 000*
*250*





R. David Paulison
Acting Director
Emergency Preparedness and Response

*Cordew*
*(888) 544 -98/* 05/2006

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

*Cammaysforkymers 200( 8995 includes tax, title, transfer*
*(505) 798-6067  (866) 486-7195*

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No.939545556                     Disaster No.1603

MR ANTHONY S BROUSSARD
14100 THERMAL DRIVE APT 721
AUSTIN, TX 78728

Dear Mr. Broussard:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| **CATEGORIES** | **DETERMINATION** |
|---|---|
| Moving/Storage | IINS - Ineligible due to insurance coverage |
| Transportation | INSS - Ineligible - No substantiation submitted |
| ================= | ========= |
| Total Grant Amount: | $0.00 |

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

### PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. **A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.**

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), *et al.* | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

## Declaration of ACORN member Michael Brumfield

I, Michael Brumfield, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Prior to the mandatory evacuation of New Orleans, I resided at 1807 Allen Street, New Orleans, Louisiana 70119.

4. I was living at that address with Gregory Atkinson. I was denied for shared household and appealed that denial how the FEMA representative told me to appeal it. I gave FEMA my roommate's name, but I do not know where he is or his phone number. FEMA does, though.

5. FEMA has terminated my rental assistance and determined me to be ineligible. I have made many appeals to this decision without any success. I have found this incredibly frustrating because I have not been unable to understand the reason why I am ineligible. I have tried to speak with FEMA officers to get more information so that I can write an effective appeal, but every time I speak with a FEMA representative I get a different explanation.

6. I am very concerned about my housing situation right now because I cannot afford the rent on my own. I am waiting for my birth certificate from Louisiana so I can get a Texas ID and search for employment. Every time I talk with FEMA, I am more confused. The letters don't help; one

recent letter did not even provide any determination information at all other than the word, INELIGIBLE. I think that I could be successful in my efforts to have my rental assistance reinstated if the letters FEMA sent were clearer.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Name: Michael Brumfield

Signed: _Michael Brumfield_

Date: 9/7/06

Address: 7000 Decker Lane, Apartment 4201, Austin, TX 78724

09/05/2006  17:07  FAX  5129295551          HUNTINGTON MEADOWS                              ☐004/007

 **FEMA**



R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

01/16/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.:  1-800-827-8112

FEMA Application No.931116884

Disaster No.1603

MR MICHAEL BRUMFIELD
7000 DECKER LN APT 4201
AUSTIN, TX 78724-3982

Dear Mr. Brumfield:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Rental Assistance | INO - Ineligible - Other |
| Total Grant Amount: | $0.00 |

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

**PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.**

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may

 **FEMA**

R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055



FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No.931116884

Kathleen Babineaux Blanco
Governor
State of Louisiana

03/06/2006

Disaster No. 1603

MR MICHAEL BRUMFIELD
7000 DECKER LN APT 4201
AUSTIN, TX 78724-3982

Dear Mr. Brumfield:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Rental Assistance | ENC - Eligible - No change on appeal, original eligible status stands |
| Total Grant Amount: | $0.00 |

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

### PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may



**U.S. SMALL BUSINESS ADMINISTRATION**
Disaster Assistance Processing And Disbursement Center
14925 Kingsport Road
Fort Worth, TX 76155-2243

800-659-2955
800-366-6303
Hearing Impaired

October 9, 2005

Michael Brumfield
P.O. Box 690338
Austin, TX 78769-4121

RE: Disaster Loan Application No.: 0000331264

Dear Mr. Brumfield:

We have thoroughly reviewed your recent application for a disaster loan from the U. S. Small Business Administration (SBA). Although we made every effort to approve your loan request, we are unable to offer you a disaster loan for the following reason(s):

**Unsatisfactory credit history**

Our evaluation of your credit report and related information indicates that you have not complied with the terms of your prior debt obligations. As a result, we lack reasonable assurance of your willingness or ability to comply with the terms of a disaster loan. We based this decision on information obtained from CSC Credit Services P.O. Box 619044, Dallas, TX 75261.

If you disagree with our decision, you have the right to request reconsideration. Your request must:

1. Be in writing and be received by this office within 6 months from the date of this letter.
2. Contain significant new information that you believe will overcome the decline reason(s).
3. Provide a completed, signed and dated IRS Form 8821 (enclosed).

Due to the nature of this decline, not all processing functions have been completed. We have not verified your disaster damages, nor determined all other aspects of eligibility for the requested loan.

If you ask us to reconsider our decline decision, we will do so based on the information you provide and that is available at the time of your request. This could result in a different reason(s) for not approving your loan request.

We have referred you to the Federal Emergency Management Agency(FEMA)for possible grant assistance. FEMA may contact you regarding your eligibility for further disaster assistance. If you have any questions concerning possible grant assistance, contact FEMA at 1-800-525-0321.

09/05/2006 17:07 FAX   5129295557          HUNTINGTON MEADOWS                    ☑003/007

 **FEMA**



R. David Paulison
Acting Director
Emergency Preparedness and Response

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

06/19/2006

FEMA Application No.: 931116884

Disaster No.: 1603

MR MICHAEL BRUMFIELD
7000 DECKER LN APT 4201
AUSTIN, TX 78724-3982

Dear Mr. Brumfield:



The Federal Emergency Management Agency (FEMA) has reviewed your request for continued FEMA rental assistance.

You have been determined to be INELIGIBLE for continued FEMA rental assistance. FEMA will cease to provide assistance with your rent. We suggest that you use this time to make arrangements with your landlord to provide rent payments from another source or that you find other accommodations.

If you disagree with this decision, you have the right to appeal within 60 days of the date of this letter. If you intend to appeal, you should do so promptly.

To file an appeal, you must explain in writing why you feel FEMA's decision is wrong. Send any new or additional information that you would like considered by the Appeals Officer when making a determination on your appeal. Please be sure to include your FEMA Application Number, shown at the top of this letter, when you write to FEMA.

    Mail your letter and the documents to:
    FEMA Appeals Officer
    National Processing Service Center
    P.O. Box 10055, Hyattsville, MD 20782-7055.

Your appeal must be postmarked within 60 days of the date of this letter. Appeals will not be accepted after this date.

If you prefer, you may fax copies of the documents to 1-540-723-5317.

If you have any disaster-related questions; need referrals to other forms of assistance you may be eligible for; or need apartment locating services, please call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Sincerely,

Individuals and Households Program Officer

05/05/2006  11.08 FAX  5129295551          HUNTINGTON MEADOWS                    @006/007

## NOTICE TO VACATE FOR
## NON-PAYMENT OF RENT, UTILITIES OR OTHER SUMS

                                                           August 24, 2006
                                                           _____
                                                                Date

MARICIA JOHNSON
MICHAEL BRUMFIELD
(Names of all residents)

7000 Decker Lane, # 4201
(Street address and dwelling unit number, if applicable)

Austin, TX 78724
(City, State, Zip)

                    Re: Notice to vacate for non-payment of rent, utilities or other sums

                        TAA Lease Contract dated   December 5, 2005

                        between residents named above and

                        Huntington Meadows Apartments
                        _____
                        _____  (owner)

Dear Resident(s):

Because you have not paid ☒ rent ☐ allocated or submetered utilities ☐ an electric bill for which you are responsible or ☒ other sums due under the lease on your dwelling unit, your rights of occupancy and possession are hereby terminated under the provisions of your lease. You are still liable for rent and other charges you may owe under the TAA Lease Contract. The unpaid sums due are described as follows: __August rent $699.00, plus late fee's__

Demand for possession is hereby made. You are hereby given notice to vacate the dwelling on or before midnight, the  29  day of  August  ,  2006  , which is at least one day from the delivery of this notice as noted below (four days if the notice was mailed). Your failure to move out then will result in appropriate legal action by us before the Justice of the Peace. Delay or postponement of such action does not waive our rights.

This notice to vacate is unconditional; however, if you wish to discuss possible reinstatement of your right to continue living in the dwelling, please contact us.              Edward Ochoa

August 24, 2006
DATE notice was given by the method checked below        SIGNATURE of owner's representative

The notice was: (check at least one)

☒  hand delivered to any one of the          ☒  posted on the inside of the dwelling's     ☐  sent by regular mail;
    residents named above;                           main entry door (not the screen door)    ☐  sent by certified mail,
☒  hand delivered to any person 16 or older          that has a keyless bolting device or         return receipt requested; or
    residing in the dwelling;                         keyless deadbolt on it;                  ☐  sent by registered mail.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ASSOCIATION OF** | § | |
| **COMMUNITY ORGANIZATIONS** | § | |
| **FOR REFORM NOW** | § | |
| **(ACORN),** | § | |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | Civil Action No. 06-1521-RJL |
| | § | |
| | § | |
| **FEDERAL EMERGENCY** | § | |
| **MANAGEMENT AGENCY** | § | |
| **(FEMA),** | § | |
| **Defendants** | § | |

## Declaration of ACORN member Latonya Burton

I, Latonya Monique Burton, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Hurricane Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. I am a renter displaced from New Orleans. My pre-disaster residence was 3020 Rue Parc Fontaine Apt. 1132, Bldg. 11, New Orleans, LA 70131.

4. I left New Orleans because a mandatory evacuation of the city was ordered due to Hurricane Katrina.

5. I left my previous residence, Woodway Square Apartments at 1700 Teri Road, Austin, Texas, 78744 in part because the Federal Emergency Management Agency (FEMA) denied me continuing rental assistance.

6. I do not wish to return to New Orleans. It is my understanding that there is no housing there yet to which I can afford to return, nor can I afford to relocate. Likewise, I do not believe that I will be able to find employment there.

7. I called my former landlord in New Orleans to ask how much an apartment like the one I rented there would cost, and was informed that rent had at least doubled.

8. I currently earn $9 per hour working 32 to 40 hours a week as a security guard.

9.  I remain in need of temporary housing assistance because I am unable to return to my pre-disaster primary residence. My son and I are struggling financially.

10. I do not understand why FEMA has denied me rental assistance. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem.

11. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: _____

Name: **Latonya Monique Burton** _____

Date: 9 - 05 - 06 _____

Address: 1707 Parkside Circle, Round Rock, TX 78664 _____

 

R. David Paulison
Acting Director
Emergency Preparedness and Response

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

03/28/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No.940757277

Disaster No.1603

MS LATONYA M BURTON
1700 TERI RD APT 1217
AUSTIN, TX 78744-1722

Dear Ms. Burton:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Rental Assistance | INO - Ineligible - Other |
| Total Grant Amount: | $0.00 |

Ineligible Other Reason: **The condition of your home was not caused or aggravated by the disaster; or the damage to your home caused by the disaster has not affected your ability to continue living in your home.**

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER". the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

### PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.

If a decision results in a monetary award, you will soon receive a check at your current mailing address.



Legal Aid Case # 7241227

**FEMA**

June 2, 2006

### TERMINATION OF HOUSING ASSISTANCE

LaTonya Burton
1700 Teri Rd. #1217
Austin, TX 78744

Dear LaTonya Burton,

As an evacuee of Hurricane Rita or Katrina, the City of Austin provided you and your household with an apartment. The U.S Department of Homeland Security's Federal Emergency Management Agency (FEMA) reimbursed the City for your housing under its Public Assistance (PA) program. Funding for those emergency sheltering measures ended March 31, 2006. However, FEMA continued to pay for your rent until landlords could be notified of eligibility for continued housing assistance under its Individual and Households Program.

FEMA previously notified you of your **ineligibility** for continued housing assistance. Since funding for emergency sheltering has ended, you are hereby notified that we will no longer pay your rent as of <u>July 31, 2006</u>. You are now responsible to make arrangements with your current landlord/property owner to take over the rent payments or find other accommodations. Landlords should follow their routine policies and state and/or local law for further action under the lease.

Applicants may appeal a denial by writing a letter explaining why they disagree with the decision. They should include their FEMA registration number and the disaster number in the letter of appeal. Fax the appeal to **1-800-827-8112**. Or mail the appeal letter to:

> **FEMA – Individuals & Households Program**
> **National Processing Service Center**
> **P.O. Box 10055**
> **Hyattsville, MD 20782-7055**

Please be aware: Appeals must be made within 60 days of the date on the letter of denial. All appeals are reviewed. Decisions are usually rendered within 30 days. Applicants are notified by mail of the response to the appeal. Although you have sixty (60) days to appeal, FEMA will only provide emergency shelter until July 31, 2006.

For more information on the appeal process for evacuees, consult the "Applicant's Guide to the Individuals and Households Program Manual" (mailed to evacuees upon FEMA registration) or by calling **1-800-621-FEMA (3362)** or TTY **1-800-462-7585**.

---

FEMA                    Public                    Assistance                    Program

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ASSOCIATION OF COMMUNITY          §
ORGANIZATIONS FOR REFORM          §
NOW (ACORN), *et al.*             §
                                  §
    Plaintiffs,                  §          Civil Action No. 06-1521-RJL
                                  §
v.                                §
                                  §
FEDERAL EMERGENCY MANAGEMENT      §
AGENCY (FEMA),                    §
                                  §
    Defendant.                   §

**Declaration of ACORN member Maria Caston**

I, _Maria Caston_ , declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live. I am currently unemployed and I rely on aid from friends and various charities to pay my rent.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Maria Caston_      Date: _9/7/06_

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ASSOCIATION OF** | § | |
| **COMMUNITY ORGANIZATIONS** | § | |
| **FOR REFORM NOW** | § | |
| **(ACORN),** | § | |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | Civil Action No. 06-1521-RJL |
| | § | |
| | § | |
| **FEDERAL EMERGENCY** | § | |
| **MANAGEMENT AGENCY** | § | |
| **(FEMA),** | § | |
| **Defendants** | § | |

## Declaration of ACORN member Mary Clark

I, Mary Clark, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Hurricane Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. I am a renter displaced from New Orleans. My pre-disaster residence was 542 Wagner St., New Orleans, Louisiana 70114.

4. I left New Orleans because a mandatory evacuation of the city was ordered due to Hurricane Katrina.

5. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

6. I do not understand why FEMA has denied me rental assistance. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem.

7. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

SE SEP. 8. 2006 1 1:34PM    HERITAGE POINTE APTS                    NO. 393    P. 2/4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Mary Clark*

Name: **Mary Clark**

Date: 9/8/2006

Address: 1950 Webberville Road #3314, Austin, TX 78721

 **FEMA**

April 28, 2006

## TERMINATION OF HOUSING ASSISTANCE

Mary Clark
1950 Webberville Road #3314
Austin, TX 78721

Dear Mary Clark:

As an evacuee of Hurricane Rita or Katrina, the City of Austin provided you and your household with an apartment. The U.S Department of Homeland Security's Federal Emergency Management Agency (FEMA) reimbursed the City for your housing under the federal Public Assistance (PA) program.

FEMA previously notified you that you are **ineligible** for continued housing assistance. Since funding for emergency sheltering has ended, you are hereby notified that FEMA will no longer pay your rent as of <u>May 31, 2006</u>. You are now responsible to make arrangements with your current landlord/property owner to take over the rent payments, or to find other accommodations. Landlords should follow their routine policies and state and/or local law for further action under the lease.

You may appeal this determination by writing a letter explaining why you disagree with this decision. You should include your FEMA registration number and the disaster number in the letter of appeal. Fax your appeal to **1-800-827-8112**, or mail the appeal letter to:

> **FEMA – Individuals & Households Program**
> **National Processing Service Center**
> **P.O. Box 10055**
> **Hyattsville, MD 20782-7055**

Appeals must be made within 60 days of the date on the first letter that notified you of your ineligibility for continued housing assistance. All appeals are reviewed. Decisions are usually rendered within 30 days. You will be notified by mail of the decision. Although you have sixty (60) days to appeal, FEMA will only pay your rent until May 31, 2006.

For more information on the appeal process for evacuees, consult the "Applicant's Guide to the Individuals and Households Program Manual" (mailed to evacuees upon FEMA registration) or by calling **1-800-621-FEMA (3362)** or **TTY 1-800-462-7585**.

## DECLARATION of Robert Coakley

My name is Robert Coakley. I evacuated from New Orleans because of Hurricane Katrina. I received the FEMA brochure in my first 3 days in the shelter after a tragic experience and read it the day of receipt, when the code guide meant absolutely zilch. I never referred to it again because I received at least a minimum of 800 plus pages from FEMA, HUD, IRS, SBA, Social Security, Medicare, my apartment complex, a legal aid group, various Louisiana and District of Columbia agencies, plus paperwork from prospective employers and prospective permanent housing complexes. An example was 31 pages of information and applications from the LA Dept of labor received on a Friday and the following Monday stating their procedure had to be followed exactly. Each agency thought they were the most important entity we were dealing with. I did not learn code decryption's to FEMA's denial letters were in the FEMA brochure until August 28, 2006.

I was denied FEMA rental assistance twice due to a mistake by a FEMA subcontractor. FEMA used a subcontractor with quickly hired and poorly trained staff to represent FEMA and they represented themselves as FEMA personnel. Most of the evacuees I talked with thought they were actually dealing with FEMA on phone calls, when they were not.

My two appeals caused by this error and FEMA's lack of furnishing me with an understandable reason were, while blindfolded, like trying to break a piñata or "pinning-the-tail-on-the-donkey. I never knew the cause of the denials, and the appeal process was reduced to a mere guessing game.

How could I possibly have remembered FEMA codes were in a brochure I received in my first 3 days in D.C. while sleeping on the floor of a National Guard Armory?

The entire situation has caused the following damages:
1. My Health loss requires continued Doctor proscribed medical treatment for stress and depression.
2. My having to resign from a job due to this stress, and resulting $4,000 to $6,000 in lost income.
3. I was too terrified to risk jeopardizing necessary reinstatement of rental assistance to apply for my personal damage losses caused by Hurricane Katrina. I should have received payment of $2,000 to $4,000 for personal property losses long ago. Instead, I am now prohibited from making that claim due missing a filing deadline, of which I was never informed.

I definitely need these benefits and am entitled to them. If FEMA had given their inspector my proper telephone phone contact number, I could have arranged easy access to my property while it was still hurricane damaged. If FEMA had given me a simple, understandable explanation replacing the nebulous codes stating the reason for my disqualification, I could have received quicker reinstatement and a prompter inspection of the property while it was still damaged, which I desired. The code delay delayed the 2d inspection until 273 days after the storm and after repairs were completed.

I now am a member of ACORN and hope that FEMA will make some changes to help myself and other members of ACORN that are facing a similar problems with FEMA.

Pursuant to 28 U.S.C., § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Robert H. Coakley_  Date: _9/1/2006_
Robert Coakley
103 G St. SW - Apt B - 205
Washington, D.C. 20024
202-488-4075

I will have moved to the following location between September 8th and September 15th, 2006:
1 W. Conway St. # 404
Baltimore, MD 21201
410-400-0769

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ASSOCIATION OF COMMUNITY §
ORGANIZATIONS FOR REFORM §
NOW (ACORN), *et al.* §
§
    Plaintiffs, §    Civil Action No. 06-1521-RJL
§
v. §
§
FEDERAL EMERGENCY MANAGEMENT §
AGENCY (FEMA). §
§
    Defendant. §

**Declaration of ACORN member** Zelda M. Cousin

I, Zelda Cousin, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN). There is no change in my appeal. Since the disaster, I have been submitting the same paperwork, but all of a sudden FEMA was not accepting my paperwork and they stopped my benefits.

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Zelda M. Cousin    Date: Sept. 6, 2006

 **FEMA**



R. David Paulison
 Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

07/31/2006

FEMA Application No.931228220

Disaster No.1603

MS ZELDA M COUSIN
4641 LASATER RD WAGON WHEEL MOBILE HOME PARK LOT 75
MESQUITE, TX 75181

Dear Ms. Cousin:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster help and/or the inspection done on your home. Listed below are the decisions that have been made regarding your request for help. For a full explanation of the decisions, please refer to the section called "**If You Are Not Eligible For Help**" in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program mailed to you after you applied for assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Rental Assistance | INC - Ineligible - No change on appeal, original ineligible status stands |
| Total Grant Amount: | $0.00 |

### PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount above does not mean that you are ineligible for assistance. It means FEMA needs to know what your insurance settlement is and what your unmet needs are before we can continue processing your application.

If a decision results in a monetary award, you will soon receive a check at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you disagree with the decision(s) above, you have the right to appeal within 60 days of the date of this decision letter. If you have, any questions about writing an appeal please read the Notices on the back of this letter, call the FEMA Disaster Helpline at **1-800-621-FEMA (3362)** (hearing/speech impaired only, call 1-800-462-7585), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,

**SUPER**

Individuals and Households Program Officer

 **FEMA**

R. David Paulison
  Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

08/23/2006

FEMA Application No.931228220

Disaster No.1603

MS ZELDA M COUSIN
4641 LASATER RD TRLR 75
MESQUITE, TX 75181-3435 .

Dear MS ZELDA M COUSIN:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster help and/or the inspection done on your home. Listed below are the decisions that have been made regarding your request for help. For a full explanation of the decisions, please refer to the section called "**If You Are Not Eligible For Help**" in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program mailed to you after you applied for assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Rental Assistance | ENC - Eligible - No change on appeal, original eligible status stands |
| Total Grant Amount: | $0.00 |

### PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount above does not mean that you are ineligible for assistance. It means FEMA needs to know what your insurance settlement is and what your unmet needs are before we can continue processing your application.

If a decision results in a monetary award, you will soon receive a check at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you disagree with the decision(s) above, you have the right to appeal within 60 days of the date of this decision letter. If you have, any questions about writing an appeal please read the Notices on the back of this letter, call the FEMA Disaster Helpline at **1-800-621-FEMA (3362)** (hearing/speech impaired only, call 1-800-462-7585), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,
Individuals and Households Program Officer

SUPER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), *et al.* | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

**Declaration of ACORN member** Evroll Crawford

I, Evroll Crawford, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. FEMA has failed to provide me with rental assistance and I am not sure why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem.

4. I don't have a phone so I cannot call the help-line. Since the letters are confusing, this make it very hard for me to know what to do in order to obtain rental assistance. I have to have representatives call the help line for me. When they call the help-line they get different explanations as to why I am being denied rental assistance. For example, they have been told that I have been denied for proof of occupancy, and on a separate occasion, they were told that I was denied because of "no contact."

5. I was told that a written declaration of my occupancy would solve my rental assistance problem. I faxed FEMA a declaration, and was still denied for rental assistance. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Errol Crawford_ Date: 9-6-06

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), *et al.* | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

## Declaration of ACORN member Gilda Daniels

I, Gilda Daniels, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Prior to the mandatory evacuation of New Orleans, I resided at 8640 Hayne Boulevard, New Orleans, Louisiana 70127.

4. I was denied FEMA rental assistance because of Insufficient Damage. I have attached that letter.

5. My attorney appealed because my home is uninhabitable. I faxed in pictures to FEMA to show the damage to my home. Attached is the website printout for the damage to the address that states my home sat in 2.5 feet of water for two days.

6. I sent FEMA proof that I have applied for Section 8.

7. I had a stroke in January of 2006. I have applied for Social Security/Disability. I worked as a custodian for the City of New Orleans.

8. FEMA has terminated my rental assistance I have made many appeals to this decision without any success. I have found this incredibly frustrating because I have been unable to understand the reason why I am ineligible. I have tried to speak with FEMA officers to get more information so that I can write an effective appeal, but every time I speak with a FEMA representative I get a different explanation.

9. I am very concerned about my housing situation right now because I cannot afford the rent on my own. Generally speaking, each time I talk with FEMA or get a letter from FEMA, I am left more confused about my application. The letters are offering less information each time; one recent letter did not even provide any determination information at all other than the word, INELIGIBLE. I think that I could be successful in my efforts to have my rental assistance reinstated if the letters FEMA sent were clearer.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Name: Gilda Daniels

Signed: Gilda Daniels

Date: 9/8/06

Address: 7000 Decker Lane, Apartment 1721, Austin, TX 78724

 **FEMA**



R. David Paulison
Acting Director
Emergency Preparedness and Response

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

06/19/2006

FEMA Application No.939325966

Disaster No. 1603

MS GILDA M DANIELS
7000 DECKER LN APT 1621
AUSTIN, TX 78724-4025

Dear Ms. Daniels:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster help. Listed below are the decisions that have been made regarding your appeal. For a full explanation of the decisions, please refer to the section called **"If You Are Not Eligible For Help"** in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program which was mailed to you after you applied for assistance.

| **CATEGORIES** | **DETERMINATION** |
|---|---|
| Personal Property | IID- Ineligible - Insufficient Damage |
| Total Grant Amount: | $0.00 |

### PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

If a decision results in a monetary award, you will soon receive a check (s) at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you have any questions about this decision please refer to the HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program or call the FEMA Helpline at **1-800-621-FEMA (3362)** (hearing/speech impaired only, call **1-800-462-7585**), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,

**ASUPER**

Individuals and Households Program Officer

### TURN OVER FOR IMPORTANT NOTICES

http://secure.cityofno.com/Services/SafetyAndPermits/Permits/PrintReport



**CITY OF NEW ORLEANS**

**DEPARTMENT OF SAFETY AND PERMITS**

**DAMAGE ASSESSMENT REPORT**

## Address Information

Please review the information below. If you are not the listed owner of the property you may be required to provide a recent act of sale and photo identification in order to verify that you are the property owner.

| | |
|---|---|
| Address: | 8640 Hayne Bl |
| Owner: | Leslie Curd |
| Tax Bill: | 39W028511 |
| Property Description: | Sq H Lake Grove Park Lot 11 60 X 99 8640-42 Hayne Bd And Benson Dble/Br/V 14/Rm A/R C/Port |
| Planning District: | New Orleans East |
| Flood Zone: | A0 |

### Damage Assessment

| | |
|---|---|
| Estimated Flood Depth: | 2.5 |
| Flood Duration (days): | 2 |
| Damage Report: | 26.69% |

### Is my Structure Substantially Damaged?

Your inspection data validates that your property is **NOT** substantially damaged. You may continue to FastTrack Permitting and you will **NOT** be required to elevate your structure in order to secure a permit to restore your building.

### Should I elevate the base height of my home?

It is recommended that all owners whose properties are currently below the Base Flood Elevation (BFE) strongly consider raising the level of structures in order to avoid future flooding and potential insurance difficulties. FEMA offers Flood Mitigation Assistance of up to $30,000 for work that will bring a structure above BFE.

### How should I proceed and where can I find financial assistance to repair my home?

If you carry flood insurance, please contact your insurance carrier for information on deductibles and limits. Low interest SBA loans are available from FEMA, loans amounts are based on the actual cost of raising and/or repairing a flood-damaged home and personal property, minus any insurance reimbursements for the same loss. Current loan limits are as follows:

1. Homeowners - Up to $200,000 to repair or rebuild a primary residence to its condition before the disaster.
2. Homeowners and renters - Up to $40,000 to repair/replace personal property such as clothing, furniture and automobiles.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ASSOCIATION OF COMMUNITY              §
ORGANIZATIONS FOR REFORM             §
NOW (ACORN), et al.          §

      Plaintiffs,                                 §          Civil Action No. 06-1521-RJL
                                                       §
v.                                                     §
                                                       §
FEDERAL EMERGENCY MANAGEMENT  §
AGENCY (FEMA),                             §
                                                       §
      Defendant.                                §

Declaration of ACORN member ___Tamisha Frazier___

I, ___Tamisha Frazier___, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

___Tamisha Frazier___                     Date: _9-7-06_

September 7, 2006

To Whom It May Concern:

My name is Tanisha Frazier and I am being evicted from my house. My landlord has
threatened me with a warrant for my arrest and wants to put my family out on the streets.
I asked him to give me more time, but he refused. My landlord's name is Jim Peacock
and the address of his rental property is 1220 Graham Ave, North Little Rock, Arkansas
72117. His phone number is (501) 982-0006. I am in the process of trying to find
another place-- I just need time.

Sincerely,

Tanisha Frazier

Tanisha Frazier

 **FEMA**

R. David Paulison
Director

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

FEMA Application No.937296024

MS TANISHA D FRAZIER
1220 GRAHAM AVE
NORTH LITTLE ROCK, AR 72117-4528



*TANISHA, 9/5/06 4:30*
*Contact our office ASAP*
*to Avoide legal criminal*
*Failure to Vacate. If*
*We have not Heard from You*
*With 48 hours a warrent*
*Will be issued for your Arrest*
*982-0006 ( _____ )*

Dear MS TANISHA D FRAZIER:

The Federal Emergency Management Agency (FEMA) and the State of Texas have reviewed your request for disaster help and/or the inspection done on your home. Listed below are the decisions that have been made regarding your request for help. For a full explanation of the decisions, please refer to the section called "**If You Are Not Eligible For Help**" in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program mailed to you after you applied for assistance.

### CATEGORIES

### DETERMINATION

Rental Assistance

ENC - Eligible - No change on appeal, original eligible status stands

Total Grant Amount:            $0.00

### PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount above does not mean that you are ineligible for assistance. It means FEMA needs to know what your insurance settlement is and what your unmet needs are before we can continue processing your application.

If a decision results in a monetary award, you will soon receive a check at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you disagree with the decision(s) above, you have the right to appeal within 60 days of the date of this decision letter. If you have, any questions about writing an appeal please read the Notices on the back of this letter, call the FEMA Disaster Helpline at **1-800-621-FEMA (3362)** (hearing/speech impaired only, call 1-800-462-7585), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,                                                        SUPER

Individuals and Households Program Officer

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ASSOCIATION OF COMMUNITY          §
ORGANIZATIONS FOR REFORM          §
NOW (ACORN), *et al.*             §
                                  §
    Plaintiffs,                       §          Civil Action No. 06-1521-RJL
                                  §
v.                                §
                                  §
FEDERAL EMERGENCY MANAGEMENT      §
AGENCY (FEMA),                    §
                                  §
    Defendant.                        §

**Declaration of ACORN member Ruby Glass**

I, _____, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live. I am currently unemployed and I rely on aid from friends and various charities to pay my rent.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____   Date: 9/7/06

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Porris

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), *et al.* | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

**Declaration of ACORN member** _Clory Glover_

I, _Clory Glover_ , declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Clory Glover_                                Date: _09/7/06_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ASSOCIATION OF COMMUNITY §
ORGANIZATIONS FOR REFORM §
NOW (ACORN), *et al.* §
§
    Plaintiffs, §    Civil Action No. 06-1521-RJL
§
v. §
§
FEDERAL EMERGENCY MANAGEMENT §
AGENCY (FEMA). §
§
    Defendant. §

## Declaration of ACORN member Carmen Handy

I, Carmen Handy, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. The papers told me to go back to New Orleans to get necessary papers to apply for continued rental assistance, which I did, and FEMA then told me that they were still ceasing the assistance. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live.  In addition, the living conditions where I now live are substandard. My door has no doorknobs and I live with the constant threats of break-ins, shootings, et cetera.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. Every time I call back, the person answering the call knows nothing about what the previous person told me. If the documents from FEMA were more specific and provide more information, I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Carmen Handy_      Date: 9-6-2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ASSOCIATION OF COMMUNITY §
ORGANIZATIONS FOR REFORM §
NOW (ACORN), *et al.* §
                        §
    Plaintiffs,           §          Civil Action No. 06-1521-RJL
                        §
v.                      §
                        §
FEDERAL EMERGENCY MANAGEMENT §
AGENCY (FEMA),          §
                        §
    Defendant.           §

**Declaration of ACORN member** Elnora Johnson

I, Elnora Johnson, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Elnora Johnson                 Date: 9/7/06

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ASSOCIATION OF COMMUNITY          §
ORGANIZATIONS FOR REFORM          §
NOW (ACORN), *et al.*             §
                                  §
        Plaintiffs,               §        Civil Action No. 06-1521-RJL
                                  §
v.                                §
                                  §
FEDERAL EMERGENCY MANAGEMENT      §
AGENCY (FEMA),                    §
                                  §
        Defendant.                §

Declaration of ACORN member **Ashley Jussemy**.

I, Ashley Jussemy, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live. I am currently unemployed and I rely on aid from friends and various charities to pay my rent.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Achley Jussemy                    Date: 9/7/06

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), et al. | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

### Declaration of ACORN member Kenneth Leach

I, Kenneth Leach, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. My pre-disaster address was 1610 ½ Frenchman, New Orleans, LA 70116. I was rescued from my home by a boat, transported to safety by a helicopter and taken to Austin, Texas where I live today.

4. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. I have received several letters from FEMA, but none has helped me understand what I need to do to get the rental assistance I need. I do not understand why I am being told I am ineligible for rental assistance at this time. To the best of my knowledge, I have responded to all of FEMA's requests for information and yet I am still without the assistance I need to cover my housing needs.

5. I am disabled and on a fixed income, and it has been a tremendous strain to worry about whether or not I will have a place to stay. I currently support myself on the benefits I receive from Social Security, which amounts to approximately $603 a month.  My current rent is $450 a

month.

5. I have called FEMA multiple times to find out more about why my assistance has been terminated. In my experience, I can call three different times a day and get three different answers to my questions about why I am ineligible. For example, I received a letter that said I was ineligible because I had not submitted rental receipts, but those receipts were already in my file with FEMA and representatives at FEMA advised me that there must be some other reason for my ineligibility. I have heard a variety of explanations for why I might be ineligible, but there has been nothing in writing to help me focus on what steps I need to take to satisfy FEMA. I am very eager to cooperate with FEMA because I really need their help right now. If the documents from FEMA were more specific and provided more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Name: KENNETH LEACH

Signature: *Kenneth Leach*

Date: 9-6-2006

Current Address: 7607 Blessing Avenue, Apt. 113, Austin, TX 78752

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Purris

ASSOCIATION OF COMMUNITY     §
ORGANIZATIONS FOR REFORM     §
NOW (ACORN), *et al.*     §
    §
     Plaintiffs,     §     Civil Action No. 06-1521-RJL
    §
v.     §
    §
FEDERAL EMERGENCY MANAGEMENT     §
AGENCY (FEMA),     §
    §
     Defendant.     §

**Declaration of ACORN member**    Kevin L. Lewis

I, Kevin L. Lewis, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____ Date: 9-07-06

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), *et al.* | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | | § |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

## Declaration of ACORN member Rickey Lunford

I, Rickey Lunford, declare the following based on my personal knowledge:

1.    I am over 21 years of age and competent to make this declaration.

2.    I am a Rita evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3.    Prior to Rita, I resided at 729 Robertson, Clute TX. 77531. A tree fell on my house and damaged my roof such that rain fell in and destroyed my walls.

4.    I was denied Personal Property Assistance, and now Rental Assistance for Insufficient Damage on October 18, 2005. That letter is attached. I have pictures of the damage, but FEMA told me and my case manager that they do not want pictures faxed in b/c of lack of clarity of their scanner. I appealed the denial.

5.    I fixed my roof with my own funds and installed sheet rock in the living room. The kitchen and bedrooms have considerable mold growing on them and need sheet rock. I have gotten an estimate of the damage on my home. The estimate says I still have over $20,000.00 in damage left to rehabilitate. I am eligible for FEMA Home Repair but cannot get it from FEMA.

6.    Salvation Army is covering my September rent. I am trying to find a charity to help me fix my home. My only income is Social Security at $846.00 per month.

7.    FEMA has terminated my rental assistance and determined me to be ineligible. I

have tried to speak with FEMA officers to get more information so that I can write an effective appeal, but every time I speak with a FEMA representative I get a different explanation.    I am very concerned about my housing situation right now because I cannot afford the rent on my own.  I think that I could be successful in my efforts to have my rental assistance reinstated if the letters FEMA sent were clearer.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Name: Ricky Lunford

Signed: _Ricky Lunford_

Date: 9-8-06

Address: 2302 E. William Cannon Drive, Apt 1022, Austin TX 78744

 **FEMA**



R. David Paulison
Acting Under Secretary
Emergency Preparedness and Response

Rick Perry
Governor's Authorized Representative
State of Texas

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

10/18/2005

FEMA Application No.912246719

Disaster No. 1606

MR RICKEY A LUNFORD
4600 NUCKOLS CROSSING RD APT 301
AUSTIN, TX 78744-2003

Dear Mr. Lunford:

The Federal Emergency Management Agency (FEMA) and the State of Texas have reviewed your request for disaster help and/or the inspection done on your home. Listed below are the decisions that have been made regarding your request for help. For a full explanation of the decisions, please refer to the section called "**If You Are Not Eligible For Help**" in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program which was mailed to you after you applied for assistance.

### CATEGORIES

### DETERMINATION

Housing Assistance
Personal Property
==================
Total Grant Amount:

IID- Ineligible - Insufficient Damage
IID- Ineligible - Insufficient Damage
=========
$0.00

### PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount above does not mean that you are ineligible for assistance. It means FEMA needs to know what your insurance settlement is and what your unmet needs are before we can continue processing your application.

If a decision results in a monetary award, you will soon receive a check (s) at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you disagree with the decision(s) above, you have the right to appeal within 60 days of the date of this decision letter. If you have any questions about writing an appeal, please read the **Notices** on the back of this letter or call the FEMA Disaster Helpline at **1-800-621-FEMA (3362)** (hearing/speech impaired only, call 1-800-462-7585), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,
Individuals and Households Program Officer

\*\*\*   REC 2006177  123606 HC8153B0 2J6U  CIPQYAB    PQAB    (F-2J6 )   \*\*\*

SOCIAL SECURITY ADMINISTRATION

Date: June 26, 2006
Claim Number: 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A
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DI

RICKEY A LUNFORD
2302 E WM CANNON DR
APT 1022
AUSTIN TX 78744-7325

You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Information About Current Social Security Benefits

Beginning December 2005, the full monthly
Social Security benefit before any deductions is......$ 934.90

We deduct $88.50 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 846.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For
example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Fema 912246719 1606

**OUT OF THE ORDINARY REMODELING**

# Estimate

20331 RAMBLE WOOD
BRAZORIA TX 77422
(979)798-5300

| Date | Estimate # |
|------|-----------|
| 9/2/2006 | 16 |
| **Customer** | **Job** |
| Ricky Lunford | . |

**Customer Information**

Ricky Lunford
729 ROBERTSON
CLUTE, TEXAS

*Fema*
*9122467191606*

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Removal of floor joists. 2 in. x  6 in.  (290 SF per CY and 2.04 lbs. per SF) | | | |
| Labor, per SF | 300 | 0.48 | 143.43 |
| Lumber floor sheathing. Lumber floor sheathing. Diagonal, 1 in. x 6 in. Standard and Better 1.14 BF per SF | | | |
| Material, per SF | 300 | 1.22 | 367.29 |
| Labor, per SF | 300 | 0.90 | 269.34 |
| Level rental. Level kit, Rental for Week | | | |
| Equipment, per Ea | 1 | 230.87 | 230.87 |
| Interior wall framing, 2 in. x 4 in. studs and 1/2 in. gypboard. Cost per running foot, for 8' high walls | | | |
| Material, per LF | 75 | 10.45 | 783.56 |
| Labor, per LF | 75 | 17.02 | 1,276.77 |
| One door base kitchen cabinets. 12 in. wide, 1 door, 1 drawer | | | |
| Material, per Ea | 1 | 194.77 | 194.77 |
| Labor, per Ea | 1 | 16.79 | 16.79 |
| One door base kitchen cabinets. One door base kitchen cabinets. 18 in. wide, 1 door, 1 drawer | | | |
| Material, per Ea | 1 | 218.28 | 218.28 |
| Labor, per Ea | 1 | 27.87 | 27.87 |
| One door base kitchen cabinets. 24 in. wide, 1 door, 1 drawer | | | |
| Material, per Ea | 1 | 244.02 | 244.02 |
| Labor, per Ea | 1 | 33.11 | 33.11 |
| Drawer base kitchen cabinets. 18 in. wide, 4 drawers | | | |
| Material, per Ea | 1 | 226.11 | 226.11 |
| Labor, per Ea | 1 | 27.87 | 27.87 |
| Sink base kitchen cabinets. 36 in. wide, 2 doors, 2 drawer fronts | | | |
| Material, per Ea | 1 | 268.65 | 268.65 |
| Labor, per Ea | 1 | 27.87 | 27.87 |
| Sink base kitchen cabinets. Two door base kitchen cabinets. 30 in. wide, 2 doors, 2 drawers | | | |
| Material, per Ea | 1 | 344.76 | 344.76 |
| Labor, per Ea | 1 | 45.47 | 45.47 |

**OUT OF THE ORDINARY REMODELING**

**Estimate**

20331 RAMBLE WOOD
BRAZORIA TX  77422
(979)798-5300

| Date | Estimate # |
|------|-----------|
| 9/2/2006 | 16 |
| **Customer** | **Job** |
| Ricky Lunford | |

*Fema 9122467191606*

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Two door base kitchen cabinets. 33 in. wide, 2 doors, 2 drawers. T. | | | |
| Gypsum wallboard nailed or screwed. 1/2 in. on walls | | | |
| Material, per SF | 3,260 | 0.29 | 950.29 |
| Labor, per SF | 3,260 | 0.37 | 1,216.31 |
| Gypsum wallboard nailed or screwed. 1/2 in. on ceilings | | | |
| Material, per SF | 1,408 | 0.29 | 410.43 |
| Labor, per SF | 1,408 | 0.48 | 673.16 |
| Gypsum wallboard clipped to metal furring. Add for taping and finishing wall joints | | | |
| Material, per SF | 3,260 | 0.06 | 190.06 |
| Labor, per SF | 3,260 | 0.37 | 1,216.31 |
| Gypsum wallboard clipped to metal furring. Add for taping and finishing ceiling joints | | | |
| Material, per SF | 1,408 | 0.06 | 82.09 |
| Labor, per SF | 1,408 | 0.48 | 673.16 |
| Drywall texture. Knockdown, spray applied and troweled | | | |
| Material, per SF | 4,668 | 0.15 | 707.67 |
| Labor, per SF | 4,668 | 0.72 | 3,374.50 |
| Interior surfaces, per coat. Painting interior surfaces, one coat. Ceiling, flat latex (250 SF/hour) | | | |
| Labor, per SF | 1,408 | 0.15 | 213.45 |
| Painting interior surfaces, one coat. Walls, enamel (400 SF/hour) | | | |
| Labor, per SF | 3,260 | 0.12 | 380.12 |
| Epoxy primer. Acrylic latex interior primer and sealer, for drywall, plaster, masonry or wood (400 SF per Gal) | | | |
| Material, per Gal | 5 | 27.98 | 139.92 |
| Interior acrylic latex house paint. High gloss enamel, 5 gallons | | | |
| Material, per 5Gal | 8 | 125.37 | 1,002.95 |
| Fir 1-panel stile and rail interior doors. 28 in. x 80 in. | | | |
| Material, per Ea | 2 | 183.58 | 367.15 |
| Labor, per Ea | 2 | 41.86 | 83.72 |
| Fir 3-panel stile and rail interior doors. 32 in. x 80 in. | | | |
| Material, per Ea | 4 | 224.99 | 899.97 |
| Labor, per Ea | 4 | 41.86 | 167.44 |
| Medium density fiberboard moulding. Base, 9/16 in. x 3-1/16 in. | | | |
| Material, per LF | 500 | 0.72 | 361.45 |
| Labor, per LF | 500 | 0.43 | 215.70 |
| Medium density fiberboard moulding. Door casing set, 17' x 5/8 in. x 2-1/4 in. | | | |
| Material, per Ea | 8 | 7.19 | 57.55 |
| Labor, per Ea | 8 | 9.90 | 79.19 |
| Flat window stool moulding, pine. 1 in. x 5-1/2 in. | | | |

**OUT OF THE ORDINARY REMODELING**

# Estimate

20331 RAMBLE WOOD
BRAZORIA TX 77422
(979)798-5300

*Fema 9122467191606*

| Date | Estimate # |
|------|-----------|
| 9/2/2006 | 16 |
| **Customer** | **Job** |
| Ricky Lunford | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Material, per LF | 45 | 5.03 | 226.15 |
| Labor, per LF | 45 | 1.34 | 60.34 |
| Base grade, level loop, with 50 oz pad. Nylon base grade carpet. 18 oz | | | . |
| Material, per SY | 156 | 8.26 | 1,287.83 |
| Labor, per SY | 156 | 5.63 | 878.56 |
| | | | |
| *Project Subtotal | | | 20,662.27 |
| *Project Total | | | 20,662.27 |
| | | Total | 20,662.30 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), *et al.* | § | |
| | § | |
| Plaintiffs, | §. | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

**Declaration of ACORN member** _Minnie Mayfield_

I, _Minnie_ _____, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has not given me sufficient funds to pay my monthly rent of $ 600.00 per month. I received an eviction notice saying that my rent had not been paid for August and September.

5. When I contact FEMA, I do not get answers to my questions and find that I am more confused than ever.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Minnie Mayfield_ _____ Date: _9-7-06_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Paris

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), *et al.* | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

**Declaration of ACORN member  Lonnie Moses**

I, __Lonnie Moses__ , declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

__Lonnie Moses__    Date: 8/7/06

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), *et al.* | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

**Declaration of ACORN member** *Rebecca Pate*

I, *Rebecca* _____, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has not given me sufficient funds to pay my monthly rent of $ 660.00 per month. I received an eviction notice saying that my rent had not been paid for August and September.

5. When I contact FEMA, I do not get answers to my questions and find that I am more confused than ever.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____     Date: 9-7-06

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), *et al.* | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

**Declaration of ACORN member Carlo Raia**

I, Carlo A. Rain declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Carlo A. Raia          Date: 09/6/06

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), *et al.* | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

## Declaration of ACORN member Nakita Shelton

I, Nakita Shelton, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Prior to the mandatory evacuation of New Orleans, I resided at 2162 Selma Street, New Orleans, LA 70122.

4. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

5. FEMA has terminated my rental assistance and I do not understand why. I am currently listed as ineligible for continuing rental assistance. I have not been able to clarify why I am now ineligible after previously being eligible. I have called FEMA's Helpline several times to find out more about what I can do to have my assistance reinstated. Every time I call I have been told that I need to send FEMA something different, but I have not had any progress on my claim even after following these directions.

6. Because the letters from FEMA are unclear and I have been unable to get clarification on how to satisfy FEMA's requirements, I am still very worried about whether or not my children and I can count on having a place to live. I am a single mother with two small children and this

situation has been very difficult for me. My first priority has always been my family's safety and housing is a big part of that.   If the documents from FEMA were more specific and provided more information I believe I would be able to complete the application, secure some assistance and move on with my life.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Name:  Nakita Shelton

Signed: _____

Date:   9 - 7 - 06

Address: 4805 Filey Cove, Austin, TX 78721

From NAKITA SHELTON        to ATTENTION: SASHA        at Wed 8/9/2006  11:51 AM  6/10

 

R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

12/30/2005

FEMA Disaster Telphone: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No.939400008

Disaster No.1603

MS NAKITA A SHELTON
1805 FILEY CV
AUSTIN, TX 78721-1520

Dear Ms. Shelton:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance.  Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Housing Assistance | IDEPA - Duplicate Application |
| Total Grant Amount: | $0.00 |

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You can also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

### PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim.  Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance.  A $0 amount listed above does not necessarily mean that you are ineligible for assistance.  It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank.  To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address.  Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may

From NAKITA SHELTON    to ATTENTION: SASHA    at Wed 8/9/2006  11:52 AM  7/10

 FEMA

F. David Paulson
Director

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

FEMA Application No.939400008

MS NAKITA A SHELTON
4805 FILEY CV
AUSTIN, TX 78721-4520

Kathleen Babineaux Blanco
Governor
State of Louisiana

07/11/2006

Disaster No.1603

Dear Ms. Shelton,

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster help and/or the inspection done on your home. Listed below are the decisions that have been made regarding your request for help. For a full explanation of the decisions, please refer to the section called "If You Are Not Eligible For Help" in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program mailed to you after you applied for assistance.

| CATEGORIES | DETERMINATION |
|------------|---------------|
| Rental Assistance | $1,316.00 |
| ~~Individual Assistance~~ | ~~$0.00~~ |
| Total Grant Amount | $1,316.00 |

## PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

Applicants with Insurance: Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount above does not mean that you are ineligible for assistance. It means FEMA needs to know what your insurance settlement is and what your unmet needs are before we can continue processing your application.

If a decision results in a monetary award, you will soon receive a check at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you disagree with the decision(s) above, you have the right to appeal within 60 days of the date of this decision letter. If you have any questions about writing an appeal please read the Notices on the back of this letter, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only call 1-800-462-7585), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,

SUPER

Individuals and Households Program Officer

From NAKITA SHELTON        to ATTENTION: SASHA        at Wed 8/9/2006  11:53 AM  8/10

 FEMA

R. David Paulison
Director

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

08/02/2006

FEMA Application No. 939400098

Disaster No. 1603

MS NAKITA A SHELTON
4805 FILEY CV
AUSTIN, TX 78721-1520

Dear Ms. Shelton,

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster help and/or the inspection done on your home. Listed below are the decisions that have been made regarding your request for help. For a full explanation of the decisions, please refer to the section called "If You Are Not Eligible For Help" in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program mailed to you after you applied for assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Rental Assistance | IDUPA Duplicate Application |
| Total Grant Amount: | $0.00 |

## PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

Applicants with Insurance: Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount above does not mean that you are ineligible for assistance. It means FEMA needs to know what your insurance settlement is and what your unmet needs are before we can continue processing your application.

If a decision results in a monetary award, you will soon receive a check at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you disagree with the decisions above, you have the right to appeal within 60 days of the date of this decision letter. If you have any questions about writing an appeal please read the Notices on the back of this letter, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,                                                      SUPER

Individuals and Households Program Officer

From NAKITA SHELTON    to ATTENTION: SASHA    at Wed 8/9/2006  11:54 AM  9/10

 FEMA



R. David Paulison
Director

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

08/04/2006

FEMA Application No.939460098

Disaster No.1603

MS NAKITA A SHELTON
4865 FILEY CV
AUSTIN, TX 78723-1520

Dear Ms. Shelton:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster help and/or the inspection done on your home. Listed below are the decisions that have been made regarding your request for help. For a full explanation of the decisions, please refer to the section called "If You Are Not Eligible For Help" in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program mailed to you after you applied for assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Rental Assistance | INC - Ineligible - No change on appeal, original ineligible status stands |
| Total Grant Amount: | $0.00 |

## PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

Applicants with Insurance: Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount above does not mean that you are ineligible for assistance. It means FEMA needs to know what your insurance settlement is and what your unmet needs are before we can continue processing your application.

If a decision results in a monetary award, you will soon receive a check at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you disagree with the decision(s) above, you have the right to appeal within 60 days of the date of this decision letter. If you have any questions about writing an appeal please read the Notices on the back of this letter, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,

SUPER

Individuals and Households Program Office

From NAKITA SHELTON        to ATTENTION: SASHA      at Wed 8/9/2006  11:55 AM  10/10

# Requirements for Continued Rental Assistance

**Instructions:**

1. Provide your housing plan as outlined in (A) below.
2. Provide all of the documentation listed under (B) "All Applicants".
3. Select the group (C or D) that best fits your situation and long term housing plan. Provide all of the documentation listed under the group you selected.
4. Send this information along with your name, disaster number and registration number to FEMA, at the address provided on the front of this letter, 30-days before your current rental assistance award expires.

A. **Housing Plan** - A description of your plan to obtain affordable housing, e.g., secure a loan, hire a contractor, or find a new place to live. Please include the earliest date that you believe you can fulfill your housing plan.

B. **All Applicants:** You must submit the following information in addition to the documentation requested above:

   * Canceled checks, receipts or statements showing your pre-disaster mortgage or rent amount, and landlord's name and contact information.
   * Pre-disaster income, e.g., pay check stub, w-2 form, disability income, Supplemental Security Income (SSI) statement, etc.
   * Current income, e.g., pay check stub, w-2 form, disability income, SSI statement, unemployment benefits, retirement benefits, etc.
   * Documentation of efforts to reestablish income (if unemployed) or to increase income to self-sufficing levels, e.g., job search records provided to the State for unemployment benefits.

C. **Pre Disaster Owners:** If your plan is to repair or rebuild, you must submit the following:

   * Mortgage statement and rent receipts/ proof of payment of rent to verify your current monthly housing cost (excluding utilities). Include your rental unit address, landlord's name, and contact information.
   * Builder's contract to repair/rebuild your pre-disaster home including name, address and contact information.
   * Verification of your source of funding to repair or rebuild your damaged home, e.g., insurance settlement, Small Business Administration (SBA) loan, commercial loan, FEMA grant and the status of the funding, i.e., disbursement date.
   * Other relevant items (please describe and attach supporting documentation).

D. **Pre Disaster Renters or Owners:** If your plan is to find another place to rent you must submit the following:

   * Rent receipts/ proof of payment of rent to verify your current monthly housing cost (excluding utilities). Include your rental unit address, landlord's name, and contact information.
   * Other relevant items (please describe and attach supporting documentation).

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), *et al.* | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

### Declaration of ACORN member **Eldon Sneed**

I, Eldon Sneed, declare the following based on my personal knowledge:

1. I am 36 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live. I receive disability in the amount of $604.00 per month, and I pay rent in the amount of $350.00 per month, not including gas and electricity.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 9.7.06

 **FEMA**



R. David Paulison                                                  Kathleen Babineaux Blanco
Director                                                          Governor
                                                                 State of Louisiana

National Processing Service Center                               07/18/2006
P.O. Box 10055
Hyattsville, MD 20782-7055


FEMA Disaster Helpline: **1-800-621-FEMA (3362)**
Fax No.: 1-800-827-8112

FEMA Application No.: 921261691                               Disaster No. 1603

MR ELDON L SNEED JR
5617 YALE ST APT 102
HOUSTON, TX 77076-4601


Dear Mr. Sneed Jr

The Federal Emergency Management Agency (FEMA) has reviewed your request for continued FEMA
rental assistance.

You have been determined to be INELIGIBLE for continued FEMA rental assistance. FEMA will cease
to provide assistance with your rent 30 days from the date of this letter unless you have been otherwise
notified by your landlord that your lease will terminate earlier. We suggest that you use this time to make
arrangements with your landlord to provide rent payments from another source or that you find other
accommodations. Your landlord has been notified that FEMA assistance will be discontinued in 30 days
from the date of this letter.

If you disagree with this decision, you have the right to appeal within 60 days of the date of this letter.
Although you have 60 days to appeal, FEMA will only provide assistance for 30 days from the date of this
letter. Therefore if you intend to appeal, you should do so promptly.

To file an appeal, you must explain in writing why you feel FEMA's decision is wrong. Send any new or
additional information that you would like considered by the Appeals Officer when making a
determination on your appeal. Please be sure to include your FEMA Application Number, shown at the
top of this letter, when you write to FEMA.

        Mail your letter and the documents to:
                        FEMA Appeals Officer
                        National Processing Service Center
                        P.O. Box 10055, Hyattsville, MD  20782-7055.


Your appeal must be postmarked within 60 days of the date of this letter.  Appeals will not be accepted
after this date.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § § | Civil Action No. 06-1521-RJL |
| v. | § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § | |
| Defendant. | § | |

**Declaration of ACORN member** _Ta Kuna Tarhakah_

I, _Takuna Tarhakah,_ declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Takuna Tarhakah._ Date: _9/ 7/06_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ASSOCIATION OF COMMUNITY          §
ORGANIZATIONS FOR REFORM          §
NOW (ACORN), *et al.*             §
                                  §
    Plaintiffs,                §          Civil Action No. 06-1521-RJL
                                  §
v.                                §
                                  §
FEDERAL EMERGENCY MANAGEMENT      §
AGENCY (FEMA),                    §
                                  §
    Defendant.                 §

**Declaration of ACORN member Jeffrey Turner**

I, Jeff Turner, declare the following based on my personal knowledge:

1. I am 56 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has denied my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA. I receive disability, and without FEMA's aid, half of my disability goes towards rent.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be given rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____ Date: 9-7-06

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY | § | |
| ORGANIZATIONS FOR REFORM | § | |
| NOW (ACORN), *et al.* | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | | § |
| AGENCY (FEMA), | § | |
| | § | |
| Defendant. | § | |

## Declaration of ACORN member Angela Vaughn

I, Angela Vaughn, declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Prior to the mandatory evacuation of New Orleans, I resided at 4116 Thalia Street, Apartment 3, New Orleans, Louisiana 70125.

4. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

5. On December 17, 2005, FEMA requested proof of my occupancy at the pre-disaster address above.

6. I faxed a court document to FEMA that stated my name and damaged address as requested.

7. I called FEMA and was told a court document was insufficient.

8. FEMA has terminated my rental assistance and determined me to be ineligible. I have made many appeals to this decision without any success. I have found this incredibly frustrating because I have been unable to understand the reason why I am ineligible. For example, one letter I received from FEMA said that the reason was "other." I have tried to speak with FEMA officers to get more information so that I can write an effective appeal, but every time I speak with a FEMA representative I get a different explanation.

9. I am very concerned about my housing situation right now because I cannot afford the rent on my own. Generally speaking, each time I talk with FEMA or get a letter from FEMA, I am left more confused about my application. The letters are offering less information each time; one recent letter did not even provide any determination information at all other than the word, INELIGIBLE. I think that I could be successful in my efforts to have my rental assistance reinstated if the letters FEMA sent were clearer.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Name: Angela Vaughn

Signed: _Angela Vaughn_

Date: Sept. 7, 2006

Address: 8000 Decker Lane, Apartment 1515, Austin, TX 78724

 **FEMA**

R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

12/17/2005

FEMA Application No. 939341585

Disaster No. 1603

MS ANGELA M VAUGHN
8000 DECKER LN
AUSTIN, TX 78724-3000

Dear Ms. Vaughn,

The Federal Emergency Management Agency and the State of Louisiana have completed a review of your application for disaster assistance as a result of Hurricane Katrina. An inspection (outside only) was done on your home. The inspection showed damage to your home and personal property. We searched several public records but were not able to prove that you occupied the home at the time of the disaster.

Occupancy in a home is a requirement for receiving assistance for housing and most personal property. FEMA defines occupancy as where you usually live and where you were living at the time of the disaster. If you have proof that you occupied the home, please submit this information to FEMA, otherwise we will not be able to provide you any disaster assistance. Acceptable documents that would prove occupancy include: copy of a valid driver's license, any first-class government mail sent to you within the last three months at that address, or recent utility bills in your name at that address

If you disagree with this decision, you have the right to appeal in writing within 60 days of the date of this letter. If you have any questions about the appeal process, please call the FEMA Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only call 1-800-462-7585). You may also visit the fema.gov website and click on the Frequently Asked Questions Section.



Sincerely,

NoOcc

Individuals and Households Program Officer

504 908-7230

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ASSOCIATION OF COMMUNITY                §
ORGANIZATIONS FOR REFORM                §
NOW (ACORN), *et al.*                    §
                                         §
    Plaintiffs,     §          Civil Action No. 06-1521-RJL
                                         §
v.                                       §
                                         §
FEDERAL EMERGENCY MANAGEMENT             §
AGENCY (FEMA),                           §     Lula Venible
                                         §
    Defendant.       §

**Declaration of ACORN member** *Lula Venible*

I, _Lula Venible_ , declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live. I am currently unemployed and I rely on aid from friends and various charities to pay my rent.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Lula Venible_          Date: _09-07-06_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF COMMUNITY | § |
| ORGANIZATIONS FOR REFORM | § |
| NOW (ACORN), *et al.* | § |
| | § |
| Plaintiffs, | § Civil Action No. 06-1521-RJL |
| | § |
| v. | § |
| | § |
| FEDERAL EMERGENCY MANAGEMENT | § |
| AGENCY (FEMA), | § |
| | § |
| Defendant. | § |

## Declaration of ACORN member Isabella Vinnett

I, Isabella Vinnett, declare the following based on my personal knowledge:

1.   I am over 21 years of age and competent to make this declaration.

2.   I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3.   Prior to the mandatory evacuation of New Orleans, I resided at 1015 Reynes St., Apt. B New Orleans, Louisiana 70117

4.   Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

5.   On July 6, 2006, I received a denial based on "Other." That letter is attached.

6.   I called FEMA and was told I needed to prove residency at the pre-disaster address. I faxed receipts for that rent.

7.   FEMA then faxed me a request for me to send in more information. That fax is attached. I filled out the forms she asked me to, and wrote my permanent housing plan, which is a Section 8 apartment. I sent FEMA proof that I have applied for Section 8.

8.   I now have been told that I have to pay back my FEMA grants because FEMA paid them to someone else. That letter is attached. I paid the rent at the New Orleans address and I am the Head of Household. I don't know why FEMA gave a grant to someone else to replace the personal property in the apartment I was paying the rent for. I sent FEMA my diagnosis from Mental Health/Mental Retardation. I am approved for Social Security.

I faxed that confirmation also.

9.  FEMA has terminated my rental assistance and **sought recoupment** of $10391.51, all
    funds granted.  I have made many appeals to this decision without any success.  I have
    found this incredibly frustrating because I have been unable to understand the reason why
    I am ineligible.  For example, one letter I received from FEMA said that the reason was
    "other."  I have tried to speak with FEMA officers to get more information so that I can
    write an effective appeal, but every time I speak with a FEMA representative I get a
    different explanation.

10. I am very concerned about my housing situation right now because I cannot afford the
    rent on my own.  Generally speaking, each time I talk with FEMA or get a letter from
    FEMA, I am left more confused about my application.  The letters are offering less
    information each time; one recent letter did not even provide any determination
    information at all other than the word, INELIGIBLE.  I think that I could be successful in
    my efforts to have my rental assistance reinstated if the letters FEMA sent were clearer.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
correct.

Name: Isabella Vinnett

Signed:  *Isabella O. Vinnett*

Date:  8-8-06

Address: 7000 Decker Lane, Apartment 1721, Austin, TX 78724

 **FEMA**



R. David Paulison
Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

07/06/2006

FEMA Application No.912008352

Disaster No.1603

MS ISABELLA D VINNETT
7000 DECKER LN APT 1721
AUSTIN, TX 78724-3934

Dear Ms. Vinnett:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster help and/or the inspection done on your home. Listed below are the decisions that have been made regarding your request for help. For a full explanation of the decisions, please refer to the section called "**If You Are Not Eligible For Help**" in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program mailed to you after you applied for assistance.

| **CATEGORIES** | **DETERMINATION** |
|---|---|
| Rental Assistance | INO - Ineligible - Other |
| ================= | ========= |
| Total Grant Amount: | $0.00 |

*Lorena*
*48 561*
*Fema*

### PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount above does not mean that you are ineligible for assistance. It means FEMA needs to know what your insurance settlement is and what your unmet needs are before we can continue processing your application.

If a decision results in a monetary award, you will soon receive a check at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you disagree with the decision(s) above, you have the right to appeal within 60 days of the date of this decision letter. If you have, any questions about writing an appeal please read the Notices on the back of this letter, call the FEMA Disaster Helpline at **1-800-621-FEMA (3362)** (hearing/speech impaired only, call 1-800-462-7585), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,

SUPER

Individuals and Households Program Officer

mou wont 720½ ...

No. _____

August 9, 20 05

Received from _ Cabella Vinnett __ 5 00/cents

Three Hundred Fifty Dollars **Dollars**

1015 Reyner St apt B

| Amt of Account | | |
|---|---|---|
| Amt Paid | 350 | 00 |
| Balance Due | | |

$ 350.00

---

No. _____

July 20 05

Received from _ Isabella Vinnett

Three Hundred Fifty Dollars **Dollars** 5 00/cents

| Amt of Account | | |
|---|---|---|
| Amt Paid | 350 | 00 |
| Balance Due | | |

1015 apt B Reyner St

$ 350.00

---

No. _____

June 20 05

Received from _ Isabella Vinnett _ 5 00/cents **Dollars**

Three Hundred Fifty Dollars

| Amt of Account | | |
|---|---|---|
| Amt Paid | 30 | 00 |
| Balance Due | | |

1015 apt B Reyner St

$ 30.00

 **FEMA**



R. David Paulison
 Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

07/13/2006

FEMA Application No.: 912008352

Disaster No.: 1603

MS ISABELLA D VINNETT
7000 DECKER LN APT 1721
AUSTIN, TX 78724-3934

Dear Ms. Vinnett

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have received the following documentation:

   Request for Recertification

We will review the document(s) as soon as possible.

Sincerely,

Individuals and Households Program Officer

JUI 17 UB U4:44P                                                          P.4

U.S. Department of Homeland Security
FEMA-1666-EM-TX
Individual Assistance
Phone: (512) 908-8844
Fax: (512) 908-8868



### Facsimile Transmission

To: ISABELLA VINNETT                          Fax: 512 929-5560

From: DARLENE          FAX: 512 977 4631      Phone: 512 908 8824

Date   JULY 17 , 2006

Number of pages including cover: 4

ISABELLA VINNETT PLEASE FILL OUT THE FORMS SIGNED AND DATE.

YOU ALSO NEED A PERMANENT HOUSING PLAN LETTER STATING WHAT ARE YOUR

FUTURE PLAN FOR YOURSELF.

FORM: HOUSING PLAN FORM AND REQUEST FOR CONTINUED RENTAL ASSISTANCE
        DECLARATION AND RELEASE
        RELEASE OF INFORMATION FORM

 **FEMA**



R. David Paulison
Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

09/05/2006

FEMA Application No.:912008352
Bill For Collection No.: R06B156560

Disaster No.:1603

**Para obtener una copia de esta carta en Español, por favor llame a la Línea de Ayuda de FEMA al 1-800-621-3362.**

MS ISABELLA D VINNETT
7000 DECKER LN APT 1721
AUSTIN, TX 78724-3934

Dear MS ISABELLA D VINNETT:

Following every federally declared disaster, FEMA conducts an audit of disaster assistance payments to individuals to ensure that the taxpayer dollars were provided in an appropriate manner and in an amount to meet the eligible needs of the applicant. FEMA has provided you funds as a result of your application for disaster assistance. These funds were provided based upon the disaster-related need that you indicated in your application to FEMA. However, during our audit, a review of your case showed that you were not eligible for some or all of the funds that FEMA provided to you. These funds must now be returned because:

DUPLICATION WITH HOUSEHOLD MEMBER

Based upon your individual case, it has been determined that you must return $10391.51. To avoid any interest or any penalty charges, you must return the amount in full within 30 days of this letter. Should you need to speak with someone about a payment plan, please contact the Disaster Finance Center at 1-800-816-1122 between 9:00 a.m. and 4:00 p.m. Eastern Time, Monday - Friday. You will need your FEMA application number or Social Security number when you call.

Please note that even if you made or make repayment in full, the United States does not waive its right to pursue any applicable civil or criminal remedies. In addition, if you make any false or fraudulent statements in connection with your application for disaster assistance, you may be subject to liability under other federal, state or local laws.

You have the right to appeal this determination, request information from your file, or contact us to further discuss your case. Instructions are included as to how to proceed in this manner. However, should you choose to appeal, FEMA strongly encourages you to pay the debt or set up a repayment plan to avoid penalty charges and minimize interest. If FEMA approves your appeal, all of the money you have repaid will be returned promptly.

We apologize for any inconvenience this may cause, and urge you to respond to this letter as outlined in the instructions within 30 days, to avoid penalties or fees as prescribed by law. This correspondence serves to notify you of a debt owed to the Federal Government. Failing to respond to this debt notice may also affect your ability to

## APPEAL PROCEDURES AND OTHER IMPORTANT INFORMATION

**Filing an Appeal:** If you disagree with FEMA's decision, you have the right to an appeal. To file an appeal, you must:

1. **Explain in writing why you feel FEMA's decision is wrong.**

   Send any new or additional information that you have to show the Appeals Officer that you are eligible for this money. Be sure to include your FEMA Application No., shown at the top of this letter, when you write to FEMA.

2. **Mail your letter and the documents to:**

   FEMA Appeals Officer (RECOUP)
   National Processing Service Center
   P.O. Box 10055
   Hyattsville, MD 20782-7055

**Important:** Your appeal letter must be postmarked within 60 days of the date of this letter. If someone writes to FEMA on your behalf, you must sign a letter of permission for your file information to be given to this person. It is important to remember that although you have 60 days to file an appeal, interest charges will start from the date of this letter if you do not win the appeal. So that you do not accrue this interest during the appeals process, we encourage you to pay this debt now even if you plan to file an appeal. Should your appeal be successful, all funds submitted, including interest payments, will be returned.

All appeals are reviewed by FEMA. Decisions are usually made within 30 days of receiving the appeal. You will be notified by mail of FEMA's response to your appeal. To check on the status of your appeal, please call FEMA's Helpline 1-800-621-FEMA (3362).

**Requesting Information from Your File:** Before you write your appeal letter, you or your authorized representative may ask FEMA for a copy of the information in your file. This request must be made in writing and sent to:

   FEMA Records Management Chief
   National Processing Service Center
   P.O. Box 10055
   Hyattsville, MD 20782-7055

**Repayment :** To re-pay this amount in full, please use the enclosed FEMA DEBT REPAYMENT FORM to either:

a. Return the U.S. Treasury check(s) sent to you (if the amount of the check is the amount to be returned and has not been cashed or deposited)    **Or**
b. Mail a personal check or money order in the amount of $10391.51 made out to FEMA to:

   **Federal Disaster Relief Fund**
   **P.O. Box 70941**
   **Charlotte, NC 28272-0941**

**Repayment Plan Procedure:** If you cannot pay the full amount now, FEMA will work with you on a repayment plan. To set up a repayment plan, call the FEMA Disaster Finance Center at 1-800-816-1122 between 9: 00 a.m. and 4:00 p.m Eastern time, Monday through Friday. You will need your FEMA Application Number or Social Security number when you call.

================================================================

## FEMA DEBT REPAYMENT FORM

### Bill for Collection no. R06B156560

### Please return this form with your payment

================================================================

FEMA Application No.: 912008352                     Disaster No.: 1603

MS ISABELLA D VINNETT
7000 DECKER LN APT 1721
AUSTIN, TX 78724-3934


Amount Owed: $10391.51                     Amount Enclosed: $_____


To pay your debt in full, please either:

   - Return the U.S. Treasury check(s) sent to you (if the amount of the check is the required return
     amount and has not already been cashed or deposited), or
   - Send a personal check or money order made payable to FEMA.

Please put the FEMA Bill for Collection Number on your check/money order to ensure proper crediting.

If you prefer to pay your bill by Credit Card, please fill out the following:


Method of Payment:          MasterCard [ ]               Visa [ ]


Card no.    [ | | | ]  [ | | | ]  [ | | | ]  [ | | | ]


Expiration Date:    [ | ]            [ | ]
                Month              Year


Signature:    _____

Please mail this form along with your payment to:

**FEMA  Disaster Relief Fund
P.O. Box 70941
Charlotte, NC   28272-0941**


If you have any questions, please call the FEMA Disaster Finance Center at 1-800-816-1122 between 9:00
a.m. and 4:00 p.m. EST, Monday through Friday.


                                                          AMNREPAY

 

R. David Paulison
Acting Director
Emergency Preparedness and Response

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

01/10/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No.912008352

Disaster No.1603

MS ISABELLA D VINNETT
7000 DECKER LN APT 1721
AUSTIN, TX 78724-3934

Dear Ms. Vinnett:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Personal Property | $10,391.51 |
| ================= | ========== |
| Total Grant Amount: | $10,391.51 |

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

## PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. **A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.**

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | §<br>§<br>§<br>§ | |
| Plaintiffs, | §<br>§ | Civil Action No. 06-1521-RJL |
| v. | §<br>§ | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | §<br>§<br>§ | |
| Defendant. | § | |

### Declaration of ACORN member _Olivia Weary_

I, _Olivia Weary_ declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN). I was denied 3 times from FEMA for rental assistance. The first time my paperwork was not submitted; second time I applied for TANIF for my child and I completed the work search that was required by TANIF. FEMA replied that I found affordable housing and a job because I planned to live in Texas, which I was informed that it disqualified me from receiving assistance from FEMA. That was not true. The third time my income in the amount of $184.00 from TANIF coming into the household and I was told that it disqualified me.

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has terminated my rental assistance and I do not understand why. The documents sent to me from FEMA are not clear, and do not adequately explain how I can address the problem. I am still in need of rental assistance from FEMA because I cannot afford the rent where I currently live.

5. When FEMA is contacted about my request for rental assistance, the reasons I have been given for the termination are not what is in the documents and/or the reasons change each time I call. If the documents from FEMA were more specific and provide more information I believe I could address the problem and be reinstated with rental assistance.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: _Olivia Weary_                    Date: _9-7-2006_

 **FEMA**



R. David Paulison
 Director

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

FEMA Application No.931679724

MS OLIVIA M WEARY
5404 BOCA AGUA DR APT 109
FORT WORTH, TX 76112-1975

Kathleen Babineaux Blanco
Governor
State of Louisiana

08/17/2006

Disaster No.1603

Dear Ms. Weary:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster help and/or the inspection done on your home. Listed below are the decisions that have been made regarding your request for help. For a full explanation of the decisions, please refer to the section called "If You Are Not **Eligible For Help**" in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program mailed to you after you applied for assistance.

| **CATEGORIES** | **DETERMINATION** |
|---|---|
| Rental Assistance | INC - Ineligible – No change on appeal, original ineligible status stands |
| Total Grant Amount: | $0.00 |

## PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount above does not mean that you are ineligible for assistance. It means FEMA needs to know what your insurance settlement is and what your unmet needs are before we can continue processing your application.

If a decision results in a monetary award, you will soon receive a check at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you disagree with the decision(s) above, you have the right to appeal within 60 days of the date of this decision letter. If you have any questions about writing an appeal please read the Notices on the back of this letter, call the FEMA Disaster Helpline at **1-800-621-FEMA (3362)** (hearing/speech impaired only, call 1-800-462-7585), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,                                              **SUPER**
Individuals and Households Program Officer

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ASSOCIATION OF COMMUNITY                    §
ORGANIZATIONS FOR REFORM                    §
NOW (ACORN), *et al.*                       §
                                            §
    Plaintiffs,        §        Civil Action No. 06-1521-RJL
                                            §
v.                                          §
                                            §
FEDERAL EMERGENCY MANAGEMENT                §
AGENCY (FEMA),                              §
                                            §
    Defendant.         §

**Declaration of ACORN member** ___Carolyn Williams___

I, ___Carolyn Williams___ declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has not given me sufficient funds to pay my monthly rent of $576.00 per month. I received an eviction notice saying that my rent had not been paid for August and September.

5. When I contact FEMA, I do not get answers to my questions and find that I am more confused than ever.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

___Carolyn Williams___  Date: 9-7-06

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ASSOCIATION OF COMMUNITY §
ORGANIZATIONS FOR REFORM §
NOW (ACORN), *et al.* §
§
Plaintiffs,                       §.      Civil Action No. 06-1521-RJL
§
v.                                §
§
FEDERAL EMERGENCY MANAGEMENT §
AGENCY (FEMA),                    §
§
Defendant. ·                      §

Declaration of ACORN member __Constance Williams__

I, __Constance Williams__ declare the following based on my personal knowledge:

1. I am over 21 years of age and competent to make this declaration.

2. I am a Katrina evacuee and a member of the Association of Community Organizations for Reform Now (ACORN).

3. Attached to this declaration are true and correct copies of documents sent to me from FEMA regarding my rental assistance.

4. FEMA has not given me sufficient funds to pay my monthly rent of $ 665.00 per month. I received an eviction notice saying that my rent had not been paid for August and September.

5. When I contact FEMA, I do not get answers to my questions and find that I am more confused than ever.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

__Constance Williams__ Date: __9-7-06__