IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| v. | § § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § § | |
| Defendant. | § | |

## ERRATA

On September 8, 2006, plaintiffs filed supplemental declarations attached to a notice captioned "Plaintiffs' Notice of Filing of Supplemental Exhibits in Support of Plaintiffs' Motion for a Preliminary Injunction." Doc. No. 5.  The supplemental exhibits relate to Document No. 3, which is captioned "Motion for Temporary Restraining Order."  The motion for temporary restraining order is being treated as a motion for preliminary injunction.  *See* Doc. 4 (denying motion for temporary restraining order and setting briefing schedule for motion for preliminary injunction).

Respectfully submitted,

*s/ Michael T. Kirkpatrick*

_____
Michael T. Kirkpatrick
    (DC Bar No. 486293)
        mkirkpatrick@citizen.org
Deepak Gupta
    (DC Bar No. 495451)
        dgupta@citizen.org

        Brian Wolfman
            (DC Bar No. 427491)
            brian@citizen.org
        Public Citizen Litigation Group
        1600 20th Street, NW
        Washington, DC  20009
        (202) 588-1000
        (202) 588-7795 (fax)

        Robert W. Doggett
            (TX Bar No. 05945650)
            rdoggett@trla.org
        Jerome W. Wesevich
            (TX Bar No. 21193250)
            jwesevich@trla.org
        Texas RioGrande Legal Aid, Inc.
        4920 North Interstate Highway 35
        Austin, Texas 78751
        (512) 374-2725
        (512) 447-3940 (fax)

Dated: September 11, 2006        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 11, 2006, I caused a true, correct, and complete copy of the foregoing document to be served on the following counsel by electronic mail:

        Christopher Hall
        U.S. Department of Justice
        christopher.hall@usdoj.gov

        Kristen Shedd
        Federal Emergency Management Agency
        kristen.shedd@dhs.gov


        *s/ Michael T. Kirkpatrick*
        _____
        Michael T. Kirkpatrick