U.S. Department of Homeland Security
Washington, D.C. 20472



September 27, 2005

MEMORANDUM FOR:   NPSC Processing Staff

FROM:   NPSC Coordination Team

SUBJECT:   Transitional Housing Assistance

**Background:**

Evacuees from Hurricane Katrina may be eligible for Transitional Housing Assistance as they begin to establish residency outside of the affected area. Applicants' whose pre-disaster residence was located in the most severely impacted areas of Hurricane Katrina, have been identified through the use of geo-spatial mapping and satellite imagery and may qualify for this assistance based on non-traditional inspection methods.

FEMA has contracted occupancy verification to a company called Myriad, Inc. With this verification the majority of applications will be auto-determined for rental assistance in the amount of $786/month for a total of $2358. This program is intended for applicants that reside in the counties of **Orleans, St Tammany, St Bernard, Jefferson and Plaquemines**; that continue to be displaced from their pre-disaster residence. This amount is based on the average fair market rental rate for a two-bedroom unit nationwide.

Additionally since this program is a partnership between FEMA and HUD, applicants who are determined to be ineligible for the IHP Program, will be referred to HUD for possible assistance under their Hurricane Katrina Housing Assistance Program.

**Initial Assistance Processing:**

**SQL scripts will be run daily to auto process applications from zip codes of the affected counties where the satellite imagery is available.**

For the applicants where occupancy cannot be verified by Myriad, the following will occur:

• These cases will be in the FEMA Manual-Disaster Specific sub-queue. They would be distinguishable as a "Transitional Housing Assistance PND, occupancy not verified."

• If the contractor could not verify occupancy do a search in a previous Louisiana or Mississippi disaster for the applicant or the co-applicant by social security number.

- If the <u>damaged dwelling address matches</u>, and the applicant or another household member was able to show occupancy, make a comment in the file that "**Occupancy was verified per disaster XXXX**" and process the rental assistance amount of $2358.

- If there was no previous disaster application, attempt to verify by using the reverse phone directory on the internet (www.reversephonedirectory.com). Enter the damaged address and or phone number to attempt to match the applicant or other household member. If a match exists, enter a comment occupancy verified in the name of XXXX via current phone directory and process the rental assistance in the amount of $2358.

- If no verification is found using these methods, process the applicant as INP which will initiate a referral to the HUD housing program.

**Processing Multiple Applications from the Same Household:**

There will likely be many instances of multiple applications being filed from the same household. FEMA will continue with the policy of providing housing assistance to only one member of a household, with the anticipation that families and roommates that lived together prior to a disaster will continue to do so following a disaster.

Whenever possible, FEMA will determine the primary lease or mortgage holder of the pre-disaster residence and provide the Transitional Housing Assistance to that individual.

Roommates, adult children, or other non leaseholders, should be determined as ineligible for housing assistance under IHP, but will receive a HUD referral in the event that it is no longer feasible for these households to remain intact.

Roommates, adult children, or other non leaseholders may still qualify for ONA assistance for personal property, transportation or medical/dental/funeral when the need is verified.

**Duplicate Investigation and Duplicate Resolution Processing:**

<u>Duplicate Investigation</u>: Please use the current guidance posted on the IA webpage to process applications as follows:

- Make a determination of the applicant who should be considered head of household and set the status as 'Not Duplicate'. The SQL query will identify this application as the eligible application, and process the Transitional Housing Award.

- Companion cases for family members who had to relocate separate from Head of Household would be set as 'Possible Duplicate'. The SQL will identify these as being duped with the primary mortgage/leaseholder and will route the case to Duplicate Resolution for a manual determination.

- Family members addressed through the application of Head of Household or companion case/family member would be set as Exact Duplicate. The SQL query will identify these

AR 00320

as being assisted under the Head of Household and auto process an IAW status. These applicants will receive a HUD referral

**Duplicate Resolution:** ." Companion cases to these special Rental Assistance cases will have been set as Possible Duplicate and will therefore need further resolution. All applications that are linked as possible duplicate and are not the HOH will need to be called to verify if they have been able to rejoin the HOH or have remain housed separately. In either case their HA Status will be set as IAW (although they may have separate ONA issues for review). But if they remain housed separate from the HOH, a comment will be added to the file:

> Summary: "Poss dup = refer app to HUD".
> Comment Text: ER provided to HOH = 9*-*******. Applicant = family member relocated separately; referred to HUD Katrina Disaster Housing Assistance Program

### Recertification Processing

Transitional Housing applicants will have received an initial rental assistance amount of $2358, which is intended to cover three months. However, if an applicant indicates their actual rental payment is higher than $786/mo prior to the end of the 3 month cycle, they may be provided the difference between $2,358 and the actual FMR where they are currently residing. Example, applicant is currently residing in Atlanta, where the FMR is $928/mo., they would be eligible for a supplemental payment prior to the end of the three month period. In these cases we will process as follows:

> • If an applicant calls Helpline to request additional funds based on their current location, the Helpline Rep will create or request a work packet sent to FEMA Manual DR Specific and comment, "Transitional Housing Applicant Eligible for Increased FMR"
> • A VA-NPSC caseworker will determine the actual FMR at the current location of the applicant by going to http://www.huduser.org/datasets/fmr/fmrs/index.asp?data=docs and process the appropriate supplement.
> • If an applicant mails receipts or sends a letter requesting additional funds, an HSS located in the MD-NPSC mailroom will place a comment in the file that states "Transitional Housing Applicant Eligible for Increased FMR, receipts submitted for $----. No image will be necessary, and a VA-NPSC caseworker will review the comments and award the appropriate supplement.

Prior to being recertified for additional assistance, the applicant will need to show exhaustion of the initial award and provide information about their permanent housing plan. They will **not** be required to show exhaustion of the $2,000 EA award.*

As with pre-recertification supplements, the mailroom will enter the dollar amount of receipts provided, negating the need to view actual receipts. Applicants will need to be contacted by to determine what their long term housing plans are, and what steps are being taken to meet that plan. Once this contact has been made, and the housing plan and exhaustion of funds has been verified, an additional 3 months of rental assistance at the FMR of the current location may be processed. The applicants file should be updated as follows:

- Comment that receipts verified, initial award exhausted appropriately
- Enter the applicants long term housing plans as
    - Return to pre-disaster home/area
    - Will remain in current location looking for work
    - Will move to new location when employment found

Actual rental awards will not be paid unless the rental is less than the FMR. In all cases, the total amount of assistance provided to an applicant for all categories of IHP can not exceed the program maximum of $26,200.

\*Note: In some instances applicants that were provided a debit card received a second $2,000 EA payment in error. These applicants will need to show exhaustion of funds for one of the EA payments ($2,000).

AR 00322