FEMA_LTR_HEAD

FEMA Disaster Helpline:_____
Fax No.: _____

FEMA Application No._____                    Disaster No._____

Applicant Name
Street Address
City, State, Zip Code

Dear_____:

The Federal Emergency Management Agency (FEMA) and the {STATE_DESC} have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

{DECISION_BLK}{IOR_BLK}{MITI_BLK}{MISC_LIST}{FLOOD_BLK2K}

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.

Applicants with Insurance: Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may go to www.usps.gov on the web, or call 1-800-ASK-USPS, or pick up a Change of Address form at any Post Office.

If you disagree with this decision, you have the right to appeal within 60 days of the date of this letter. If you have any other disaster-related questions, please read the NOTICES included in this letter, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Sincerely,                                                                 Super Letter (Katrina)

Individuals and Households Program Officer

## NOTICES

1. This letter is about your request for help from FEMA only. Money received from FEMA should be used as specified in the category above. If you do not use the money as specified, you and/or your household may not be eligible for additional help from FEMA.

2. If you have funds available or have received funds from another source for disaster losses that duplicates money received from FEMA, you may be required to return all or part of the money received from FEMA.

3. This program will not cover all of your losses from damage to your property (home, personal property, household goods) that resulted from the disaster.

4. This program is not intended to restore your damaged property to its condition before the disaster.

5. This program does not cover business-related losses that resulted from the disaster.

6. Before you begin any repairs, check with your local building department to find out what local permits or inspections are required.

7. If you have hotel/motel expenses and receipts, due to the disaster, call the FEMA Helpline for information on how you may be reimbursed.

8. Filing an Appeal: To file an appeal, you must:

    Explain in writing why you feel FEMA's decision is wrong. Send any new or additional information that you have to show the Appeals Officer that you are eligible for this money. Be sure to include your FEMA Application Number, shown at the top of this letter, when you write to FEMA.

    Mail your letter and the documents to FEMA Appeals Officer, National Processing Service Center, P.O. Box 10055, Hyattsville, MD 20782-7055. Your appeal must be postmarked within 60 days of the date of this letter. Appeals will not be accepted after this date.

9. Insured Applicants: If you have not already contacted your insurance agent to file a claim, please do this as soon as possible. Failure to file a claim with your insurance company may affect your eligibility for assistance from the FEMA-State Individuals and Households Program. After filing your claim, if any of the following situations occur, please call the FEMA Disaster Helpline for additional information. Note to Insured Applicants. You have up to twelve (12) months from the date you registered with FEMA to submit your insurance information for review.
    *Your insurance settlement is delayed.

    *Your insurance settlement is insufficient to meet your disaster-related needs.

    *You have exhausted the Additional Living Expenses (ALE) provided by your insurance company.

    *You are unable to locate rental resources is your area.
By law, FEMA cannot provide money to you for losses that are covered by your insurance.

**NOTICES, [page 2]:**

For a more complete explanation of eligible/ineligible decisions, please read "HELP AFTER A DISASTER", the FEMA Applicant's Guide (pages 6-9, "IF YOU ARE/ARE NOT ELIGIBLE FOR HELP"). Also, "I WANT TO HAVE MY CASE REVIEWED AGAIN (APPEAL)" on pages 10-11 of the FEMA Applicant's Guide.

If You are Not Eligible for Help

If your application for help under IHP has not met the required conditions and has been denied, read below for an explanation of the most common ineligible reasons:

INS-Insured: Your insurance should cover your disaster-related losses. If your insurance settlement is delayed or insufficient, or if you have exhausted the Additional Living Expenses (ALE) provided by your insurance company, or if you are unable to locate rental resources in your area, you may appeal our decision for further review. See "NOTICES" for more information on how to file an appeal.

IID-Ineligible-Insufficient Damage: Based on an Inspection, there was not enough damage to your home or property for you to qualify for this program.

IAW-Ineligible-Assisted with Household Member: Our records show that another member of your pre-disaster household applied and received help for your losses.

IDUPA-Duplicate Application: Our records show that a member of your pre-disaster household has already registered for help.

IINSI-Ineligible: All categories have appropriate insurance excluding flood, inspection completed -Your insurance should cover your disaster-related losses.

INFI-Ineligible-Has Flood Insurance: Your insurance should cover your disaster-related losses.

INO-Ineligible-Other: Your application for assistance is denied. Please see specific reason on the letter.

INP-Ineligible-Not Primary Residence: You have not provided enough documentation to prove the home that was damaged was the home where you were living at the time of the disaster.

W69D-Withdrawn-Signature not Obtained (90-69D): Your application has been withdrawn because we have not received the required signature or documents requested.

WNC-Withdrawn-No Contact: Your application for assistance has been withdrawn because we have not been able to contact you.