MEMORANDUM FOR:        All Processing Staff

FROM:                            NPSC Coordination Team

SUBJECT:                       IHP Manual Letter Text for INO & IOR Decisions

Below is a list of the most common denial reasons associated with the INO and IOR statuses. Letter text, in both English and Spanish, has been developed for each of the denial reasons. If it is necessary to use the INO or IOR status, please copy and paste the appropriate text into the Super letter.

**(1) Insufficient Damage to Home**

The condition of your home was not caused or aggravated by the disaster; or the damage to your home caused by the disaster has not affected your ability to continue living in your home.

(SP) La condición de su vivienda no fue causada o agravada por el desastre, o los daños causados por el desastre no afecta su habilidad de continuar viviendo en su vivienda.

**(2) Insurance Settlement exceeds FEMA verified losses/Program Limit**

Your insurance settlement exceeds the FEMA verified loss and should cover your disaster-related losses.

(SP) El pago de su seguro excede las pérdidas verificadas por FEMA y deben de cubrir sus pérdidas.

**(3) Insurance Information Insufficient to make determination**

FEMA has not received enough insurance documentation from you to support your application for assistance.

(SP) La documentación que hemos recibido de su seguro no apoya su solicitud para asistencia.

**(4) Insurance Deductible exceeds insured losses (does not apply to DR-1603 and forward)**

According to the review of your insurance documents, your losses are less than your deductible. You are not eligible for disaster help from FEMA.

(SP) Según el reviso de su documentación de seguro, sus pérdidas son menos que su deducible. Usted no es elegible para asistencia de desastre de FEMA.

**(5) Ineligible Item/Expense (IOR status)**

The expense is not eligible under the program. OR
The damaged item(s) is not eligible under the program.

(SP) Este gasto no es elegible bajo este programa.
Este artículo dañado no es elegible bajo este programa.

**(6) Initial Award was EHR maximum**

You have been provided the maximum amount of money under this category of assistance as established by FEMA.

(SP) Bajo esta categoría se le ha dado la máxima cantidad de dinero establecida por FEMA.

### Lack of proof of exhaustion of rental assistance

(7)

FEMA has not received sufficient documentation to support exhaustion of previously awarded rental funds. The award you received should cover your hotel/motel expenses.

(sp) FEMA no ha recibido suficiente documentación para comprobar que usted haya agotado los fondos anteriormente proporcionados para arrendamiento. El otorgamiento que usted recibió debe de cubrir sus gastos de hotel/motel.

### (8)  Documents not sufficient to prove ownership/occupancy

FEMA has not received enough ownership documentation from you to support your application for assistance.  OR
FEMA has not received enough occupancy documentation from you to support your application for assistance.

(SP) FEMA no ha recibido suficiente documentación para comprobar que usted es el propietario/a de la vivienda para justificar su solicitud de asistencia. O
FEMA no ha recibido suficiente documentación para comprobar que usted ocupó esta propiedad al momento de desastre.

### (9)  Expired appeal time

Your appeal was made after the deadline.

(SP) Recibimos su apelación después de la fecha límite.

### (10)  Final Appeal Decision (AFIN)

You are not eligible for any further assistance under this category of assistance as established by FEMA. Your file is now closed.

(SP) Bajo esta categoría y de acuerdo a lo establecido por FEMA usted no es elegible, para asistencia adicional. Su caso está cerrado.