U.S. Department of Homeland Security
500 C Street, SW
Washington, DC 20472

SEP 19 2005



| | |
|---|---|
| MEMORANDUM FOR: | Regional Directors<br>Acting Regional Directors<br>Regions I – X |
| THROUGH: | Response & Recovery Division Directors |
| FROM: | Daniel A. Craig<br>Director<br>Recovery Division |
| SUBJECT: | Temporary Housing Assistance to Households Displaced by Hurricane Katrina |

This memorandum serves as official notification to Regions that temporary housing assistance for more than one residence may be provided to a household whose members are displaced and living in different geographical locations from one another as a result of Hurricane Katrina. Household members in the same geographical location will continue to be eligible for assistance in accordance with 44 CFR 206.117(b)(1)(i)(A).

For additional information, please contact Lumumba Yancey on (202) 646-3939.

cc: Sandra Martin, Congressional Affairs

# SUMMARY

## Temporary Housing Assistance to Households Displaced by Hurricane Katrina

**ACTION OFFICER**: Yancey, Programs Specialist, IA Program Management Section, (3939)

**ISSUE**: Should more than one payment for temporary housing be provided to a household that is geographically separated because of the disaster.

**PURPOSE**: To provide a consistent process for when more that one payment of temporary housing assistance can be authorized to households geographically separated because of the disaster.

**BACKGROUND**: Generally, FEMA expects individuals living as one household prior to the disaster to be assisted as one household after the disaster. However, mass displacement of disaster victims of Hurricane Katrina, to include sheltering victims in neighboring states, has resulted in households becoming geographically separated.

**DISCUSSION**: The circumstances facing applicants that were displaced by Hurricane Katrina substantiates the need to authorize more than one payment for temporary housing assistance.

**RECOMMENDATION**: Sign the memorandum on Temporary Housing Assistance to Households Displaced by Hurricane Katrina.

**COORDINATION**:   **DATE**:

_[signature]_   9/15/2005
Kenneth O. Burris,
Acting Director Operations
Federal Emergency Management Agency

_[signature]_   9/19/05
Patrick Rhode
Chief of Staff
Federal Emergency Management Agency

_[signature]_   9/15/05
David Garratt
Deputy Director
Recovery Division

_[handwritten: FIX & RETURN]_

# SUMMARY

## Temporary Housing Assistance to Households Displaced by Hurricane Katrina

**ACTION OFFICER:** Yancey, Programs Specialist, IA Program Management Section, (3939)

**ISSUE:** Should more than one payment for temporary housing be provided to a household that is geographically separated because of the disaster.

**PURPOSE:** To provide a consistent process for when more than one payment of temporary housing assistance can be authorized to households geographically separated because of the disaster.

**BACKGROUND:** Generally, FEMA expects individuals living as one household prior to the disaster to be assisted as one household after the disaster. However, mass displacement of disaster victims of Hurricane Katrina, to include sheltering victims in neighboring states, has resulted in households becoming geographically separated.

**DISCUSSION:** The circumstances facing applicants that were displaced by Hurricane Katrina substantiates the need to authorize more than one payment for temporary housing assistance.

**RECOMMENDATION:** Sign the memorandum on Temporary Housing Assistance to Households Displaced by Hurricane Katrina.

**COORDINATION:** **DATE:**

_____     _9/9/05_
Carl Hallstead, Team Lead
IHP Team, IA Program Management Section

_Mike Hirsch_     _9/9_
Berl Jones, Deputy Branch Chief / Mike Hirsch, Branch Chief
IA Branch

_____     _9/9/05_
Carol Ann Adamcik, Attorney
Office of the General Counsel

FYI Provided by E-MAIL
Barbara Boswell
Regional Operations

_____     _9/9/05_ *
Fran McCarthy, Senior Policy Advisor
Recovery Division

_____     _____
David Garratt, Deputy Director
Recovery Division

* — This points up the need for a policy to re-unite families through transportation stipend or working with NGO's.