U.S. Department of Homeland Security
Washington, D.C. 20472



September 9, 2005

MEMORANDUM FOR:    Federal Coordinating Officers
FEMA-1602-DR-FL
FEMA-1603-DR-LA
FEMA-1604-DR-MS
FEMA-1605-DR-AL
Sheltering Emergencies - FEMA-3215 et. seq.-EM

ATTENTION:    Public Assistance Staff

FROM:    Nancy Ward, Director
Recovery Area Command

SUBJECT:    Disaster Specific Guidance #2
Eligible Costs for Emergency Sheltering Declarations
Hurricane Katrina

**PURPOSE:**
The purpose of this Disaster Specific Guidance is to clarify the eligibility of costs likely to be borne by State and local governments in the sheltering and care of the evacuees of areas devastated by Hurricane Katrina. It is anticipated that states not directly impacted by the effects of Hurricane Katrina will receive evacuees from the impacted states of Louisiana, Mississippi and Alabama. Evacuees may arrive as part of an organized, government-sponsored evacuation, or by their own means.

The influx of potentially thousands of evacuees from Gulf Coast states will overwhelm the local capacity of shelters operated by volunteer agencies and the American Red Cross, requiring State and local governments to act in a humanitarian fashion to meet current and anticipated sheltering needs, in both the short and long term. For this, the President has declared Emergency Declarations in several states making Federal assistance immediately available to State and local governments for 100% of the eligible costs they incur to provide shelter and care to Katrina's victims.

**AUTHORITY:**
Emergency Declarations are authorized by Title V-Emergency Assistance Programs of the Robert T. Stafford Disaster Relief and Emergency Assistance Act P.L. 93-288, as amended.

## GUIDANCE:

### Applicants Eligible for Public Assistance under an Emergency Declaration:

Public Assistance grants are available to State and Local Governments, certain Private Non-Profit Organizations and Indian Tribes located within designated areas. For the purposes of this guidance, the State may chose to be the single eligible applicant to receive financial assistance under this declaration or it may accept subgrant applications from eligible applicants. The applicant may contract or task any necessary agency to accomplish sheltering of evacuees from impacted areas. The applicant should claim the costs for the eligible services provided based upon a written agreement outlining payment procedures. All costs must be reasonable for the type of work performed.

### Eligible Costs for these Emergency Declarations

Based upon the provisions of Section 502 of the Stafford Act, assistance efforts to save lives, protect property, and public health and safety and lessen or avert the threat of a catastrophe can be accomplished by State and local governments or through Direct Federal Assistance (DFA) or a combination of both. Costs associated with these efforts are eligible under the Emergency Declaration.

### Evacuation Costs:

Costs associated with evacuation of people from disaster impacted areas can be an eligible expense if performed or contracted for by an eligible applicant. These costs can include:

- Eligible activities include transportation with drivers, shelter operations, security (on transportation and at shelters)
- Eligible labor costs:
  - Overtime for regular staff
  - Regular and overtime for extra hires
  - Contract costs
  - Overtime for backfill for transferred regular staff
- Travel and per diem of eligible employees in the performance of eligible activities is eligible.
- Transportation – to pick up evacuees (planes, trains, busses, ambulances, etc.) including local transportation to the shelters
- Essential Assistance
  - Food
  - Water
  - Personal Items such as those outlined in American Red Cross guidance
- Monitoring and stabilization of evacuees requiring medical care.

### Short Term Sheltering:

Costs involved in shelter operations vary according to need and circumstances. In many instances, shelters are operated in government-owned facilities but managed by a volunteer agency. In such instances, only the actual expenses incurred by the eligible applicant, such as supplies or cleanup labor, would be eligible. However, when the government contracts with another organization, or undertakes to operate the shelter itself using its own employees or temporary hires, it may incur substantial eligible costs. In some circumstances, local or State governments may augment existing American Red Cross shelters with operating staff and nurses.

FEMA Office of General Counsel

Disaster Specific Guidance #2 – Hurricane Katrina
Eligible Costs for Emergency Sheltering Declarations
September 9, 2005
Page 3 of 6

Eligible Category B sheltering costs may include, but are not limited to, the reasonable costs for:

A. Facility costs.
   - Modifications to shelter buildings including addition of recreation equipment
   - Facility lease or rental costs
   - Facility operating costs, such as power, water, and telephone
   - Site security and safety
   - Limited essential transportation to shuttle evacuees to and from aeromedical transport sites, post offices, banks, shopping, schools, and other essential trips
   - Phone banks for disaster victims, if essential and necessary
   - Internet service to aid in disaster assistance registration

B. Supplies and commodities for shelters. Supplies are defined as tangible personal property having an acquisition cost of less than $5,000. Eligible items are those needed for, and used directly on, the declared disaster, and are reasonable in both cost and need. Examples include:
   - Cots
   - Towels/washcloths
   - Linens/blankets/pillows
   - Personal comfort kits (e.g., shampoo, soap, toothpaste, toothbrush, etc.)
   - Essential food and water
   - Generators
   - Television or radio
   - Washer/dryer

C. Applicant-owned equipment. Eligible use of applicant-owned equipment such as busses or other vehicles is generally reimbursed according to the FEMA Schedule of Equipment Rates, which does not include operator labor.

D. Contract costs. Possible contract costs incurred by government may include:
   - Meal preparation or food catering costs
   - Contract security 24-7
   - Shelter management
   - Sheltering provided by another organization under contract or mutual aid pact with the local or State government; costs must be reasonable and similar to what it would have cost the government to provide the same level of service

E. Other essential services. Other services may be necessary to properly care for the shelter population. Examples include:
   - Medical staff for emergency care, including mental health
   - Public Information Officer

F. Cleaning and Restoration. The costs incurred by an applicant to clean, maintain, and make minor repairs to a facility to pre-shelter condition is eligible.

Disaster Specific Guidance #2 – Hurricane Katrina
Eligible Costs for Emergency Sheltering Declarations
September 9, 2005
Page 4 of 6

## Interim Sheltering

In support of FEMA's housing strategy, applicants are attempting to reduce the burden of traditional sheltering activities by providing interim shelters for evacuees. The costs incurred by an applicant to support such activities are eligible. Reimbursement will be for eligible shelter victims (i.e., evacuees) from the disaster affected States (LA, MS, AL) at the Fair Market Rate. These costs include the lease of properties, including apartments or hotels and will be reimbursed for a period of up to 12 months. Any costs above what is determined to be Fair Market Rate must be approved by the Chief Financial Officer (CFO) and the Recovery Division Director through the respective Regional Office. The purchase of furniture and other essential items in order to make these facilities habitable is eligible.

## Medical Care:

Shelters are typically staffed with one or more Emergency Medical Technicians (EMT), Licensed Practical Nurses (LPN) or Registered Nurses (RN) for health screening, to monitor the health of shelter residents, assess and treat minor illnesses and injuries, and make medical referrals (i.e., call 911) when necessary. The number of nurses or other medical staff will vary according to the size and type of the shelter population. Special needs shelters will require a higher skilled medical staff than a general population shelter, indicating the need for RNs.

Eligible costs related to nursing services include, but may not be limited to:

- First aid assessment
- Medical referral
- Providing health information
- Care for individuals with chronic conditions including medications
- Ensuring that shelters are sanitary
- Monitoring and reporting abusive conditions
- Supervising volunteer and paid medical staff

When an eligible applicant is sheltering evacuated hospital patients, the operating costs such as transportation, triage, tests, and medication required to stabilize a patient is eligible. Operating costs for long-term treatments are not eligible in accordance with FEMA Policy 9525.4.

If an evacuee becomes ill in a shelter and a determination is made to transport that person to a hospital for further treatment, the costs associated with the transportation, diagnosis, testing and stabilization of that evacuee is eligible.

Vaccinations when administered to protect the health and safety of the shelter population at large or emergency workers are an eligible expense. The types of vaccine might include:

- Tetanus
- Hepatitis
- Tuberculosis
- Flu
- Pneumonia

FEMA Office of General Counsel

Disaster Specific Guidance #2 – Hurricane Katrina
Eligible Costs for Emergency Sheltering Declarations
September 9, 2005
Page 5 of 6

If an evacuee was undergoing ongoing medical treatment at the time of the event and the treatment is required to continue to protect the health and safety of the individual or residents at large, the costs for ensuring availability of the treatment will be eligible. The costs can include:

> Transportation to a medical facility qualified to administer the treatment
> If the treatment is not locally available, providing resources and supplies to administer the treatment.
> If the treatment is covered by Private Insurance, Medicare, Medicaid or a pre-existing private payment agreement, it is the responsibility of the State, acting as Grantee, to ensure that these funds are documented and subtracted from the eligible costs.

**Transportation Costs**
- For evacuees that request to be transported back to their point of origin when resources become available in that location to provide shelter, or to another location, the costs of transportation of evacuees can be an eligible expense.

**EOC Costs**
Emergency Operation Center costs associated with the provision of emergency sheltering costs are an eligible expense.

**Increases in the provision of Governmental Services:**
Due to the increase in population for the host state and/or local government, there may be an increase in the requirement to provide governmental services such as schools, police and fire protection and judicial services. The costs for the provision of those services are outlined below:

**Schools**
Since school age children will be residing in the shelters for a period of time, the availability of educational facilities will be an issue. If space is not available at a local school, the eligible applicant may lease or procure facilities (i.e. portable classrooms) with support services necessary to accommodate the additional students. Any increased transportation cost would also be an eligible expense.

**Police/Fire**
Additional security may be provided at the shelter based upon need. Fire Protection will be handled by the local fire department as part of its basic mission.

If warranted by specific situations, any overtime incurred by the local government in providing measures to protect the health and safety of the shelter residents through the use of the police or fire department may be an eligible expense. The local government should document the health and safety concern and any associated eligible costs for responding to the situation.

**Judicial Services**
Overtime costs for increases in judicial services required as a result of the increase in population due to the inclusion of evacuee to the population may be an eligible expense.

Disaster Specific Guidance #2 – Hurricane Katrina
Eligible Costs for Emergency Sheltering Declarations
September 9, 2005
Page 6 of 6

**Costs which are <u>not</u> eligible under the emergency declarations.**
- Long Term Housing
- Long term provisions for increased governmental services.
- Costs for permanent repairs of damaged facilities
- Debris Removal
- Regular Time for Force Account Labor

0163

*FEMA Office of General Counsel*

U.S. Department of Homeland Security
Washington, D.C. 20472



September 27, 2005

MEMORANDUM FOR:     NPSC Processing Staff

FROM:     NPSC Coordination Team

SUBJECT:     Transitional Housing Assistance

**Background:**

Evacuees from Hurricane Katrina may be eligible for Transitional Housing Assistance as they begin to establish residency outside of the affected area. Applicants' whose pre-disaster residence was located in the most severely impacted areas of Hurricane Katrina, have been identified through the use of geo-spatial mapping and satellite imagery and may qualify for this assistance based on non-traditional inspection methods.

FEMA has contracted occupancy verification to a company called Myriad, Inc. With this verification the majority of applications will be auto-determined for rental assistance in the amount of $786/month for a total of $2358. This program is intended for applicants that reside in the counties of **Orleans, St Tammany, St Bernard, Jefferson** and **Plaquemines;** that continue to be displaced from their pre-disaster residence. This amount is based on the average fair market rental rate for a two-bedroom unit nationwide.

Additionally since this program is a partnership between FEMA and HUD, applicants who are determined to be ineligible for the IHP Program, will be referred to HUD for possible assistance under their Hurricane Katrina Housing Assistance Program.

**Initial Assistance Processing:**

**SQL scripts will be run daily to auto process applications from zip codes of the affected counties where the satellite imagery is available.**

For the applicants where occupancy cannot be verified by Myriad, the following will occur:

· These cases will be in the FEMA Manual-Disaster Specific sub-queue. They would be distinguishable as a "Transitional Housing Assistance PND, occupancy not verified."

· If the contractor could not verify occupancy do a search in a previous Louisiana or Mississippi disaster for the applicant or the co-applicant by social security number.

AR 00319

• If the <u>damaged dwelling address matches</u>, and the applicant or another household member was able to show occupancy, make a comment in the file that "**Occupancy was verified per disaster XXXX**" and process the rental assistance amount of $2358.

• If there was no previous disaster application, attempt to verify by using the reverse phone directory on the internet (www.reversephonedirectory.com). Enter the damaged address and or phone number to attempt to match the applicant or other household member. If a match exists, enter a comment occupancy verified in the name of XXXX via current phone directory and process the rental assistance in the amount of $2358.

• If no verification is found using these methods, process the applicant as INP which will initiate a referral to the HUD housing program.

### Processing Multiple Applications from the Same Household:

There will likely be many instances of multiple applications being filed from the same household. FEMA will continue with the policy of providing housing assistance to only one member of a household, with the anticipation that families and roommates that lived together prior to a disaster will continue to do so following a disaster.

Whenever possible, FEMA will determine the primary lease or mortgage holder of the pre-disaster residence and provide the Transitional Housing Assistance to that individual.

Roommates, adult children, or other non leaseholders, should be determined as ineligible for housing assistance under IHP, but will receive a HUD referral in the event that it is no longer feasible for these households to remain intact.

Roommates, adult children, or other non leaseholders may still qualify for ONA assistance for personal property, transportation or medical/dental/funeral when the need is verified.

### Duplicate Investigation and Duplicate Resolution Processing:

<u>Duplicate Investigation</u>: Please use the current guidance posted on the IA webpage to process applications as follows:

• Make a determination of the applicant who should be considered head of household and set the status as 'Not Duplicate'. The SQL query will identify this application as the eligible application, and process the Transitional Housing Award.

• Companion cases for family members who had to relocate separate from Head of Household would be set as 'Possible Duplicate'. The SQL will identify these as being duped with the primary mortgage/leaseholder and will route the case to Duplicate Resolution for a manual determination.

• Family members addressed through the application of Head of Household or companion case/family member would be set as Exact Duplicate. The SQL query will identify these

AR 00320

as being assisted under the Head of Household and auto process an IAW status. These applicants will receive a HUD referral

**Duplicate Resolution:** ." Companion cases to these special Rental Assistance cases will have been set as Possible Duplicate and will therefore need further resolution. All applications that are linked as possible duplicate and are not the HOH will need to be called to verify if they have been able to rejoin the HOH or have remain housed separately. In either case their HA Status will be set as IAW (although they may have separate ONA issues for review). But if they remain housed separate from the HOH, a comment will be added to the file:

> Summary: "Poss dup = refer app to HUD".
> Comment Text: ER provided to HOH = 9\*-\*\*\*\*\*\*\*. Applicant = family member relocated separately; referred to HUD Katrina Disaster Housing Assistance Program

### Recertification Processing

Transitional Housing applicants will have received an initial rental assistance amount of $2358, which is intended to cover three months. However, if an applicant indicates their actual rental payment is higher than $786/mo prior to the end of the 3 month cycle, they may be provided the difference between $2,358 and the actual FMR where they are currently residing. Example, applicant is currently residing in Atlanta, where the FMR is $928/mo., they would be eligible for a supplemental payment prior to the end of the three month period. In these cases we will process as follows:

> • If an applicant calls Helpline to request additional funds based on their current location, the Helpline Rep will create or request a work packet sent to FEMA Manual DR Specific and comment, "Transitional Housing Applicant Eligible for Increased FMR"
> • A VA-NPSC caseworker will determine the actual FMR at the current location of the applicant by going to http://www.huduser.org/datasets/fmr/fmrs/index.asp?data=docs and process the appropriate supplement.
> • If an applicant mails receipts or sends a letter requesting additional funds, an HSS located in the MD-NPSC mailroom will place a comment in the file that states "Transitional Housing Applicant Eligible for Increased FMR, receipts submitted for $----. No image will be necessary, and a VA-NPSC caseworker will review the comments and award the appropriate supplement.

Prior to being recertified for additional assistance, the applicant will need to show exhaustion of the initial award and provide information about their permanent housing plan. They will **not** be required to show exhaustion of the $2,000 EA award.\*

As with pre-recertification supplements, the mailroom will enter the dollar amount of receipts provided, negating the need to view actual receipts. Applicants will need to be contacted by to determine what their long term housing plans are, and what steps are being taken to meet that plan. Once this contact has been made, and the housing plan and exhaustion of funds has been verified, an additional 3 months of rental assistance at the FMR of the current location may be processed. The applicants file should be updated as follows:

AR 00321

- Comment that receipts verified, initial award exhausted appropriately
- Enter the applicants long term housing plans as
  - o Return to pre-disaster home/area
  - o Will remain in current location looking for work
  - o Will move to new location when employment found

Actual rental awards will not be paid unless the rental is **less than** the FMR. In all cases, the total amount of assistance provided to an applicant for all categories of IHP can not exceed the program maximum of $26,200.

**\*Note:** In some instances applicants that were provided a debit card received a second $2,000 EA payment in error. These applicants will need to show exhaustion of funds for one of the EA payments ($2,000).

AR 00322