U.S. Department of Homeland Security
Washington, DC 20472



November 14, 2005

**MEMORANDUM**

**TO:**       Federal Coordinating Officers
              Deputy Federal Coordinating Officers
                     FEMA-DR-1603/1604/1605/1606/1607
              Regional Directors
              Acting Regional Directors

**FROM:**     David Garratt
              Acting Director of Recovery

**SUBJECT:**  Disaster Specific Guidance - Hurricanes Katrina and Rita
              Transitional Housing Strategy

**ISSUE:**

Pursuant to Sections 403 and 502 of the Stafford Act (42 U.S.C. §§ 5170b and 5192), FEMA has been funding, under the "403 Program," the provision of temporary and interim shelter (including motels, hotels and apartments) for evacuees from Hurricanes Katrina and Rita. This memorandum serves to establish procedures for transitioning from the 403 Program to the provision of longer-term temporary housing under Section 408 of the Stafford Act (42 U.S.C. § 5174)(the "408 Program"). The guidelines below are to be followed by each Joint Field Office (JFO) and FEMA Region, who are also charged with ensuring this guidance is immediately shared with their respective States.

**STRATEGIC OVERVIEW:**

The catastrophic impacts of Hurricanes Katrina and Rita required an unprecedented response, particularly as it related to sheltering those impacted by the disaster. As evacuees now move into the next phase of the housing program, and relocate from hotels, motels, and other interim sheltering into longer-term temporary housing, FEMA will attempt to contact every evacuee to outline their options and responsibilities.

A combination of FEMA and State field teams and the National Processing Service Centers (NPSCs) will attempt to contact each evacuee household currently lodged in FEMA-subsidized hotels and motels through a series of phone calls, flyers, and direct personal contact. The purpose of this outreach will be to:

- Register those residents who have not yet registered with FEMA, determine the eligibility of each hotel resident for FEMA assistance, and provide funding and referrals as appropriate.

- Inform each household that hotel assistance under the 403 Program is scheduled to end on December 1, 2005, and outline options for transitioning toward a more permanent housing solution.

- Explain the intended and appropriate uses of FEMA assistance.

Evacuees may call 1-800-762-8740 (TTY 1-800-462-7585) for assistance in locating housing.

As outlined in the strategic timeline below, FEMA's goal is to progressively transition evacuees from hotels, motels and other housing units funded under the 403 Program to longer-term solutions under the 408 Program.

**STRATEGIC TIMELINE:**

**As of December 1, 2005**

>    **Hotel funding paid under the contract between Corporate Lodging Consultants (CLC) and FEMA will cease.** Applicants can choose to remain in the hotel or motel through the use of their FEMA rental assistance or their own funding, but will be advised that this is a costly option. An effort will be made to encourage and work with them to find more appropriate housing for the longer term. Both hotels and applicants will be advised of the December 1 date as soon as possible through CLC and the methods outlined above.
>
>    **States will cease paying, on a reimbursable basis, for hotel leases/stays.** Regions/JFOs will immediately notify States that, as of December 1, no new State or local hotel leases will be reimbursable under the 403 Program. In addition, existing hotel stays under State and local leases will terminate on December 1. (Exception: Due to the scarcity of available housing in the States of Louisiana and Mississippi, the FCO may approve – in no more than 14-day increments – an extension of the period of subsidized hotel leases under the 403 Program. No extensions will be authorized beyond January 7, 2006.)
>
>    **States will restrict new or extended 403 Program apartment leases.** Regions and/or JFOs will immediately notify States that:
>
>>    1. Effective immediately, the acceptable term of any new or extended lease executed between now and December 1 will be limited to three months, unless longer lease terms are specifically approved by me upon the recommendation of the FCO or (for States without a JFO) FEMA Regional Director upon a determination that no three-month options exist. Leases beyond three months should be kept to the shortest lease terms possible. Further, any extended leases beyond three months must include a termination provision, and must allow for the leases to be transferred to the occupant.
>
>>    2. As of December 1, no new or extended State and local apartment leases will be reimbursable under the 403 Program.

**No Later Than March 1, 2006**

**All other 403 Program-to-408 Program transitions will be complete.** Other funding under Section 403 of the Stafford Act, including that for cruise ships, travel trailers (with the exception of State and local employee camps), and other fixed facilities will end no later than March 1. By this time, all 403 Program to 408 Program transitions will have taken place. In addition, all 403 Program apartment leases will end no later than March 1.