U.S. Department of Homeland Security
Washington, D.C. 20472



January 20, 2006

**MEMORANDUM FOR:**   Regional Directors
Acting Regional Directors
Federal Coordinating Officers
FEMA-1607-DR-LA
FEMA-1606-DR-TX
FEMA-1605-DR-AL
FEMA-1604-DR-MS
FEMA-1603-DR-LA
Sheltering Emergencies – FEMA-3215 et. seq.-EM

**FROM:**   David Garratt
Acting Director of Recovery

**SUBJECT:**   Section 403 Interim Sheltering Program Weekly Report

**PURPOSE:** Effecting the transition from the Section 403 Interim Sheltering Program implemented under the Public Assistance (PA) Program, to the Section 408 Housing Assistance Program implemented under the Individual Assistance Program, continues to be a priority of DHS; the planned transition date remains March 1, 2006. In order to successfully implement this change, a continuing requirement exists for collecting and updating information regarding the housing of evacuees from Hurricanes Katrina and Rita in apartments that have been leased by State and local governments which are eligible for cost reimbursement through the PA Program, i.e., the Section 403 Interim Sheltering Program. Many of you have submitted data to us and we appreciate your efforts. However, we need information on all evacuees who are in apartments under the Section 403 Interim Sheltering Program to successfully effect the transition.

The reporting requirements specified in this memorandum supersede all previous reporting requirements established for the Section 403 Interim Sheltering Program. They are to be followed by each Joint Field Office and FEMA region, which are also charged with actively querying their PA Applicants for the required information.

**Section 403 Interim Sheltering Program Reporting Requirements**

For each evacuee and displaced family placed into leased apartments, PA Program Applicants (State and local governments) must provide the following information to FEMA, updated on a weekly basis:

- Name (head of household).
- FEMA Registration ID# (9 Digits).
- Last four digits of Social Security Number for head of household.
- Head of household phone number.
- Rental property addresses (street, city, state, zip code).
- Lease start and end dates (MM/DD/YY).
- Length of lease (months).
- Rent ($/Mo).
- Landlord name and phone number.

Using the attached template, please e-mail the initial weekly report to FEMA-VA-NPSC-Data-Management by close of business Friday, February 3, 2006, and submit the report each week thereafter until the requirement is abolished. To allow for rapid transferal of data, please send only updated information when submitting the weekly updates. Any questions your staff has regarding data formatting or submission procedures may be addressed to Jodi Cart of the Virginia NPSC at 540/542-7811. An electronic copy of the template can be obtained by calling or sending Ms. Cart an e-mail.

Thank you for your continuing support.

Attachment



Section 403 Housing Report

Report covers data          TO Date:
Region Rep. Contact Name:
  Region:
  Phone:           FROM Date:

STATE | Last Name | First Name | FEMA Registration ID (9 Digits) | FEMA Disaster # | Social Security Number (Last 4 Digits) | Rental Property Address (Street) | Rental Property (City) | Rental Property (State) | Rental Property (Zip) | Applicant Phone Number (Area Code XXX) | Applicant Phone Number | Lease Start (mm/dd/yyyy) | Lease End (mm/dd/yyyy) | Length of Lease (# of months) | Rent ($/mo) | Landlord Name | Landlord Phone Number (Area Code XXX)

1 of 2