

R. David Paulison
Acting Director

National Processing Service Center                                    9/11/2006
P.O. Box 10055
Hyattsville, MD  20782-7055


FEMA Application No.:  **Error! Reference source not found.**
    Disaster No.:  **Error! Reference source not found.**

**Error! Reference source not found.**
**Error! Reference source not found.**
**Error! Reference source not found.**

**Error! Reference source not found. Error! Reference source not found.:**

The Federal Emergency Management Agency (FEMA) has reviewed your case to determine your eligibility for rental assistance.

You have been determined to be ELIGIBLE for FEMA rental assistance to cover an initial time period of up to three months.  Unless you have been otherwise notified by your landlord that your lease will terminate, your rent will be paid directly by FEMA to your landlord.  You do not need to take action for this transition to occur.  Attached is the information you will need to submit in order to be considered for continued assistance beyond the initial three months.  You will receive notification in the upcoming weeks detailing how and when to submit the required information.

Any rental assistance provided for your rent will be applied against the maximum amount of FEMA financial assistance you are eligible for as allowable under the law.  You will be notified before you reach the program limit, at which time your case will be evaluated for consideration of other forms of housing assistance.

If you have any disaster-related questions, please call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (TTY, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.


Sincerely,

Individuals and Households Program Officer

# Documentation Needed to Request Additional Rental Assistance

**(A) Housing Plan** - A description of your plan to obtain affordable housing (e.g.) secure a loan, hire a contractor, find a new place to live. Please include the earliest projected date that you believe you can fulfill your housing plan.

**(B) Documentation Required to Support Housing Plan**

<u>All applicants must submit the following for further rental assistance:</u>

* Canceled checks, receipts or statements showing your pre-disaster mortgage or rent amount, landlord's name and contact information.
* Pre-disaster income, e.g., pay check stub, w-2 form, disability income, Supplemental Security Income (SSI) statement, etc.
* Current income, e.g., pay check stub, w-2 form, disability income, SSI statement, unemployment benefits, retirement benefits, etc.
* Documentation of efforts to reestablish income (if unemployed), or to increase income to self-sufficing levels, e.g. job search records provided to the State for unemployment benefits.

<u>Pre Disaster Owners</u> - If your plan is to repair or rebuild, you must submit the following:

* Mortgage statement and rent receipts/ proof of payment of rent to verify your current monthly housing cost (excluding utilities). Include your rental unit address, landlord's name, and contact information.
* Builder's contract to repair/rebuild your pre-disaster home including name, address and contact information.
* Verification of your source of funding to repair or rebuild your damaged home, e.g., insurance settlement, Small Business Administration (SBA) loan, commercial loan, FEMA grant and the status of the funding, i.e., disbursement date.
* Other relevant items (please describe and attach supporting documentation)_____

<u>Pre Disaster Renters or Owners</u> - If your plan is to find another place to rent you must submit the following:

* Rent receipts/ proof of payment of rent to verify your current monthly housing cost (excluding utilities). Include your rental unit address, landlord's name, and contact information.
* Other relevant items (please describe and attach supporting documentation)_____

R. David Paulison
Subsecretario Interino
Preparación y Respuesta en Emergencias

National Processing Service Center                                    9/11/2006
P.O. Box 10055
Hyattsville, MD 20782 - 7055


Línea de Ayuda de FEMA: 1-800-621-FEMA (3362)
Número de Fax: 1-800-827-8112

Número de Solicitud de FEMA: **Error! Reference source not found.**
    Número Desastre:**Error! Reference source not found.**

**Error! Reference source not found.**
**Error! Reference source not found.**
**Error! Reference source not found.**

Estimado Solicitante **Error! Reference source not found.**:

La Agencia Federal Para el Manejo de Emergencias (FEMA-por sus siglas en ingles) ha revisado su solicitud para determinar su elegibilidad de ayuda de alquiler.

Se ha determinado que usted es ELEGIBLE para ayuda de alquiler por un periodo de tiempo inicial de hasta tres meses. Al menos que usted haya sido notificado por su arrendador que su contrato de alquiler se le termina, FEMA le pagara su alquiler directamente a su arrendador. Usted no necesita tomar ninguna acción para que esta transición ocurra. Junto a esta carta está la información que usted necesitara enviar para ser considerado para ayuda continuada después de los tres meses iniciales. Usted recibirá una notificación en las próximas semanas detallando como y cuando enviar la información requerida.

Cualquier ayuda de alquiler proporcionada para su alquiler será aplicada contra la cantidad máxima de ayuda monetaria de FEMA que es permitida bajo la ley. Usted será notificado antes de que sus fondos otorgados alcancen el límite del programa, entonces su caso será nuevamente evaluado para consideración de otras tipos de ayuda de vivienda.

Si tiene alguna pregunta acerca de desastres; por favor llame a la Línea de Ayuda de FEMA al 1-800-621-FEMA (3362) (personas con impedimentos auditivos o del habla, llamar al 1-800-462-7585), o visite el www.fema.gov y pulse la opción de Preguntas Mas Frecuentes de Ayuda de Desastre (FAQ por siglas en ingles).

Sinceramente,

Oficial del Programa de Individuos y Familias

# Documentación Necesaria para Solicitar Ayuda Adicional de Alquiler

**(A) Plan de Vivienda** - En una hoja de papel separada, describa brevemente su plan en como obtendrá vivienda económica, por ejemplo: asegurar un prestado, emplear un contratista, encontrar un lugar nuevo en donde vivir. Por favor incluya la fecha proyectada más cercana en la que usted cree poder realizar su plan de vivienda.

**(B) Documentación Requerida para Apoyar su Plan de Vivienda**

<u>Todos los solicitantes deben enviar lo siguiente para recibir mas ayuda de alquiler:</u>

* Cheques pagados, recibos o declaraciones de banco mostrando la cantidad de hipoteca o alquiler antes del desastre, nombre de su arrendador e información para comunicarnos con el/ella.
* Ingresos antes del desastre, por ejemplo: talonario de pago, forma w-2, ingresos de incapacidad, declaración de Seguridad de Ingreso Suplemental (SSI por sus siglas en ingles), etc.
* Ingresos actuales, por ejemplo: Talonario de pago, forma w-2, ingresos de incapacidad, declaración de Seguridad de Ingreso Supleméntale (SSI), beneficios de desempleo, beneficios de retiro, etc.
* Documentación de esfuerzos para reestablecer ingresos (si esta desempleado), o para aumentar ingresos a niveles suficientes, por ejemplo: registros de búsqueda de trabajo proporcionados al Estado para beneficios de desempleo.

<u>**Propietarios Antes del Desastre**</u> - Si sus planes son de reparar o reconstruir, usted tiene que enviar lo siguiente:

* Declaración de hipoteca y recibos de alquiler / prueba de pago de alquiler para verificar su actual gasto mensual de alquiler (excluyendo utilidades). Incluya dirección de la unidad alquilada, nombre de arrendatario e información para comunicarse con el/ella.
* Contrato del constructor para reparar/reconstruir su hogar durante el desastre, incluya el nombre, dirección y información para comunicarse con el contratista.
* Verificación de su fuente de fondos para reparar o reconstruir su hogar afectado, por ejemplo: determinación monetaria de seguro, préstamo de la Administración para la Pequeña Empresa (SBA), préstamo comercial, subvención de FEMA y un informe situacional de fondos del estado, por ejemplo: fecha de desembolso.
* Otros artículos pertinentes (por favor describa e incluya / afija documentación de apoyo)

---

<u>**Inquilinos o Dueños Antes del Desastre**</u> - Si su plan es encontrar otro lugar para alquilar, usted tiene que enviar lo siguiente:

* Recibos de alquiler / prueba de pago de alquiler para verificar su actual gasto mensual de vivienda (excluyendo utilidades). Incluya dirección de la unidad alquilada, nombre de arrendatario e información para comunicarse con el/ella.
* Otros artículos pertinentes (por favor describa e incluya / afija documentación de apoyo)

---