

R. David Paulison
Acting Director

National Processing Service Center                                    9/11/2006
P.O. Box 10055
Hyattsville, MD 20782-7055


FEMA Application No.: **Error! Reference source not found.**
    Disaster No.: **Error! Reference source not found.**

**Error! Reference source not found.**
**Error! Reference source not found.**
**Error! Reference source not found.**

**Error! Reference source not found. Error! Reference source not found.:**

The Federal Emergency Management Agency (FEMA) has reviewed your case to determine your eligibility for FEMA rental assistance.

You were previously notified that you are INELIGIBLE for rental assistance. If you can not find your previous INELIGIBLE letter, please call the FEMA Disaster Helpline listed below and we will send you another copy of that letter.

After further review, we have determined that you remain INELIGIBLE for rental assistance. FEMA assistance on your behalf will be discontinued. You may currently be receiving FEMA funded housing assistance through your state and local government. Your landlord, state or local government will contact you with the date your current lease will terminate. We suggest that you use this time to make arrangements with your landlord to provide rent payments from another source or that you find other accommodations.

If you disagree with this decision, you have the right to appeal within 60 days of the date of this letter. Although you have 60 days to appeal, FEMA will only provide assistance to the date you received notification from the landlord, state or local government that your lease will terminate. FEMA will attempt to process your appeal as quick as possible; therefore, if you intend to appeal, you should do so promptly.

To file an appeal you must explain in writing why you feel FEMA's decision is wrong. Send any new or additional information that you would like considered by the Appeals Officer when making a determination on your appeal. Please be sure to include your FEMA Application Number, shown at the top of your decision letter, when you write to FEMA.

Mail your letter and the documents to:

    FEMA Appeals Officer
    National Processing Service Center
    P.O. Box 10055, Hyattsville, MD 20782-7055.

Your appeal must be <u>postmarked within 60 days of the date of this letter</u>. Appeals will not be accepted after this date.

If you prefer, you may fax copies of the documents to 1-540-542-5317.

If you have any disaster-related questions; need referrals to other forms of assistance you may be eligible for; or need apartment locating services, please call the FEMA Disaster Helpline at 1-800-621-FEMA (3362)

(hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Sincerely,

Individuals and Households Program Officer

R. David Paulison
Subsecretario Interino
Preparación y Respuesta en Emergencias

National Processing Service Center                                   9/11/2006
P.O. Box 10055
Hyattsville, MD 20782 - 7055


Línea de Ayuda de FEMA: 1-800-621-FEMA (3362)
Número de Fax: 1-800-827-8112

Número de Solicitud de FEMA:**Error! Reference source not found.**
        Número Desastre: **Error! Reference source not found.**

**Error! Reference source not found.**
**Error! Reference source not found.**
**Error! Reference source not found.**


Estimado Solicitante **Error! Reference source not found.**:

La Agencia Federal Para el Manejo de Emergencias (FEMA-por sus siglas en ingles) ha revisado su solicitud para determinar su elegibilidad de ayuda de alquiler.

Usted fue notificado anteriormente que NO ES ELEGIBLE para ayuda de alquiler. Si no puede encontrar su carta indicando que NO ES ELEGIBLE, por favor llame a la Línea de Ayuda de FEMA indicada abajo y le mandaremos una copia de esa carta.

Después de una revisión más, hemos determinado que usted se mantiene NO ELEGIBLE para ayuda de alquiler. Su ayuda de alquiler será descontinuada. Usted actualmente podría estar recibiendo ayuda de FEMA para la vivienda a través de su gobierno local o estatal. Su arrendatario, gobierno local o estatal se comunicara con usted para infórmale la fecha en que su contrato de alquiler se terminara. Le sugerimos que use este tiempo para hacer arreglos con su arrendador para proporcionar el pago de la renta por otros medios o que usted encuentre otro alojamiento.

Si usted no esta de acuerdo con la decisión de FEMA, usted tiene el derecho a apelar esta decisión dentro de 60 días de la fecha indicada en esta carta. A pesas de que tiene 60 días para apelar, FEMA le proporcionara ayuda solamente hasta la fecha que recibió la notificación de su arrendador, gobierno local o del estado que su contrato de alquiler se terminara. FEMA tratara de procesar su apelación lo mas pronto posible; por lo tanto, si usted piensa apelar, hágalo lo mas pronto posible.

Para enviar una apelaciones, usted tiene que explicar por escrito por que piensa que la decisión de FEMA esta equivocada. Mande cualquier información nueva o adicional que quiere que sea considera por el Oficial de Apelaciones cuando esta haciendo una determinación en su apelación. Cuando le escriba a FEMA, por favor asegúrese de incluir su número de solicitud de FEMA, el cual se encuentra en la parte superior de esta la carta.


Envíe su carta y otros documentos a:
        FEMA Appeals Officer
        National Processing Service Center
        P.O. Box 10055, Hyattsville, MD  20782-7055.

Su carta de apelación tiene que tener un matasellos con fecha dentro de los 60 días de la fecha indicada en esta carta. Apelaciones no serán aceptadas después de esa fecha.

Si usted prefiere, puede transmitir una copia de documentos por facsímile (fax) al 1-540-542-5317.

Si tiene alguna pregunta acerca de desastres; necesita referencias de otros tipos de ayuda al cual usted pueda ser elegible; o necesita servicios que localizan apartamentos, por favor llame a la Línea de Ayuda de FEMA al 1-800-621-FEMA (3362) (personas con impedimentos auditivos o del habla, llamar al 1-800-462-7585), o visite el www.fema.gov y pulse la opción de Preguntas Mas Frecuentes de Ayuda de Desastre (FAQ por siglas en ingles).

Sinceramente,

Oficial del Programa de Individuos y Familias

Sinceramente,

Oficial del Programa de Individuos y Familias