# FEMA
## RECOVERY DISASTER-SPECIFIC GUIDANCE

**I. TITLE:** Conversion of Assistance – 403 to 408

**II. DATE:** March 26, 2006

**III. PURPOSE:**

The purpose of this Disaster-Specific Guidance (DSG) is to establish eligibility criteria, available types of assistance, and the procedures and requirements for the transition of Hurricane Katrina and Rita evacuees from §403 or §502-subsidized emergency shelter rental units (henceforth referred to as "Emergency Sheltering") to §408 Housing Assistance (HA).

**IV. SCOPE AND AUDIENCE:**

This Disaster-Specific Guidance applies to all Presidentially declared Emergencies and Major Disasters declared for Hurricanes Katrina and Rita. All FEMA personnel are directed to follow this guidance.

**V. AUTHORITY:**

Section 403 of the Stafford Act (42 U.S.C. § 5170b) Essential Assistance, Section 502 of the Stafford Act (42 U.S. C. §5192) Emergency Assistance and Section 408 of the Stafford Act (42 U.S.C. §5174) Individuals and Households Program (IHP).

**VI. GUIDANCE:**

   A. **Emergency Shelter Conversions from §403 to §408 Funding**

      1. If the State and/or local government (henceforth, collectively, the "State" or "PA Applicant") has signed a lease and/or other type of payment agreement for an evacuee under the provisions of Section 403 and 502 of the Stafford Act, the following actions are required:

         a. The State must submit to FEMA a list of rental units for which they have incurred a financial commitment on behalf of an evacuee, as well as all pertinent information about the lease, contract, and/or payment agreement (i.e., name of evacuee head of household, FEMA registration number, landlord/lessor's name, address, and telephone number, rent amount, lease expiration date, etc.).

         b. FEMA will determine the evacuee's eligibility for §408 IHP rental assistance.



# FEMA
## RECOVERY DISASTER-SPECIFIC GUIDANCE

2. FEMA Headquarters will notify the appropriate Region (or Joint Field Office, if established) that an evacuee is ineligible for continuing apartment subsidy assistance. The Region or Joint Field Office (JFO) will, in turn, notify the State, which will be responsible for notifying (through the sub-applicant host jurisdiction/local government, where appropriate) the landlord/lessor.

    a. Within 15 calendar days of notification by FEMA that an evacuee is *ineligible*, the PA Applicant is responsible for providing the landlord/lessor <u>and</u> the evacuee with a 30-day lease termination notice. The evacuee may either vacate the property at the end of the 30-day notice period, or assume the remaining lease obligations, subject to landlord/lessor agreement.

    b. The PA Applicant (State) must notify (or assure notification of) evacuees of lease termination no later than April 30, 2006. FEMA will not reimburse the State for emergency sheltering costs for ineligible evacuees beyond May 31, 2006, unless:

        (1) The FEMA notification of evacuee ineligibility occurs after April 15, 2006 (Note: FEMA will make every effort to notify PA Applicants of ineligibles well before April 15th). In such cases, the PA Applicant will be authorized to provide the evacuee an additional 30 days funding under Section 403, unless all notification requirements (PA Applicant-to-landlord and evacuee) can be accomplished by April 30, 2006.

        (2) Contractual lease termination provisions require greater than 30-days notice.

3. For evacuees determined *ineligible* for Section 408 assistance, FEMA will reimburse the PA Applicant for lease termination costs, including any advance notice requirements. Example: if the lease requires the lessee to provide the landlord/lessor with 30 days notice prior to terminating the lease, FEMA will pay for the 30-day period. If such a lease has a month-to-month option, we will reimburse for up to a 30-day extension, if necessary to fulfill notification requirements.

4. For evacuees <u>eligible</u> for §408 rental assistance, and whose leases end after March 31, 2006, the State will notify the landlord/lessor that it is terminating its obligations under the lease. If the landlord/lessor and evacuee wish to continue with FEMA direct payment of the lease, the evacuee will need to assume the lease (or sign a new lease with the landlord/lessor), and the FEMA Conversion Management Contractor (henceforth referred to as "contractor") will initiate discussions with landlords/lessors to execute Disaster Assistance Program (DAP) payment agreements.



# FEMA
## RECOVERY DISASTER-SPECIFIC GUIDANCE

      a.    DAP Payment Agreement.  Following assumption of the original lease by the evacuee head-of-household (or, if necessary, execution of a new lease, not to exceed the term of the original lease), the contractor will enter into an agreement with the landlord/lessor to pay the rent amount on a month-to-month basis on behalf of the evacuee, for the term of the original lease, as long as the evacuee remains eligible for 408 rental assistance.

      b.    The payment amount by the contractor will be based upon the U.S. Department of Housing and Urban Development (HUD) Fair Market Rent (FMR) for the actual number of bedrooms in the rental unit for the first three months of 408 eligibility.  Subsequent rental assistance payments will be based on the number of bedrooms for which the evacuee household size is eligible (based on occupied rooms).  After three months, the evacuee must assume the difference for the extra unoccupied rooms, or find alternative housing.

      c.    At the end of any original lease agreement, FEMA will provide an <u>eligible</u> evacuee with §408 rental assistance (in three-month increments) via check or electronic funds transfer, as long as the evacuee remains eligible for 408 rental assistance, or up to a total of 18 months from the date of disaster declaration, whichever occurs first.  FEMA will provide 408 rental assistance checks/EFT with adequate time to make future monthly payments.

      d.    If the landlord/lessor refuses to execute a conversion lease with the evacuee, FEMA will provide an <u>eligible</u> evacuee §408 rental assistance (in three-month increments) via check or electronic funds transfer, and the evacuee will be responsible for finding alternate accommodations.

      e.    If an evacuee has reached his or her IHP financial assistance limit, and is still otherwise eligible for 408 assistance, the evacuee may be eligible to receive §408 direct assistance for a limited period of time (refer to paragraph VI-C).

    5.    If the State has purchased, under 403 authority, furniture for rental units that were unused, disposition will be handled in accordance with 44 CFR 13.33(b).

    6.    If the State has paid, under 403 authority, security deposits to landlords/lessors; upon termination of the lease under 403 and return of the deposit, the State should deduct that amount from their request for reimbursement under the Public Assistance Program.

B.  **§408 Financial Assistance**

    1.    FEMA Headquarters will notify the appropriate Region (or JFO, if established) that an evacuee is eligible for 408 assistance.  The Region or JFO will, in turn, notify the State, which

**FEMA**
RECOVERY DISASTER-SPECIFIC GUIDANCE

will be responsible for notifying (through the sub-applicant host jurisdiction/local government, where appropriate) the landlord/lessor and the evacuee.

    a. Within 15 calendar days of notification by FEMA that an evacuee is <u>eligible</u>, the PA Applicant is responsible for notifying and directing the landlord/lessor and the evacuee to complete the 403-408 lease conversion, as set out in paragraph VI(A)(4)(a), within 30 days. If a PA Applicant is unable to assure notification of all <u>eligible</u> evacuees within 15 calendar days, they may request a limited extension (up to an additional 15 calendar days) from their respective FEMA Regional Office or JFO. Such extension requests must include the reason for the delayed notification, and a justification for the extension. The evacuee and landlord/lessor must follow the instructions in this DSG to continue to receive direct payment from FEMA.

    b. For an IHP-eligible evacuee who has not yet reached the IHP financial assistance limit, rental payments made by FEMA through the contractor will be applied against the Housing Assistance rent category and deducted from the evacuee's IHP financial assistance program limit.

    2. Termination of DAP contract by the contractor will not affect the lease between the landlord/lessor and evacuee head of household, the term of the lease, or the lease commitment made by the evacuee head of household to the landlord/lessor.

    3. The DAP agreement will be in accordance with the following federal laws and Executive Orders: Title VIII of the Civil Rights Act of 1968 (Fair Housing Act, 42 U.S.C. §3602 et seq); Title VI of the Civil Rights Act of 1964 (Title VI 42 U.S.C. §2000d et seq); Section 504 of the Rehabilitation Act of 1973; Title II of the Americans with Disabilities Act of 1990 (ADA 42 U.S.C. §12131); Age Discrimination Act of 1975 (42 U.S.C. §§6101-6107); Title IX of the Education Amendment Act of 1972 (20 U.S.C. §§1681-1688); E.O. 11063; E.O. 11246; and E.O. 12898.

    4. Neither FEMA nor its contractor has any liability to the landlord/lessor for any evacuee's failure to perform under or comply with the lease agreement, or for the evacuee household's behavior, or conduct of tenancy.

    5. *Period of Assistance.* Period of assistance is 18 months from the date of disaster declaration, unless extended pursuant to 44 CFR 206.110(e), or the exhaustion of financial assistance, whichever occurs first.

    6. *Eligibility.* Eligibility for rental assistance under 408 will be based on the evacuee's most recent rental assistance determination. For the purposes of this DSG, receipt of Expedited

**FEMA**
RECOVERY DISASTER-SPECIFIC GUIDANCE

Assistance does not qualify as an eligibility determination. FEMA will mail a letter to evacuees advising them of eligibility and/or ineligibility determinations.

7. *Appeals.*

a. Evacuees are authorized 60 days from the date of the initial IHP 408 ineligibility notification letter to appeal the ineligibility decision.

b. Evacuees awaiting an appeal decision on 408 assistance are ineligible for continued assistance and will receive lease termination notification in accordance with lease provisions and this DSG (e.g., an evacuee initially determined ineligible will be given 60 days to appeal the eligibility decision, but the landlord/lessor will be expected to provide the evacuee termination notice in accordance with the lease and this DSG).

c. An evacuee determined to be eligible for rental assistance pursuant to an appeal will receive assistance for any previous eligible rental expenses incurred, in accordance with IHP program guidance.

8. *Continued Assistance.* The continuation of rental assistance is based on verification of the need for continued disaster-related housing.

a. Evacuees must complete, in its entirety, the checklist titled *Documentation Needed to Request Additional Rental Assistance* and submit all applicable required supporting documents, or otherwise provide all information requested on the checklist, in order for an eligibility determination to be rendered on continued rental assistance.

b. Continued assistance may be provided in three-month increments and, subject to subsequent re-approval/recertification, may continue up to the IHP financial assistance limit or 18 months from the date of declaration, whichever is sooner.

c. The amount of continued assistance will be based on the Fair Market Rent (FMR) established for the current year of the evacuee's request. In those situations where the current year FMR rate is less than the declared year FMR rate, the amount of rental assistance will be based on the declared year's FMR rate. For Hurricanes Katrina and Rita, the rate will be at the FY2006 HUD FMR published level.

d. Neither FEMA nor its contractor commit to continue payments to a landlord/lessor for a lease if an evacuee household is subsequently determined to be *ineligible* for continued assistance (except for lease notification and termination requirements).

# FEMA
## RECOVERY DISASTER-SPECIFIC GUIDANCE

9. *Monthly Rental Payments:* Rental payments will be made by the contractor to the landlord/lessor on a month-to-month basis.

10. *Food*: Food is not an eligible expense, per 44 CFR 206.113 (b) (10).

11. *Utilities*: The cost of utilities will be eligible only in instances where the utility does not meter separately and utility services are a part of the rental charge that is within the FMR for the area.

12. *Moving and Storage*: Moving and storage costs related to post disaster relocation are not eligible under IHP. Expenses under IHP are limited to moving and storing personal property to avoid additional disaster damage while disaster related repairs are being made to the primary residence.

13. *Travel*: Travel costs (one-way, one-time travel to the evacuee's home state from a host state) will be provided under the Other Needs Assistance provisions of §408 if the home State agrees to accept the 25% cost-share, and if the evacuee's IHP limit of assistance has not been reached.

14. *Furniture*: Furniture is not an eligible expense under HA.

15. *Housing Security Deposits:* Housing Security Deposits are not an eligible expense under 408. Neither FEMA nor the contractor has any liability to the landlord/lessor to replace or repair damages to landlord property incurred by the evacuee. Whenever such damage or loss shall have resulted from the evacuee's misuse, waste, or neglect of landlord/lessor property, said damages are the responsibility of the evacuee.

C. **§408 Direct Assistance**

1. Evacuees that have reached the IHP financial assistance limit, and who have a continuing and verified (by FEMA) need for housing, may be eligible for transition from Financial Assistance to Direct Assistance (maximum period of assistance: 18 months from the date of declaration) based on the following:

    a. *Eligibility*: To be eligible for Direct Assistance, an evacuee head-of-household must submit a request for continued assistance, have reached the IHP financial assistance limit, and been determined eligible by FEMA.

    b. Evacuees will be notified by letter from FEMA of their eligibility determination.

# FEMA
## RECOVERY DISASTER-SPECIFIC GUIDANCE

    2. Continued Assistance - Evacuees must complete, in its entirety, the checklist titled *Documentation Needed to Request Additional Rental Assistance* and submit all applicable required supporting documents, or otherwise provide all information requested on the checklist, in order for an eligibility determination to be rendered on continued direct assistance.

**VII. ORIGINATING OFFICE:** Recovery Division (Individual Assistance Branch)

**VIII. REVIEW DATE:** One year from the date of publication.


_____
David Garratt
Acting Director of Recovery
Federal Emergency Management Agency