U.S. Department of Homeland Security
Washington, D.C. 20472



FEMA

March 27, 2006

Dear State Public Assistance Grantee:

This letter is to provide additional guidance on the transition from the Section 403 Interim Sheltering Program to the Section 408 Housing Program contained in my letters dated February 22, 2006, or March 4, 2004 (Texas only) to be used in conjunction with Disaster Specific Guidance, titled Conversion of Assistance – 403 to 408 (henceforth, DSG).

FEMA began transitioning evacuees from the Section 403 Interim Sheltering Program to the Section 408 Housing Program on March 1, 2006. FEMA will provide emergency sheltering assistance for evacuees until FEMA identifies to host States those evacuees who are eligible for Section 408 rental assistance, provides sufficient time to complete necessary notifications to all relevant parties, and successfully converts such evacuees to 408; or for those evacuees who are not eligible for 408 rental assistance, until appropriate notification is provided.

On or about March 1, 2006, FEMA sent letters to evacuees sheltering in Section 403 apartments (in all locations except Houston, Texas), notifying them of their eligibility or ineligibility for transition to the Section 408 Housing Program. FEMA will provide you an electronic file list of all evacuees within your State who received letters and the status of their eligibility for Section 408 Housing assistance. Upon receipt, you will be responsible to take prompt and direct action, as outlined in this letter.

**Evacuees Eligible for 408 Housing Assistance – Leases Expire After March 31, 2006**

FEMA will notify the appropriate Region (or Joint Field Office (JFO), if established) that an evacuee is eligible for 408 assistance. The Region or JFO will, in turn, notify the State, which will be responsible for notifying (through the sub-applicant host jurisdiction/local government, where appropriate) the landlord/lessor that the evacuee qualifies for the conversion process described below.

Within 15 calendar days of notification by FEMA that an evacuee is eligible, the PA Applicant is responsible for providing the landlord/lessor and the evacuee a 30-day lease termination notice.

If a PA Applicant is unable to assure notification of all eligible evacuees within 15 calendar days, they may request a limited extension (up to an additional 15 calendar days) from their respective FEMA Regional Office or JFO. Such extension requests must include the reason for the delayed notification, and a justification for the extension.

Once notified, the evacuee and landlord/lessor must follow the instructions in Disaster Specific Guidance – Conversion of Assistance 403-408, to continue to receive direct payment from FEMA.

- Evacuees will need to assume the lease agreement or arrange a lease agreement with the landlord/lessor.

- If you, the PA Applicant, signed or cosigned the lease and you guaranteed the payment of the rent, FEMA will assume your financial obligation and direct our payment agent, Corporate Lodging Consultants (CLC), to pay the rent on that lease until it expires, or until the evacuee is no longer eligible to receive continued assistance under Section 408.

- CLC will execute a Payment Agreement with the landlord/lessor. Accordingly, you are required to immediately contact the landlords and instruct them to the contact CLC at www.corplodging.com and register for the Landlord Direct Payment Program. We do not consider this to be a lease transfer or termination of the lease. Rather, this is a change in guarantor of the lease payments.

- CLC will pay the landlord/lessor an amount not to exceed the U.S. Department of Housing and Urban Development (HUD) Fair Market Rent (FMR). FEMA will notify evacuees they must pay any rent differential above the FMR, and that they must also pay the cost of utilities, unless the utility does not meter separately, and utility services are part of the rental charge that is within the FMR for the area.

- All security and utility deposits must remain in place until the lease termination date. If you recoup the deposits in accordance with the terms of the lease or agreement on the lease or agreement termination date, you should deduct this amount from your Public Assistance reimbursement request.

Please note that as the Public Assistance applicant, you are required to comply with FEMA reporting requirements in order to ensure appropriate assistance is delivered to the evacuees, and to ensure Section 403 funding requirements are met. If you have not already done so, you must provide a complete list of evacuees, including their current addresses and telephone numbers, for whom you are leasing apartments under Section 403 to your FEMA Regional representative no later than March 31, 2006. Full reimbursement of your costs is dependent on satisfying these reporting requirements.

**Evacuees Eligible for 408 Housing Assistance – Leases Expire Prior to March 31, 2006**

For evacuees eligible for Section 408 assistance sheltering in 403 apartments with leases that expire no later than March 31, 2006, FEMA will reimburse you for costs after the expiration of the lease if FEMA notification of evacuee eligibility occurs after March 31, 2006, and it is necessary for the PA applicant to extend the lease on a month-to-month basis. For example, if you entered into a month-to-month lease under this circumstance and the agreement requires you to provide the landlord/lessor with one month notice prior to vacating the apartment, FEMA will reimburse you for these costs.

FEMA will provide 408 housing assistance to these evacuees via a Treasury check or electronic funds transfer. It will be up to the evacuee and the landlord/lessor to make further lease arrangements and payments from that point on.

**Evacuees Ineligible for 408 Housing**

FEMA will notify the appropriate Region (or JFO, if established) that an evacuee is no longer eligible for continued apartment subsidy assistance. The Region or JFO will, in turn, notify the State, which will be responsible for notifying (through the subgrantee host jurisdiction/local government, where appropriate) the landlord/lessor.

FEMA will make every effort to notify PA Applicants of ineligibles before April 15th. Within 15 calendar days of notification by FEMA that an evacuee is ineligible, the PA Applicant is responsible for providing a 30-day lease termination notice to the landlord/lessor and the evacuee. The evacuee may either vacate the property at the end of the 30-day notice period, or assume the remaining lease obligations, subject to landlord/lessor agreement.

The PA Applicant must notify evacuees of lease termination no later than April 30, 2006. FEMA will not reimburse the PA Applicant for emergency sheltering costs for ineligible evacuees beyond May 31, 2006, unless:

- The FEMA notification of evacuee ineligibility occurs after April 15, 2006. In such cases, the PA Applicant will be authorized to provide the evacuee an additional 30 days funding under Section 403, unless all notification requirements (PA Applicant-to-landlord and PA Applicant-to-evacuee) can be accomplished by April 30, 2006.

- For those contractual lease termination provisions requiring greater than 30-days notice, we will reimburse you under Section 403 for the termination costs for this notification period. For example, if you notify the landlord/lessor on April 1, 2006, that you are terminating the lease and the lease requires a 45-day notification period before termination, we will reimburse you under Section 403 for the termination costs for this notification period.

All security and utility deposits that you recoup in accordance with the terms of the lease or agreement must be deducted from your request for reimbursement under the Public Assistance Program.

We value and appreciate your continued cooperation and partnership throughout this transition process.

Sincerely,

David Garratt
Acting Director of Recovery
Federal Emergency Management Agency