This letter is an update of the assistance provided to you by the Federal Emergency Management Agency (FEMA). FEMA previously notified you that you were INELIGIBLE for continued Disaster Housing Assistance. If you can not find your previous INELIGIBLE letter, please call the FEMA Disaster Helpline listed below and we will send you another copy of that letter.

We are sending this letter to help clarify the termination of FEMA's subsidy for your current rental unit.

FEMA has provided two general types of disaster housing assistance to evacuees from Hurricanes Katrina and Rita.

- As part of its support during and immediately following evacuation, FEMA provided <u>Emergency Assistance</u> funds to state and local governments to assist with immediate shelter needs. State and local governments often used these funds to shelter evacuees in apartments and other types of rental units, and our records indicate that you received this type of assistance.

- The *other* general type of disaster housing assistance which FEMA can provide is rental assistance, which enables eligible evacuees to obtain housing after emergency sheltering ends. However, not everyone qualifies for rental assistance, and our records indicate that you are not eligible for this type of assistance.

FEMA's authority to fund Emergency Assistance has now ended. Therefore, because you were found to be ineligible for rental assistance, you will soon be responsible for paying your own rent, either for the rental unit in which you now reside, or in other accommodations. You may have previously received a letter from FEMA that stated "FEMA will cease to provide assistance with your rent 30 days from the date of this letter". However, FEMA has extended the period of time for which you may receive continued assistance, and you should follow the instructions of the people who are currently providing you with your rental unit (landlord, state or local official, etc.). **The people who placed you in your rental unit, or your landlord, will tell you when you must assume responsibility for paying your rent or finding other accommodations, but you will not be asked to leave before April 30, 2006.** We apologize if this has caused you any inconvenience; however, we want to make sure that you are provided sufficient time to make the arrangements necessary to assume responsibility for your rent.

If you disagree with FEMA's decision, you have the right to appeal that decision, within 60 days of the date of the ineligibility letter. Although you have 60 days to appeal, FEMA will only provide assistance up to the date you received notification from the landlord, state or local government that your lease will terminate.

To file an appeal you must explain in writing why you feel FEMA's decision is wrong. Send any new or additional information that you would like considered by the Appeals Officer that you are eligible for continued assistance. Please be sure to include your

FEMA Application Number, shown at the top of your decision letter, when you write to FEMA.

Mail your letter and the documents to:
  FEMA Appeals Officer
  National Processing Service Center
  P.O. Box 10055, Hyattsville, MD  20782-7055.

Your appeal letter must be postmarked <u>within 60 days of the date of the decision letter's date.</u>

If you prefer, you may fax copies of the documents to XXX-XXXXXX.

If you believe your ineligibility determination is in error, please call FEMA's Disaster Helpline at 1-800-621-FEMA (3362) (TTY, call 1-800-462-7585) to find out if you are still able to appeal FEMA's ineligibility decision. Our operators are standing by to help you. You may also call the Disaster Helpline if you have other disaster related questions, or visit www.fema.gov and click on "FAQ's for Disaster Assistance."

Sincerely,

Individuals and Households Officer