Dear Applicant Name:

This letter is an update of the assistance provided to you by the Federal Emergency Management Agency (FEMA). FEMA previously notified you that you were ELIGIBLE for continued Disaster Housing Assistance. We are sending this letter to help clarify what kind of assistance you are authorized to receive from FEMA's disaster assistance housing programs.

FEMA has provided two general types of disaster housing assistance to evacuees from Hurricanes Katrina and Rita.

- As part of its support during and immediately following evacuation, FEMA provided Emergency Assistance funds to state and local governments to assist with immediate shelter needs. State and local governments often used these funds to shelter evacuees in apartments and other types of rental units, and our records indicate that you received this type of assistance.

- The *other* general type of disaster housing assistance which FEMA can provide is rental assistance, which enables eligible evacuees to obtain housing after emergency sheltering ends. Our records indicate that you are eligible for this type of assistance.

FEMA's authority to fund Emergency Assistance has now ended. However, because you were found to be eligible for rental assistance, we need your help to make sure we can directly pay your monthly rent or provide you rental assistance to move elsewhere. If you want to stay in your current unit, the State and local governments may have to transfer the lease to you or you may have to sign a new lease with your landlord. **The State or local government that placed you in your rental unit will inform you what lease actions you must take.** In either case, FEMA will continue to pay your rent, up to a pre-established limit. If your rent is greater than FEMA's allowance for rent in the area in which you are staying, you will be responsible for any amount greater than FEMA's allowance.

FEMA will award you rental assistance for the amount which you are eligible. However, you will have to pay for your own utilities unless the landlord includes utilities as part of the rental charge. **The State or local government that placed you in your rental unit will tell you when you must assume these responsibilities.**

Your initial rental assistance will be approved for a period of three months. To be considered for continued rental assistance *beyond* the initial three months, you will need to submit specific information to FEMA. You will be notified with the details of how and when to submit the required information. Any rental assistance provided for your rent will count toward the maximum amount of FEMA financial assistance you are eligible for as allowable under the law. You will be notified before you reach the program limit, at which time your case will be evaluated for consideration of other forms of housing assistance, if available.

If you have disaster-related questions, need referrals for other forms of disaster assistance, or need an apartment-locating service, please call the FEMA Disaster Helpline at 1-800-621-FEMA

(3362) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance

Sincerely,

Individuals and Households Program Officer