U.S. Department of Homeland Security
Washington, DC 20472



July 27, 2006

MEMORANDUM FOR:   Regional Directors
                 Acting Regional Directors
                 Response & Recovery Division Directors
                 Deputy Director Gulf Coast Recovery
                 Federal Coordinating Officers
                 Transitional Recovery Office Directors

FROM:            John D'Araujo, Jr.
                 Director of Recovery

SUBJECT:         Sheltering (403) Extension Option

Yesterday, I extended the recertification period for evacuees participating in a state administered Public Assistance Emergency Sheltering Apartment Program (403) who have since been determined eligible for the FEMA administered Temporary Housing Assistance Program (408).

Based on various concerns regarding 403 evacuees who remain ineligible for 408 assistance and are scheduled to end assistance on July 31, 2006, I am approving the option for host-states to extend assistance under the 403 program for an additional month, until August 31, 2006.

Between now and the end of August, I fully expect FEMA and the states who choose to extend 403 assistance to jointly apply maximum attention to efforts. These efforts should include validation of their ineligibility status, as well as further and more aggressive engagement with organizations and agencies – at national, state, and local levels - that may be able to provide alternative forms of assistance or support.

I must also correct an erroneous date in my previous memorandum dated July 26th. The memo stated "Evacuees who meet FEMA's recertification requirements prior to October 31, 2006, may be eligible for an additional recertification period ending February 28, 2006". The correct date should have stated the recertification period will end February 28, 2007.

www.fema.gov