

*Joint Information Center*
**Transitional Recovery Office**
Austin, Texas



# RECOVERY NEWS

Aug.XX, 2006
DR-1606-TX-PRXXX
Media Contacts: News Desk
512-908-8863 or 512-908-8869

## FEMA WINDS DOWN YEAR OF COMPASSIONATE SHELTERING
Major push will help some to be eligible for aid, others to transition elsewhere

**AUSTIN, Texas** — One year and a half-billion dollars worth of emergency sheltering later, the Federal Emergency Management Agency (FEMA) is on an 11th-hour campaign to get as many Hurricane Rita and Hurricane Katrina evacuees into FEMA's rental assistance program as possible.

"I have asked the agency's managers to begin a major outreach campaign with the purpose of ensuring that before FEMA's sheltering program ends Aug. 31, we will have given every ineligible evacuee ample opportunity to prove that they are eligible for FEMA's rental assistance," said R. David Paulison, FEMA director. "I have further asked that our program people marshal alternate sources of assistance for those who will ultimately not be able to continue to get our help."

Through case review, FEMA expects to be able to make about 10 percent more of the ineligible population eligible for assistance, but that will still leave a group of people who will need help from other agencies. FEMA has provided lists of ineligible people to the community and faith-based voluntary agencies who are working one-on-one with evacuees who will have to exit the program. FEMA has put together rental assistance program teams who are visiting apartment complexes and talking to landlords and evacuee groups.

There could be several thousand people who will drop out of the program Aug. 31 because they were never eligible for FEMA's assistance from the start. And there are others who are already in FEMA's longer-term individual program who could make themselves ineligible through inaction or procrastination if they don't recertify for assistance.

"Whether it's getting them into the program initially or requalifying them after they're in the program, we're getting only about a 10 percent response from our letters," said E. C. "Butch" Smith, director of the Texas Transitional Recovery Office in Austin, Texas. "We're disappointed that we can't get people who need help to meet us halfway. These people are needlessly risking making themselves homeless when they could be getting FEMA's help."

-*more*-

*FEMA Winds Down Year of Compassionate Sheltering, Page 2*

Most evacuees now being cared for under FEMA's public sheltering reimbursement to public agencies were never required to show proof that they were even in the area of the disaster, much less had damage from it. The chaotic situation following the disaster required quick, compassionate action and FEMA gave everyone the benefit of a doubt. But short-term sheltering is not the best solution for evacuees in disaster recovery and FEMA has been transitioning as many evacuees as possible into its individual program.

This traditional form of assistance, which has worked well in more than 1,600 disasters, offers assistance for up to 18 months after a disaster declaration. But evacuees must take a measure of personal responsibility for their recovery by responding to FEMA's requests for necessary information, which may be as simple as signing a form saying they have a need for continuing help.

Understanding the confusion that people sometimes have with government programs, FEMA has extended its deadlines over and over to provide additional time to scrub and rescrub lists of ineligibles and continue attempts to reach applicants.

"We make at least three contacts per applicant, making calls at different times of the day," said Pam Wade, Human Services branch chief for FEMA's Individual Assistance department in Austin. "Once we've established contact, we have to review the case and assist the individual to make them eligible, if possible, for assistance."

Since May, FEMA program personnel in Denton, Austin and Houston have conducted at least 16 separate reviews of eligible and ineligible registrants, reviewing status, reviewing recertification needs and reviewing groups such as those declared ineligible for insufficient damage, re-inspecting properties where appropriate.

These represent 42,000 attempts to insure that every person currently under the emergency sheltering program has been screened for eligibility for future assistance and those now in the program continue to receive assistance if their continued eligibility is verified.

"We believe that FEMA has done everything in its power and legally under the Stafford Act to help the survivors of the Katrina and Rita hurricanes," Smith said. "Ultimately, it falls to the individual to recover from a disaster and move on."

### 

For more information on Texas disaster recovery, visit **www.fema.gov** or **www.txdps.state.tx.us/dem**

*FEMA manages federal response and recovery efforts following any national incident. FEMA also initiates mitigation activities, works with state and local emergency managers, and manages the National Flood Insurance Program. FEMA became part of the U.S. Department of Homeland Security on March 1, 2003.*