*Joint Information Center*
**Transitional Recovery Office**
Austin, Texas



# Public Service Announcement

Aug. 9, 2006
DR-1606-TX-PSA036
Media Contacts: News Desk
512-908-8869 or 512-908-8863

**RUN DATE**: Immediately and until Aug. 30, 2006
**TIME:** 30 seconds
**TO PROGRAM PRODUCERS: THIS INFORMATION IS EXTREMELY IMPORTANT FOR EVACUEES RECEIVING FEMA RENTAL ASSISTANCE. PLEASE USE OFTEN**

A MESSAGE FROM FEMA'S RECOVERY RADIO:

ARE YOU A HURRICANE EVACUEE RECEIVING FEMA RENTAL ASSISTANCE?

HAVE YOU BEEN NOTIFIED YOUR RENTAL ASSISTANCE WILL END SOON?

HELP FEMA HELP YOU. CALL 1-800-621-FEMA WITH YOUR HOUSING HISTORY…A LONG-TERM HOUSING PLAN…AND SEND COPIES OF RENT RECEIPTS. FEMA WANTS TO HELP, BUT WE NEED <u>YOUR</u> HELP. SEND FEMA THE INFORMATION IT NEEDS TO HELP YOU. CALL 1-800-621-FEMA

—1-800-621-3362.

A FEMA RECOVERY RADIO MESSAGE

### 

*FEMA manages federal response and recovery efforts following any national incident. FEMA also initiates mitigation activities, works with state and local emergency managers, and manages the National Flood Insurance Program. FEMA became part of the U.S. Department of Homeland Security on March 1, 2003.*

Joint Information Center
Transitional Recovery Office
Austin, Texas



# Public Service Announcement

Aug. 9, 2006
DR-1606-TX-PSA034
Media Contacts: News Desk
512-908-8869 or 512-908-8863

**RUN DATE**: Immediately and until Aug. 31, 2006
**TIME:** 30 seconds
**TO PROGRAM PRODUCERS: THIS INFORMATION IS EXTREMELY IMPORTANT FOR EVACUEES IN 403 PUBLIC SHELTERING PROGRAM. PLEASE USE OFTEN.**

THIS IS A MESSAGE FROM FEMA'S RECOVERY RADIO:

HURRICANE EVACUEES: APARTMENT SUBSIDIES UNDER FEMA'S SHELTERING PROGRAM ARE ENDING AUG. 31. IF YOU'VE BEEN DECLARED INELIGIBLE FOR CONTINUED RENTAL ASSISTANCE UNDER FEMA'S INDIVIDUAL ASSISTANCE PROGRAM, FEMA MAY BE ABLE TO ESTABLISH YOUR ELIGIBILITY IF YOU'RE ONE OF THOSE WE HAVEN'T BEEN ABLE TO REACH. HELP US HELP YOU BY CALLING THE FEMA HELPLINE AT 1-800-621-FEMA. THAT'S 1-800-621-3362.

A MESSAGE FROM FEMA'S RECOVERY RADIO

###

*FEMA manages federal response and recovery efforts following any national incident. FEMA also initiates mitigation activities, works with state and local emergency managers, and manages the National Flood Insurance Program. FEMA became part of the U.S. Department of Homeland Security on March 1, 2003.*

*Joint Information Center*
Transitional Recovery Office
Austin, Texas



# Public Service Announcement

Aug. 9, 2006
DR-1606-TX-PSA035
Media Contacts: News Desk
512-908-8869 or 512-908-8863

**RUN DATE:** Immediately and until Aug. 30, 2006
**TIME:** 30 seconds
**TO PROGRAM PRODUCERS: THIS INFORMATION IS EXTREMELY IMPORTANT FOR EVACUEES RECEIVING FEMA RENTAL ASSISTANCE. PLEASE USE OFTEN**

A MESSAGE FROM FEMA'S RECOVERY RADIO:

ATTENTION....IF YOU RECEIVE FEMA RENTAL ASSISTANCE, AND YOU'VE BEEN NOTIFIED IT WILL END SOON, CONTACT FEMA IMMEDIATELY – 1-800-621-FEMA.  FEMA WILL REVIEW YOUR CASE AND MAY BE ABLE TO EXTEND YOUR BENEFITS.  DON'T LET THE END OF AUGUST CATCH YOU WITHOUT ANOTHER RENT CHECK.  GIVING FEMA RENTAL RECEIPTS AND A LONG TERM HOUSING PLAN MAY BE ALL YOU NEED TO HAVE FEMA HELP YOU.  CALL 1-800-621-3362.

A FEMA RECOVERY RADIO MESSAGE

### ###

*FEMA manages federal response and recovery efforts following any national incident. FEMA also initiates mitigation activities, works with state and local emergency managers, and manages the National Flood Insurance Program. FEMA became part of the U.S. Department of Homeland Security on March 1, 2003.*

*Joint Information Center*
*Transitional Recovery Office*
*Austin, Texas*



# Public Service Announcement

Aug. 9, 2006
DR-1606-TX-PSA033
Media Contacts: News Desk
512-908-8869 or 512-908-8863

**RUN DATE:** Immediately and until Aug. 31, 2006
**TIME:** 30 seconds
**TO PROGRAM PRODUCERS: THIS INFORMATION IS EXTREMELY IMPORTANT FOR EVACUEES IN 403 PUBLIC SHELTERING PROGRAM. PLEASE USE OFTEN.**

> A MESSAGE FROM FEMA'S RECOVERY RADIO:
>
> HURRICANE EVACUEES: APARTMENT SUBSIDIES UNDER FEMA'S SHELTERING PROGRAM ARE ENDING AUG. 31. IF YOU'VE BEEN DECLARED INELIGIBLE FOR CONTINUED RENTAL ASSISTANCE UNDER FEMA'S INDIVIDUAL ASSISTANCE PROGRAM, YOU MAY ONLY NEED TO SUPPLY A BIT MORE INFORMATION TO ESTABLISH YOUR ELIGIBILITY OR TO CONTINUE YOUR ASSISTANCE IF YOU ARE ALREADY ON THE PROGRAM. HELP US HELP YOU BY CALLING THE FEMA HELPLINE AT 1-800-621-FEMA. THAT'S 1-800-621-3362
>
> A MESSAGE FROM FEMA'S RECOVERY RADIO

### ###

*FEMA manages federal response and recovery efforts following any national incident. FEMA also initiates mitigation activities, works with state and local emergency managers, and manages the National Flood Insurance Program. FEMA became part of the U.S. Department of Homeland Security on March 1, 2003.*