# HOUSTON INELIGIBLES SUPPORT STRATEGY

Rev TRO 09/01/06A

## PURPOSE AND GOAL

The **purpose** of this support strategy is to outline the operational and external affairs activities and timelines associated with a highly-focused eligibility review and outreach project targeted at Individual Assistance (408) ineligible applicants currently being housed in the Emergency Sheltering (403) Housing Program in Houston.

The **goal** of this project is to ensure 408 ineligible applicants have been provided additional opportunity to demonstrate eligibility, to convert all those who are eligible, marshal alternate sources of assistance for those who are not, and ensure these efforts are externally communicated and understood, prior to cessation of 403 program assistance.

## DESCRIPTION OF TARGET POPULATION

Conversion Master/Ineligible List - The weekly "403 ineligibles list" that is provided to the states (the "conversion master") identifies all Section 408 ineligible applicants based on the most recent eligibility decision made. For Texas / Houston the target population in this strategy also includes (a) applicants that appear in the Houston database but are not shown on the conversion master (eg, we have determined they relocated to another state or never used the Houston voucher); and (b) those evacuees sheltered under 403 according to the Houston database but cannot be matched to an applicant in NEMIS.

Policy Review/IID Cases – Those Section 408 applicants ineligible due to insufficient damage that have been under "policy review", and who's 403 assistance will end September 30, 2006. The City of Houston will be notified by Aug 15, 2005 to provide Notices of Termination to their landlords. This provides the City the required 15 days, and the landlord the additional 30 days' notice per DSG 03/26/06.

**Eligible:**

- Eligible for 408 rental assistance as recorded in NEMIS

**Ineligible:**

Categories for which there is no reasonable expectation that a subsequent eligibility determination will be made.

- Never Used Voucher to Live in a 403 Apartment
- Applicant is Duplicated with Themselves (already accounted for elsewhere)
- Applicant Suffered No Damage to Primary Residence
- Applicant is Living in Another State and No Longer in Houston 403 Shelter Program
- Applicant is Not in the 403 Program (they may now be in a FEMA travel trailer, moved back home, etc.)

1

- Incarcerated

Categories for which there is no reasonable expectation that there will be a subsequent eligibility determination, however these will be referred.

- Applicant has been identified as participating in a HUD assisted program pre-disaster and will be referred to HUD for their disaster housing program.
- Applicant is from a county/parish not designated for IA assistance and will be referred to Voluntary Agencies.
- Applicant states they still need assistance, but are not eligible for FEMA assistance and will be referred to the Houston Interagency Task Force.
- Applicants who cannot be contacted after repeated multimodal efforts will be referred to the City of Houston for one final effort and the case will be closed.
- Applicant is suspected of fraud and the case will be referred to the Inspector General for investigation.

Categories for which a subsequent eligibility determination may be possible as a result of our August efforts (see attached Ineligible Category – Specific Actions chart for details).

- Applicant is ineligible pending receipt of required documentation (eg, occupancy or identity verification, insurance information, signed Form 90-69, etc.) directly from the applicant or as a result of an "outreach" inspection at their current rental address in Texas.
- Applicant ineligible pending outcome of having a "traditional" initial inspection or a re-inspection of their residence in the declared State.

Ineligible applicants 403 assistance ends August 31: 5854 (as of July 15)
Insufficient damage ineligible applicants 403 assistance ends September 30: 2188 (as of July 15)

## TARGET OBJECTIVES

- **OBJECTIVE 1:** Provide additional opportunity for evacuees currently housed in 403 Emergency Sheltering to demonstrate 408 Individual Assistance eligibility, and to convert all those who are eligible prior to cessation of 403 sheltering assistance.

- **OBJECTIVE 2:** Marshall alternate sources of assistance from voluntary agencies and any other Federal, State and Local assistance organizations for those who remain 408 ineligible. Indications to date are that a minimal number of the 408 ineligibles will be assisted with housing needs by these other organizations. FEMA efforts to obtain additional sources of assistance will not be limited to housing and will include assistance designed to achieve evacuee self sufficiency (job training/placement, clothing, transportation, medical needs, food, etc.

- **OBJECTIVE 3:** Execute an aggressive public and media outreach campaign to outline progress, successes, and deadline ramifications. Efforts will include: News releases, radio Public Service Announcements targeting multilingual and multiethnic audiences, radio/TV interviews, paid advertisements in print and electronic outlets, and robust outreach to religious communities.

2

# KEY PROGRAM ACTIONS/TASKS

| Action/Task | Completion Target Date | Status/Actual Completion Date | VA-NPSC | Austin TRO | Houston AFO |
|---|---|---|---|---|---|
| | | | | Responsible Office | |
| Agree on # of Ineligibles and Source of Data. (The Houston database with input from Houston landlords and matched to NEMIS eligibility information will be used as the starting point.) | - | Completed 07/27/06 | X | X | X |
| Provide NPSC with Houston Ineligibles Database | - | Completed 07/31/06 | | X | X |
| Agree on *categories* of applicants that need no further action (eligible, currently ineligible, ineligible referrals) | - | Completed 08/01/06 | X | X | X |
| Identify the cases in the database that need no further action. | - | Completed 08/04/06 | X | | |
| Match Houston database ineligibles with NEMIS. | 08/07/06 | Completed 08/07/06 79 remain unmatched. | X | | |
| Request additional information from the City on unmatched cases and match as many of remaining 79 cases as possible. | 08/09/06 | All Resolved In Houston 9/01 | | | X |
| Share the #s and lists of cases in each ineligibility category. | 08/04/06 | Completed 08/04/06 | X | | |
| Resolve privacy act issues:<br>• Landlords - Sharing information with landlords who have provided applicant information to us<br>• Payments – Sharing applicant information with the City that will prevent duplication of benefits<br>• Congressional Aides - Sharing information with congressional reps about constituent cases<br>• CAN – More NEMIS data to be placed into CAN so case workers can look up individual cases and see what the status is on the cases they are working. | 08/16/06 | Completed 8/22 | | X | |
| Implement procedures for referrals to Houston Interagency Task Force. | TBD | | X | X | |
| Texas Workforce Commission re-double their efforts on behalf of evacuees: job hotline, help in filling out employment applications, help in resume-writing, etc | - | Completed 08/01/06 | | X | |
| Continue working with the City of Houston to establish a one-stop DRC-type service center for evacuees that includes the New Orleans "Journey Home" office. | 08/16/06 | Awaiting final proposal from City of Houston outlining costs 9/01 | | X | X |
| TRO Notification to Houston to issue LL Termination Notices | 08/15/06 | Completed 8/14/2006 | | X | |

3

**Three Basic Casework Approaches:**

**Traditional Inspection** - Traditional inspections are completed by FEMA inspectors at the applicant's damaged dwellings, the case is worked at the NPSC after the inspection is completed.

**Outreach Inspection** - "Outreach inspections" are completed by FEMA inspectors at the applicant's <u>rental address</u>, rather than at the damaged address; the case is worked at the NPSC after the required documents are received.

**Manual Case Review** – Caseworkers will review the case, contact the applicant if necessary, request necessary documentation. Under discussion: The case may be referred to the Houston Interagency Task Force.

4

# KEY EXTERNAL AFFAIRS ACTIONS/TASKS

| Action/Task | Completion Target Period | Status/ Actual Completion Date | Responsible Office ||||
|---|---|---|---|---|---|---|
| | | | Austin TRO | HQ Public Affairs | HQ Leg Affairs | HQ IGA |
| Announce details of Public Affairs outreach effort | 8/8 – 8/11 | 8/08 | | X | | |
| Provide media with communications packet | 8/8 – 8/11 | 8/09 | | X | | |
| Work with field PIOs to assure/maximize media/audience penetration | 8/8 – 8/11 | Complete 8/31 | X | X | | |
| Update media on outreach effort, successes, and impending deadline | 8/15 – 8/22 | Complete 8/31 | X | X | | |
| Final update to media on outreach effort, successes, and impending deadline | 8/22 – 8/31 | Complete 8/31 | X | X | | |
| Inter-Governmental Affairs and Congressional Liaison will communicate the information in the above bullets with their congressional and state and local officials. | 8/18 | Complete 8/22 | | | X | X |

5

# INELIGIBLE CATEGORY-SPECIFIC ACTIONS

| Reason for Applicant Ineligibility | Estimated number in this Category (Note 1) | Strategy/Status | Progress Status Date | Completion Target Date | Responsible Office | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | VA-NPSC | Austin TRO | Houston AFO | |
| **Code IID (August)** Cases in which the owner applicant's primary residence was determined to have insufficient damage and to be habitable. | 63 | Outreach inspections - to determine if applicant is still housed at the Texas rental address and to obtain self-certification form that their home State rental unit is no longer available to them. | Completed 8/29/06 | **Complete** | X | | | |
| **Code IID (September)** Cases in which the renter applicant's primary residence was determined to have insufficient damage and to be habitable. | 865 | Outreach inspections - to determine if applicant is still housed at the Texas rental address and to obtain self-certification form that their home State rental unit is no longer available to them. | Completed 8/29/06 | **Complete** | X | | | |
| **Code: NON-REF** Cases in which the applicant indicated during registration they had no housing needs, that the damaged dwelling was not their primary residence, or that it was unknown whether their primary residence was damaged. | 183 | Traditional/initial inspections of home in impacted State to clarify information provided by applicant at time of registration. | Completed 8/15/06 | **Complete** | X | | | |
| **Code: EAH** Cases in which the applicant was provided with an initial $2000 Expedited Assistance payment and has not requested any further assistance. | 71 | Traditional/initial inspections to more definitively determine that there were no damages that may result in the applicant being eligible for FEMA assistance. | Completed 8/15/06 | **Complete** | X | | | |

6

Case 1:06-cv-01521-RJL    Document 7-23    Filed 09/11/2006    Page 7 of 10

| Reason for Applicant Ineligibility | Estimated number in this Category (Note 1) | Strategy/Status | Progress Status Date | Completion Target Date | Responsible Office VA-NPSC | Responsible Office Austin TRO | Responsible Office Houston AFO |
|---|---|---|---|---|---|---|---|
| **Code: W9069D** Cases lack signed Declaration or Release of Information Form 9069 in their records. * 4 extended to September | 96 | • Manual case reviews to check records for submitted forms. • Outreach inspections at Texas rental address to obtain signatures /forms.- issued 08/04/06 | Completed **8/22/05** | **Complete** | X | | |
| **Code: INI/INSI/INS/INFI** These cases have not provided required insurance documentation. *12 extended to September | 66 | • Manual case reviews (to check records for submitted documents, call applicants or their insurance co.) • As a result of phone calls to apps who indicate they have the insurance info, issue outreach inspections at Texas rental address to obtain documentation. | Initial review complete **8/11/06** Second review for TRO request completed **8/22/06** | **Complete** | X | | |

7

| Reason for Applicant Ineligibility | Estimated number in this Category (Note 1) | Strategy/Status | Progress Status Date | Completion Target Date | Responsible Office ||||
|---|---|---|---|---|---|---|---|---|
| | | | | | VA-NPSC | Austin TRO | Houston AFO ||
| **Code: INP** These cases have not provided required documentation establishing that the damaged dwelling is the applicant's primary residence. | 669 | • Applicant checked against Myraid contractor database for Occupancy verification<br>• Manual case reviews to send for payment (if passed Myraid) or issue for outreach inspection to obtain occupancy documentation (511 issued for outreach inspection.<br>• Applicant contacted by phone and letter to send in documentation | 08/4/06 – 511 outreach inspections issued<br><br>Reviews completed 8/22/06 | Complete | X | | |
| **Code: INO** Multiple ineligibility codes apply or applicant needs to provide documentation to verify their identity. | 84 | • Recent analysis identified the top (of multiple) codes that apply. Strategy is implemented based on (as shown on this chart) | Analysis completed 08/04/06. Subsequent reviews completed 8/22/06 | Complete | X | | |
| **Code: WVO/WNC** Applicant has voluntarily withdrawn a request for assistance, or inspectors have been unable to contact the applicant. | 265 | • Manual case reviews to ensure applicant voluntarily withdrew, and if not issue for inspection. | Completed 8/29/06 | Complete | X | | |
| **Code: IAW/IDUPA** Applicant has more than one application filed with FEMA, or members of the same household at the time of the disaster are now living separately. | 716 | • Manual Case Reviews to resolve duplicate apps or to determine if the separated household policy might apply | Completed 8/29/06 | Complete | X | | |

8

| Reason for Applicant Ineligibility | Estimated number in this Category (Note 1) | Strategy/Status | Progress Status Date | Completion Target Date | Responsible Office | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | VA-NPSC | Austin TRO | Houston AFO | |
| **Code: NCOMP** Applicant has not complied with the requirement to purchase flood insurance as the result of a previous disaster (NCOMP applicants are normally only eligible for two months rental assistance). | 0 | • Manual Case Review to ensure this is an accurate determination. | Completed 8/4/06 | Complete | X | | | |
| **Code: INSS** Applicant failed to respond to a request for information within a specified period of time. Most of these cases are applicants who have moved to other areas and have not provided sufficient documentation for a regular 408 recertification at their new address. | 226 | • Manual Case Reviews to ensure this is an accurate determination. | Completed 8/22/06 | Complete | X | | | |
| **Code: INDR** Applicant has failed to provide necessary documentation to validate that the damage to their dwelling was disaster-related. | 13 | • Manual Case Reviews to ensure this is an accurate determination. | Completed 8/11/06 | Complete | X | | | |
| **Code: NON REG** Applicant indicated that damages occurred outside of the eligible incident period and/or the applicant's county/parish was not declared. | 83 | • Manual Case Reviews to ensure this is an accurate determination. | Completed 8/31/06 | Complete | X | | | |
| **Code: INC** Applicant remains ineligible after appeal. | 14 | • Manual Case Reviews to ensure this is an accurate determination. | Completed 8/29/06 | Complete | X | | | |

| Reason for Applicant Ineligibility | Estimated number in this Category (Note 1) | Strategy/Status | Progress Status Date | Completion Target Date | Responsible Office | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | VA-NPSC | Austin TRO | Houston AFO |
| **Code: EHR/ERPL/ER/ENC** Applicant latest decision reflects eligible decision an example could be ineligible, sent to CLC for one month rent, CLC payment recorded as eligible ER | 168 | • Manual Case Reviews to ensure this is an accurate determination. | Completed 8/29/06 | Complete | X | | |

**Note 1:** Represents current best estimate of the number of cases that will ultimately fall into this code category. As cases are matched and worked, this will be replaced with the actual number of cases.

**Note 2:**
```
Total categories on chart        3582
No Match in NEMIS                  19
Eligible for 408 Financial        424
Eligible sent to CLC             1508
Eligible MH/TT                    151
Never In Apartment                 65
Moved                            2021
Duplicate record with itself       38
Deceased                           15
Living in Post Disaster HUD        94
Grand Total "Ineligibles"        7917
```

**Note 3:** Of the 3582, 2701 end in August, 881 in September

10