

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Michael D. Brown
Under Secretary
Emergency Preparedness and Response

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

10/10/2005

FEMA Application No: 940757277

Disaster No: 1603

MS LATONYA M BURTON
3020 RUEPARC FONTAINE APT 1132 BLD 11
NEW ORLEANS, LA 70131

Dear Ms. Burton:

Enclosed for your records is a copy of the Application for Disaster Assistance that you recently filed with the Federal Emergency Management Agency (FEMA), the agency that coordinates disaster assistance on behalf of the President.

Based on the information you provided during the registration interview, FEMA has identified certain disaster assistance programs that may be helpful to you. These are listed at the bottom of the Application form, item number 27. Administered by a variety of organizations, information on these and other programs can be found on the Additional Disaster Assistance Program Information Sheet, included in this mailing. You must contact these agencies directly to learn how their programs can help you.

If your home or business has been damaged by the disaster, you do not need to wait until the inspector visits the property before starting to clean up. We strongly suggest, however, that you make a list of your losses, take pictures, and keep all receipts to verify your disaster-related expenses.

Correct information

Please check the information on this form and call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired ONLY call 1-800-462-7585) if you have any corrections. Please also make special note of your Registration ID located at the top of the form; this is your unique identifying number and you will need to refer to this number whenever you contact FEMA.

Disaster Recovery Centers/SBA Workshops

Disaster Recovery Centers may be opened to provide a central location for information on disaster assistance programs and tips on reducing damage from future disasters. To find out about the Disaster Recovery Center nearest to you, please call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired ONLY call 1-800-462-7585). To inquire about the status of your application for assistance, you may either visit a Disaster Recovery Center or you may call the FEMA Disaster Helpline.

If you have been referred to the Small Business Administration (SBA) for a disaster loan (check item number 27 on your Application for Disaster Assistance), you may wish to visit an SBA Workshop for help in completing the loan application. The workshop locations will be announced through your local news media.

<u>Insurance</u>

If you have any kind of insurance, you should contact your insurance agent as soon as possible. Because insurance proceeds are generally more comprehensive than Federal disaster assistance, these benefits are usually the best means of addressing your disaster-related needs.

If you have any questions, if you need housing right away and cannot find a place to stay, or if you would like more detailed information on the available assistance programs, please call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired ONLY call 1-800-462-7585). We want to help in any way we can.

Sincerely,                                                                                                          9069CL


Individuals and Households Program Officer

## Additional Disaster Assistance Program Information

This sheet contains a complete listing of the available disaster assistance programs and the agencies/organizations that administer assistance in your area. Based on the information you provided during the registration interview, we have identified certain disaster assistance programs that may be helpful to you and have listed them in item number 27 at the bottom of your Application for Disaster Assistance.

PLEASE NOTE: Even if you have not been referred to a particular program, you are welcome to contact any agency listed on this sheet if you feel you have disaster-related needs that can be addressed by that agency. Bear in mind, however, that these programs have conditions of eligibility that must be met before you can be approved for assistance.

## ****Please keep this for your information****

### *Other Needs Assistance Program, (ONA)*

Other Needs Assistance Program, Administered by FEMA: Money is awarded for necessary expenses and serious needs caused by the disaster. This includes medical, dental, funeral, personal property, transportation, moving and storage, and other expenses that are authorized by law. To receive money for other needs other than housing that are the result of a disaster, you must have accepted assistance from all other sources for which you are eligible such as insurance proceeds or SBA loans.

For more information on the Other Needs Assistance program please contact FEMA at 1-800-621-FEMA (3362).

**Aging Services: Health and Human Services (HHS):** Services are available to meet the needs of the elderly who have been directly affected by a declared disaster (i.e., transportation, meals, home care, etc.). For more information on Aging Services, Health and Human Services please contact
Contact your local agency

**Agricultural Aid: USDA Farm Service Agency (FSA):** The USDA Rural Development may make emergency loans to farmers and ranchers (owners or tenants) who were operating and managing a farm or ranch at the time of the disaster. These loans are limited to the amount necessary to compensate for actual losses to essential property and/or production capacity. Farmers and ranchers may also apply for cost sharing grants for emergency conservation programs such as debris removal from crop/pasture lands, repairs to land/water conservation structures, and permanent fencing. For more information please contact the USDA Farm Service Agency (FSA) at Contact your local Farm Service Agency..

**Assistance From Financial Institutions:** Early withdrawal of time deposits, without penalty, may be permitted by banks that are members of the Federal Deposit Insurance Corporation (FDIC), Federal Reserve System (FRS), or the Federal Home Loan Bank Board (FHLBB). Contact your financial institution to see if they have obtained a waiver from their regulatory agency.

**Business Loan Program, Small Business Administration (SBA):** Disaster loans through the Small Business Administration (SBA) are available to businesses to repair or replace destroyed or damaged

business facilities, inventory, machinery, or equipment. The maximum loan amount is $ 1,500,000. If you have been referred to this program you will be receiving an application package in the mail. For more information or help in completing this form, please refer to your SBA application package. To obtain a loan package please call
1-800-621-FEMA or 1-800-462-7585 (TTY)
or visit the local Disaster Recovery Center.

**Consumer Services:** Counseling is available on consumer problems such as non-availability of products and services needed for reconstruction, price gouging, disreputable business concerns and practice, etc. For more information please contact
Contact your local or state agency.

**Crisis Counseling:** Referral services and short-term intervention counseling is available for mental health problems caused or aggravated by the disaster. For more information please contact
Contact your local or state agency.

**Disaster Unemployment Assistance:** This assistance provides weekly benefit payments to those out of work due to the disaster, including self-employed persons, farm and ranch owners, and others not covered under regular unemployment insurance programs. For more information please contact
Contact your local or state agency..

**Emergency Assistance:** Emergency food, clothing, shelter, and medical assistance may be provided to individuals and families having such needs as a result of the disaster. Assistance can be provided by the American Red Cross (ARC), the Salvation Army, church groups, and other voluntary organizations a result of the disaster. Assistance can be provided by the American Red Cross (ARC), the Salvation Army, church groups, and other voluntary organizations. For additional information please contact 866-438-4636 (866-GETINFO) 800-257-7575 (Spanish).

**Home and Personal Property Loan Program:** Disaster loans through the Small Business Administration (SBA) are available to homeowners and renters for restoring or replacing disaster damaged real and personal property. The maximum real estate portion of the loan is $200,000 and for personal property $40,000. The loan amount is limited to the amount of uninsured SBA verified losses. If you have been referred to this program you will find more information in the "Application Summary" on the back of the Disaster Assistance Application Form. To obtain a loan package please call
1-800-621-FEMA or 1-800-462-7585 (TTY)
or visit the local Disaster Recovery Center.

**Other Needs Assistance Program:** Other Needs Assistance Program, Administered in conjunction with your State Government: Money is awarded for necessary expenses and serious needs caused by the disaster. This includes medical, dental, funeral, personal property, transportation, moving and storage, and other expenses that are authorized by law. To receive money for other needs other than housing that are the result of a disaster, you must have accepted assistance from all other sources for which you are eligible such as insurance proceeds or SBA loans. For additional information please contact the Other Needs Assistance program at

**Insurance Information:** Assistance and/or counseling is available on insurance problems and questions, which may include obtaining copies of lost policies, claims filing, expediting settlements, etc. If you have not been able to resolve your problem with your insurance company you may contact your State Insurance Commissioner. For flood insurance inquiries, contact the National Flood Insurance Program (NFIP) at
1-800-638-6620 National Flood Insurance Program.

**Legal Services:** Free or reduced legal services, including legal advice, counseling, and representation may be provided to low-income disaster victims. For additional information please call
Contact your State Bar Association.

**Social Security:** Assistance is available from the Social Security Administration (SSA) in expediting delivery of checks delayed by the disaster and for assistance in applying for Social Security disability and survivor benefits. For additional questions please contact
1-800-772-1213 or 1-800-325-0778 (TTY).

**Tax Assistance:** The Internal Revenue Service (IRS) may allow casualty losses that were suffered on home, personal property, and household goods to be deducted on the income tax return if they are not covered by insurance. Taxpayers may also file an amended return to receive an early tax refund. County tax assessors may provide information and assistance on possible property tax relief.
For more information, order IRS 'Disaster Loss Kit' Publication Number 2194 for Individuals (or 2194B for Businesses) by calling the IRS publication hotline at 1-800-829-3676. County tax assessors may provide information and assistance on possible property tax relief.
IRS 1-800-829-1040 or 1-800-829-4059 (TTY).

**Veteran's Benefits:** The Veterans Administration (VA) can expedite delivery of information about benefits, pensions, insurance settlements, and VA mortgage loans. For more information please contact the Veteran's Administration at
1-800-827-1000 or 1-800-829-4833 (TTY).