


CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

01/06/2006

FEMA Application No. 939183225

Disaster No. 1603

MR KENNETH LEACH
7607 BLESSING AVE
AUSTIN, TX 78752-1741

Dear Mr. Leach:

Our records indicate that you were previously provided rental assistance under FEMA's Temporary Housing Assistance Program. Because of the extensive damage caused by Hurricane Katrina, FEMA has made some modifications to our program for providing continued rental assistance.

If you continue to need housing assistance, you will need to provide the following information to FEMA for us to be able to process your request:

1. Receipts showing that you paid rent at another location and spent all your initial rental assistance OR a statement signed by you entitled "Declaration of Funds Use and Continuing Need for Housing." For your convenience, a copy of this declaration is attached to this letter. You must fill it out, sign it and return it to FEMA by mail or fax. If you send this form, you do not need to include any receipts.

2. If you have not already done so, you must also sign and return the "Declaration and Release" form to receive continued assistance. This form was provided to you with your initial rental assistance award. (NOTE: This declaration is different than the Declaration of Funds Use and Continuing Need for Housing referred to above.) We have attached another copy of the form to this letter or you can find it on the last page of your "Applicant Guide-Help After a Disaster." This guide can be located on-line at www.FEMA.gov or by calling FEMA at 1-800-621 FEMA (3362), TTY hearing/speech impaired only, call 1-800-462-7585. Please make sure to call FEMA at this number if you have not received assistance or a letter within 14 days of submitting your Declaration or receipts.

You can either mail or fax these forms to FEMA at:

Mail to:
FEMA - Individuals & Households Program
National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Fax to:
1-800-827-8112
Attention: FEMA - Individuals & Households Program

Please do NOT send both mail and fax as it may delay processing.

If you are approved for additional rental assistance, the amount provided will be intended to cover a three-month time period set at a rental rate typical for your current location (Fair Market Rental Rate). For continued housing assistance, you must retain and submit all rent receipts. We also want to ensure that you know that you are not required to make application with the SBA to receive temporary housing assistance from FEMA.

We have also tried to reach you to leave a recorded message with this same information. Please remember to keep all of your contact information with FEMA current so that we can communicate with you in a timely manner. If there has been any change to your current mailing address, banking information or current phone number(s), please contact FEMA immediately to update your information by visiting www.FEMA.gov and click on the "Online Individual Assistance Center" or by calling **1-800-621 FEMA (3362)**, TTY hearing/speech impaired only, call 1-800-462-7585.

Please be aware, that intentionally making false statements or concealing any information in an attempt to obtain disaster aid is a violation of Federal and state laws, which carry severe criminal and civil penalties, including a fine up to $250,000, imprisonment, or both.

Thank you for taking the time to read this letter, if you have any other disaster-related questions, please contact FEMA by calling 1-800-621 FEMA (3362), TTY hearing/speech impaired only, call 1-800-462-7585. You may also refer to FEMA's "Applicant Guide-Help After a Disaster". This guide can be located on-line at www.FEMA.gov or by calling FEMA at the number listed above and requesting that a copy be mailed to you.

Sincerely,                                                                                          KATRCT

Individuals and Households Program Officer

# Hurricane Katrina/Rita Housing Assistance

## Declaration of Funds Use and Continuing Need for Housing

**Applicant's Information**

FEMA Application No.: **939183225**                                    Disaster No.: **1603**

_____
(Last Name, First Name, Middle Initial)

_____
(Street Address - Damaged)

_____
(City, County, State, Zip Code)

****************************************

I herby declare, under penalty of perjury that (check all that apply)

☐ I received the initial assistance prior to receiving official written notification through the mail explaining the intended use of the rental assistance.

☐ I used all or part of the rental assistance on serious and essential needs (e.g., food, clothing), because I lacked sufficient additional funding to address those needs.

☐ I have a continuing need for Housing.

****************************************

## For Continued, Future Housing Assistance:

**I understand that** financial assistance for rental of temporary housing is only provided when FEMA determines that the individual's residence is destroyed, uninhabitable, or inaccessible.

**I understand that** in order to be considered for continued rent assistance I must submit rent receipts to show that I have exhausted the FEMA rent funds.

**I understand that** in order to be considered for continued rent assistance I must establish a realistic permanent housing plan and provide documentation showing that I am making efforts to obtain permanent housing.

**I understand that,** if I intentionally make false statements or conceal any information in an attempt to obtain additional disaster aid, it is a violation of Federal and state laws, which carry severe criminal and civil penalties, including a fine up to $250,000, imprisonment, or both.

Applicant Signature _____ Date_____

DEPARTMENT OF HOMELAND SECURITY
EMERGENCY PREPAREDNESS AND RESPONSE DIRECTORATE
FEDERAL EMERGENCY MANAGEMENT AGENCY

O.M.B. NO. 1660-0002
Expires September 30, 2006

## DECLARATION AND RELEASE

In order to be eligible to receive FEMA Disaster Assistance, a member of the household must be a citizen, non-citizen national or qualified alien of the United States. Please read the form carefully, sign the sheet and return it to the Inspector, and show him/her a current form of photo identification. Please feel free to consult with an attorney or other immigration expert if you have any questions.

I hereby declare, under penalty of perjury that (check one):

☐ I am a citizen or non-citizen national of the United States.

☐ I am a qualified alien of the United States.

☐ I am the parent or guardian of a minor child who resides with me and who is a citizen, non-citizen national, or qualified alien of the United States. Print full name and age of minor child: _____

By my signature I certify that:

* Only one application has been submitted for my household
* All information I have provided regarding my application for FEMA disaster assistance is true and correct to the best of my knowledge.
* I will return any disaster aid money I received from FEMA or that State if I receive insurance or other money for the same loss, or if I do not use FEMA disaster aid money for the purpose for which it was intended.

I understand that, if I intentionally make false statements or conceal any information in an attempt to obtain disaster aid, it is a violation of federal and State laws, which carry severe criminal and civil penalties, including a fine up to $ 250,000, imprisonment, or both (18 U.S.C. §§ 287, 1001, and 3571).

I understand that, the information provided regarding my application for FEMA disaster assistance may be subject to sharing within the Department of Homeland Security (DHS) including, but not limited to, the Bureau of Immigration and Custom Enforcement.

I authorize FEMA to verify all information given by me about my property/place of residence, income, employment and dependents in order to determine my eligibility for disaster assistance; and

I authorize all custodians of records of my insurance, employer, any public or private agency, bank financial or credit data service to to release information to FEMA and/or the State upon request.

| NAME (Print) | SIGNATURE | DATE OF BIRTH | DATE SIGNED |
|---|---|---|---|
| INSPECTOR ID NO. | FEMA APPLICATION NO. |  | DISASTER NO. |
| ADDRESS OF DAMAGED PROPERTY | CITY | STATE | ZIP |

### PRIVACY ACT STATEMENT

The Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §§ 5121-5206, Executive Order 12148, as amended, and Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, 8 U.S.C. §§ 1601 et seq., authorize the collection of this information. The primary use of this information is to determine your eligibility to receive FEMA disaster assistance. Disclosures of this information may be made: Upon written request, to federal and state agencies providing disaster assistance, as well as to local governments or voluntary agencies from which you are seeking assistance, so that assistance efforts or benefits are not duplicated; to agencies, organizations and institutions as necessary for FEMA to obtain information from them in making eligibility determinations; to federal, state and local government agencies to promote hazard mitigation planning and enforcement; to law enforcement agencies or professional organizations where there may be a violation or potential violation of law; to a federal, state or local agency when we request information relevant to an Agency decision concerning issuance of a grant or other benefit, or in certain circumstances when a Federal agency requests such information for a similar purpose from us; to a Congressional office in response to an inquiry made at the request of the individual; to the Office of Management and Budget (OMB) in relation to private relief legislation under OMB Circular A-19; and to the National Archives and Records Administration in records management inspections conducted under the authority of 44 U.S.C. §§ 2904 and 2906. Your social security number is solicited during registration pursuant to the Debt Collection Improvement Act of 1996, 31 U.S.C. §§ 3325 (d) and 7701 (c)(1). Furnishing the social security number, as well as other information is voluntary, but failure to do so may delay or prevent provision of disaster assistance.

### PAPERWORK BURDEN DISCLOSURE NOTICE

Public reporting burden for this form is estimated to average 2 minutes per response. The burden estimate includes the time for reviewing instructions, gathering data, and completing and submitting the form. You are not required to complete this collection of information unless a valid O.M.B. control number is displayed in the upper right corner of this form. Send comments regarding the accuracy of the burden and estimate and any suggestions for reducing the burden to: Information Collections Management, U.S. Department of Homeland Security, Emergency Preparedness and Response Directorate, Federal Emergency Management Agency, 500 C Street, SW, Washington, DC 20472, Paperwork Reduction Project (1660-0002). NOTE: Do not send your completed form to this address.

FEMA Form 90-69B, Sep 03        REPLACES ALL PREVIOUS EDITIONS        RETURN THIS COPY TO FEMA

DEPARTMENT OF HOMELAND SECURITY
EMERGENCY PREPAREDNESS AND RESPONSE DIRECTORATE
FEDERAL EMERGENCY MANAGEMENT AGENCY

O.M.B. NO. 1660-0002
Expires September 30, 2006

## DECLARATION AND RELEASE

In order to be eligible to receive FEMA Disaster Assistance, a member of the household must be a citizen, non-citizen national or qualified alien of the United States. Please read the form carefully, sign the sheet and return it to the Inspector, and show him/her a current form of photo identification. Please feel free to consult with an attorney or other immigration expert if you have any questions.

I hereby declare, under penalty of perjury that (check one):

☐ I am a citizen or non-citizen national of the United States.

☐ I am a qualified alien of the United States.

☐ I am the parent or guardian of a minor child who resides with me and who is a citizen, non-citizen national, or qualified alien of the United States. Print full name and age of minor child:_____

By my signature I certify that:

* Only one application has been submitted for my household
* All information I have provided regarding my application for FEMA disaster assistance is true and correct to the best of my knowledge.
* I will return any disaster aid money I received from FEMA or that State if I receive insurance or other money for the same loss, or if I do not use FEMA disaster aid money for the purpose for which it was intended.

I understand that, if I intentionally make false statements or conceal any information in an attempt to obtain disaster aid, it is a violation of federal and State laws, which carry severe criminal and civil penalties, including a fine up to $ 250,000, imprisonment, or both (18 U.S.C. §§ 287, 1001, and 3571).

I understand that, the information provided regarding my application for FEMA disaster assistance may be subject to sharing within the Department of Homeland Security (DHS) including, but not limited to, the Bureau of Immigration and Custom Enforcement.

I authorize FEMA to verify all information given by me about my property/place of residence, income, employment and dependents in order to determine my eligibility for disaster assistance; and

I authorize all custodians of records of my insurance, employer, any public or private agency, bank financial or credit data service to to release information to FEMA and/or the State upon request.

| NAME (Print) | SIGNATURE | DATE OF BIRTH | DATE SIGNED |
|---|---|---|---|
| INSPECTOR ID NO. | FEMA APPLICATION NO. | | DISASTER NO. |
| ADDRESS OF DAMAGED PROPERTY | CITY | STATE | ZIP |

### PRIVACY ACT STATEMENT

The Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §§ 5121-5206, Executive Order 12148, as amended, and Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, 8 U.S.C. §§ 1601 et seq., authorize the collection of this information. The primary use of this information is to determine your eligibility to receive FEMA disaster assistance. Disclosures of this information may be made: Upon written request, to federal and state agencies providing disaster assistance, as well as to local governments or voluntary agencies from which you are seeking assistance, so that assistance efforts or benefits are not duplicated; to agencies, organizations and institutions as necessary for FEMA to obtain information from them in making eligibility determinations; to federal, state and local government agencies to promote hazard mitigation planning and enforcement; to law enforcement agencies or professional organizations where there may be a violation or potential violation of law; to a federal, state or local agency when we request information relevant to an Agency decision concerning issuance of a grant or other benefit, or in certain circumstances when a Federal agency requests such information for a similar purpose from us; to a Congressional office in response to an inquiry made at the request of the individual; to the Office of Management and Budget (OMB) in relation to private relief legislation under OMB Circular A-19; and to the National Archives and Records Administration in records management inspections conducted under the authority of 44 U.S.C. §§ 2904 and 2906. Your social security number is solicited during registration pursuant to the Debt Collection Improvement Act of 1996, 31 U.S.C. §§ 3325 (d) and 7701 (c)(1). Furnishing the social security number, as well as other information is voluntary, but failure to do so may delay or prevent provision of disaster assistance.

### PAPERWORK BURDEN DISCLOSURE NOTICE

Public reporting burden for this form is estimated to average 2 minutes per response. The burden estimate includes the time for reviewing instructions, gathering data, and completing and submitting the form. You are not required to complete this collection of information unless a valid O.M.B. control number is displayed in the upper right corner of this form. Send comments regarding the accuracy of the burden and estimate and any suggestions for reducing the burden to: Information Collections Management, U.S. Department of Homeland Security, Emergency Preparedness and Response Directorate, Federal Emergency Management Agency, 500 C Street, SW, Washington, DC 20472, Paperwork Reduction Project (1660-0002). NOTE: Do not send your completed form to this address.

FEMA Form 90-69B, Sep 03        REPLACES ALL PREVIOUS EDITIONS        RETAIN FOR YOUR RECORDS