IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| v. | § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § | |
| Defendant. | § § | |

## NOTICE OF ENTRY OF APPEARANCE

I hereby enter an appearance as counsel for plantiffs in the above-captioned case.

Respectfully submitted,

*s/ Deepak Gupta*

_____
Deepak Gupta
    (DC Bar No. 495451)
    dgupta@citizen.org
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009
(202) 588-1000
(202) 588-7795 (fax)

Dated: October 4, 2006