IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § | |
| Defendant. | § § | |

**PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

Plaintiffs respectfully request that the Court schedule a status conference at the earliest available time.

Plaintiffs filed this action on August 29, 2006, seeking emergency injunctive relief to avoid irreparable harm to hurricane evacuees who received constitutionally inadequate notice of FEMA's reasons for denying them housing assistance. On August 31, 2006, plaintiffs filed a motion for temporary restraining order. The Court held a telephone hearing the same day, denied the motion for temporary restraining order, and set a briefing schedule for plaintiff's motion for preliminary injunction. On September 15, 2006, the Court heard argument on the motion for preliminary injunction, and took the matter under advisement. On October 30, 2006, defendant filed a motion to dismiss that, for the most part, repeated the arguments made by defendant in its opposition to plaintiffs' motion for a preliminary injunction. Briefing on defendant's motion to dismiss is complete.

Plaintiffs seek a status conference because the passage of time threatens to undermine the potential efficacy of any relief to which plaintiffs may be entitled. For example, eligibility for the

housing benefits at issue in this case is generally limited to the first eighteen months after the disaster. *See* 42 U.S.C. § 5174(c)(1)(B)(ii). Thus, the Section 408 housing assistance program for Hurricane Katrina evacuees is slated to end during February 2007.

                              Respectfully submitted,

                                */s/ Michael T. Kirkpatrick*
                              Michael T. Kirkpatrick
                                  (DC Bar No. 486293)
                                  mkirkpatrick@citizen.org
                              Deepak Gupta
                                  (DC Bar No. 495451)
                                  dgupta@citizen.org
                              Brian Wolfman
                                  (DC Bar No. 427491)
                                  brian@citizen.org
                              Public Citizen Litigation Group
                              1600 20th Street, N.W.
                              Washington, DC 20009
                              (202) 588-1000
                              (202) 588-7795 (fax)

                              Robert W. Doggett
                                  (TX Bar No. 05945650)
                                  rdoggett@trla.org
                              Jerome W. Wesevich
                                  (TX Bar No. 21193250)
                                  jwesevich@trla.org
                              Texas RioGrande Legal Aid, Inc.
                              4920 North Interstate Highway 35
                              Austin, Texas 78751
                              (512) 374-2725
                              (512) 447-3940 (fax)

Dated: November 27, 2006            *Attorneys for Plaintiffs*

**Certificate of Conference**

      I certify that on November 22 and November 27, 2006, plaintiffs' counsel telephoned Christopher R. Hall, attorney for defendant, in an effort to discuss this motion and ascertain whether defendant will oppose the relief sought. Plaintiffs' counsel left voice messages for defendant's counsel, but has not received a response.

                                                                           */s/ Michael T. Kirkpatrick*