# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § § | Civil Action No. 06-1521-RJL |
| v. | § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § § | |
| Defendant. | § | |

**[proposed] ORDER SETTING STATUS CONFERENCE**

IT IS HEREBY ORDERED that the above entitled and numbered cause is set for STATUS CONFERENCE in Courtroom 14, on the fourth floor of the E. Barrett Prettyman U.S. Courthouse in Washington D.C. on _____, 2006 at _____ ___.m.

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge