UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ASSOCIATION OF COMMUNITY )
ORGANIZATIONS FOR REFORM )
NOW (ACORN), *et al.* )
)
)
      **Plaintiffs,** )
)
v. ) Civil Case No. 06cv1521 (RJL)
)
FEDERAL EMERGENCY MANAGEMENT )
AGENCY (FEMA) )
)
      **Defendant.** )

## ORDER
(November 29, 2006)

For the reasons set forth in the Memorandum Opinion entered this date, it is this 29th day of November 2006 hereby

**ORDERED** that the plaintiffs' motion [#3] is **GRANTED**; and it is further

**ORDERED** that FEMA provide, as soon as possible, more detailed explanations for the denials of evacuees' eligibility for housing assistance benefits under Section 408, including the factual and statutory basis for the denial and more fulsome instructions as to how each evacuee may either cure their ineligibility problem(s) or proceed with an appeal, and it is further

**ORDERED** that FEMA immediately restore Section 403 short-term housing assistance benefits to all evacuees who, as of August 31, 2006, had been found ineligible for Section 408

benefits until such time as they have received the more detailed explanations and have had the requisite amount of time to pursue an administrative appeal thereof, and it is further

**ORDERED** that FEMA pay to each of these evacuees the short-term assistance benefits they would have otherwise received from September 1, 2006 through November 30, 2006.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge[2]