IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| v. | § § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § § | |
| Defendant. | § | |

**PLAINTIFFS' MOTION FOR COMPLIANCE
PLAN AND STATUS CONFERENCE**

Plaintiffs seek an order requiring FEMA to provide a plan to comply with the Court's Order of November 29, 2006, and setting a status conference with the Court at the earliest available time to discuss FEMA's proposed plan.

The Court ordered that FEMA "immediately" restore housing assistance benefits to the affected disaster victims. Plaintiffs have contacted FEMA's counsel every business day since the Order was issued, but FEMA has failed to provide plaintiffs with any information concerning what steps, if any, FEMA is taking to comply with the Order. Unless FEMA is ordered to produce a specific compliance plan by a date and time certain, plaintiffs will remain unable to determine whether FEMA is complying with November 29 Order. Once FEMA submits a compliance plan, a status conference should be convened to discuss the plan and determine whether any adjustments to the plan are necessary.

Respectfully submitted,

　/s/ *Michael T. Kirkpatrick*　　　　
Michael T. Kirkpatrick
 (DC Bar No. 486293)
 mkirkpatrick@citizen.org
Deepak Gupta
 (DC Bar No. 495451)
 dgupta@citizen.org
Brian Wolfman
 (DC Bar No. 427491)
 brian@citizen.org
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009
(202) 588-1000
(202) 588-7795 (fax)

Robert W. Doggett
 (TX Bar No. 05945650)
 rdoggett@trla.org
Jerome W. Wesevich
 (TX Bar No. 21193250)
 jwesevich@trla.org
Texas RioGrande Legal Aid, Inc.
4920 North Interstate Highway 35
Austin, Texas 78751
(512) 374-2725
(512) 447-3940 (fax)

Dated: December 5, 2006　　　　　　*Attorneys for Plaintiffs*