IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| v. | § § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § § | |
| Defendant. | § | |

**[proposed] ORDER REQUIRING COMPLIANCE PLAN
AND SETTING STATUS CONFERENCE**

IT IS HEREBY ORDERED that FEMA file with the Court and provide to plaintiffs' counsel a written plan for compliance with this Court's Order of November 29, 2006, and that FEMA do so no later than _____ ___.m. on December ___, 2006. FEMA's compliance plan must contain sufficient specificity for plaintiffs to gauge whether FEMA's plan complies with the November 29 Order.

IT IS FURTHER ORDERED that the above entitled and numbered cause is set for STATUS CONFERENCE in Courtroom 14, on the fourth floor of the E. Barrett Prettyman U.S. Courthouse in Washington D.C. on December ___, 2006, at _____ ___.m.

SO ORDERED this _____ day of December, 2006.

_____
United States District Judge