UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), JOSEPH W. DOUGLAS, DORIS MITCHELL, KENNETH LEACH, and LATONYA MONIQUE BURTON, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 06-1521-RJL |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

NOTICE is hereby given that the defendant, Federal Emergency Management Agency ("FEMA"), hereby appeals to the Court of Appeals for the District of Columbia Circuit from the Order entered in this case on November 29, 2006, granting plaintiffs' Motion for Preliminary Injunction [Docket No. 18], and its supporting Memorandum Opinion, entered November 29, 2006 [Docket No. 17].

Dated: December 5, 2006				Respectfully submitted,

						PETER D. KEISLER
						Assistant Attorney General

						JEFFREY A. TAYLOR
						United States Attorney


						  */s/ Christopher R. Hall*
						MICHAEL SITCOV
						CHRISTOPHER HALL
						Trial Attorneys
						U.S. Department of Justice
						Civil Division
						Federal Programs Branch
						P.O. Box 883
						Washington, D.C.  20530

						(202) 514-4778