UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-1521-RJL |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) ) ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

The Court having considered defendant's Motion for a Stay Pending Appeal, and plaintiffs' Opposition thereto, it is hereby

ORDERED that defendant's motion is granted.

It is further ORDERED that this Court's Order of November 29, 2006, granting plaintiffs' Motion for Preliminary Injunction [Docket No. 18], is STAYED until defendant's appeal of such order has been finally resolved.

DATED: _____                    _____
                                                          Hon. Richard J. Leon
                                                          United States District Judge