UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), JOSEPH W. DOUGLAS, DORIS MITCHELL, KENNETH LEACH, and LATONYA MONIQUE BURTON, <br><br>              Plaintiffs, <br>       v. <br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br>              Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-1521-RJL |

**NOTICE OF APPEAL**
**TO THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

NOTICE is hereby given that the defendant, Federal Emergency Management Agency ("FEMA"), hereby appeals to the Court of Appeals for the District of Columbia Circuit from the Order entered in this case on November 29, 2006, granting plaintiffs' Motion for Preliminary Injunction [Docket No. 18], and its supporting Memorandum Opinion, entered November 29, 2006 [Docket No. 17].

Dated: December 5, 2006                              Respectfully submitted,

                                                          PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney


                                                          */s/ Christopher R. Hall*
MICHAEL SITCOV
CHRISTOPHER HALL
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530

(202) 514-4778