IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § § | Civil Action No. 06-1521-RJL |
| v. | § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § § | |
| Defendant. | § | |

**[proposed] ORDER SETTING STATUS CONFERENCE
TO DETERMINE WHAT EFFORTS, IF ANY, DEFENDANT HAS MADE
TO COMPLY WITH THIS COURT'S ORDER OF NOVEMBER 29, 2006**

IT IS HEREBY ORDERED that FEMA appear in Courtroom 14, on the fourth floor of the E. Barrett Prettyman U.S. Courthouse in Washington D.C. on December ___, 2006, at _____ ___.m., to describe what efforts, if any, FEMA has made to comply with this Court's Order of November 29, 2006.

SO ORDERED this _____ day of December, 2006.

_____
United States District Judge