UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), et al., )<br><br>Plaintiffs, )<br>v. )<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, )<br><br>Defendant. ) | Civil Action No. 06-1521-RJL |

**OPPOSITION TO PLAINTIFFS' MOTION
FOR COMPLIANCE PLAN AND STATUS CONFERENCE AND
PLAINTIFFS' MOTION FOR IMMEDIATE STATUS CONFERENCE**

There has been a flurry of activity since entry of the November 29, 2006 Order granting plaintiffs' Motion for Preliminary Injunction. Plaintiffs filed a Motion for Compliance Plan and Status Conference early in the afternoon on December 5, 2006. Later that day defendant filed a Notice of Appeal from the November 29 Order and a motion for a stay of the Order pending appeal. On December 6, 2006, plaintiffs moved for an immediate status conference.

Taken together, plaintiffs' filings are a mandamus motion by another name. They are designed to require defendant's immediate compliance with the November 29 Order, without the need for plaintiffs to respond to defendant's motion or for the Court to rule on it. But defendant's motion raises serious questions about both the propriety of the November 29 order and its scope, and explains the enormous cost defendant would incur if it is required to comply with the Order. Accordingly, before considering plaintiffs' motions, the Court should require that they respond to defendant's motion, and the Court then should rule on it. That way, the

parties and the Court may be able to avoid the significant time and expense plaintiffs' motions would require of them.

Dated: December 6, 2006 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　 */s/ Christopher R. Hall*
　　　　　　　　　　　　　　　　　　　　　　MICHAEL SITCOV
　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER HALL
　　　　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 883
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530

　　　　　　　　　　　　　　　　　　　　　　(202) 514-4778