JUL - 3 1987

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 3 0 1987

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

INTERNATIONAL UNION, UNITED )
AUTOMOBILE, AEROSPACE AND )
AGRICULTURAL IMPLEMENT WORKERS OF )
AMERICA, et al., )
 )
              Plaintiffs, )
 )
v. ) Civil Action No. 81-1954
 )
WILLIAM BROCK, SECRETARY, UNITED )
STATES DEPARTMENT OF LABOR, )
 )
             Defendant. )

ORDER

This case was remanded to the Court on June 18, 1987 by the Court of Appeals for the District of Columbia Circuit. <u>International Union, United Automobile, Aerospace and Agricultural Implement Workers of America v. Brock</u>, No. 83-2026 (D.C. Cir. Apr. 24, 1987).

In accordance with the Court of Appeals' opinion, the Court hereby directs the Secretary to promulgate a new definition of section 231 of the Trade Act that comports with congressional intent as set forth in the opinion and to advise the state agencies of the correct interpretation of the statute. The Secretary is also directed to order agency officials to take appropriate action to enforce this correct interpretation of the statute in pending and future cases, and, consistent with state law, to correct any erroneous eligibility determinations that

LEGAL DEPT.
JUL 8 = 1987

EXHIBIT
1

may have occurred as a result of his incorrect interpretation.

IT IS SO ORDERED.

                                                           *[signature]*
                                                         JOYCE HENS GREEN
                                                         United States District Judge

June 30, 1987