UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 8 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ASSOCIATION OF COMMUNITY          )
ORGANIZATIONS FOR REFORM          )
NOW (ACORN), *et al.*             )
                                  )
  Plaintiffs,            )
                                  )
  v.                     ) Civil Case No. 06cv1521 (RJL)
                                  )
FEDERAL EMERGENCY MANAGEMENT      )
AGENCY (FEMA)                     )
                                  )
  Defendant.             )

### ORDER

It is, this 8th day of December 2006, hereby

**ORDERED** that Defendant's Motion to Stay [#21] is DENIED, and it is further

**ORDERED** that Plaintiffs' Motion for an Immediate Status Conference [#23] is GRANTED, and it is further

**ORDERED** that a status conference in this case be scheduled for December 13, 2006 at 10:30 a.m. before the Honorable Richard J. Leon in Courtroom 18, and, in order to better facilitate the implementation of the Court's November 29, 2006 Order, it is further

**ORDERED** that by December 12, 2006 at 12:00 p.m., the parties, based upon the best information available to them, provide the Court in writing the answers to the following questions:



1. How many evacuees of Hurricanes Katrina and Rita were still receiving short-term housing assistance pursuant to Section 403 of the Stafford Act, 42 U.S.C. § 5170b, as of August 31, 2006?

2. How many of those receiving short-term housing assistance pursuant to Section 403 of the Stafford Act as of August 31, 2006 were housed in Texas?

3. Of those being housed in Texas on August 31, 2006, how many evacuees had applied for and been denied long-term housing assistance benefits pursuant to Section 408 of the Stafford Act, 42 U.S.C. § 5174?

4. Of those being housed outside of Texas on August 31, 2006, how many evacuees had applied for and been denied long-term housing assistance benefits pursuant to Section 408 of the Stafford Act?

5. Of those housed in Texas who had been denied Section 408 benefits, how many, by August 31, 2006, had:

    a. appealed that adverse decision through FEMA's appeals procedures, or

    b. notified FEMA, in writing or verbally, of their inability to understand the reasons for the adverse decision?

6. Of those housed outside of Texas who had been denied Section 408 benefits, how many, by August 31, 2006, had:

    a. appealed that adverse decision through FEMA's appeals procedures, or

    b. notified FEMA, in writing or verbally, of their inability to understand the reasons for the adverse decision?

7. How many evacuees of the Hurricanes Katrina and Rita who were not receiving short-term housing assistance pursuant to Section 403 of the Stafford Act as of August 31, 2006, had previously applied for and been denied long-term housing assistance benefits pursuant to Section 408 of the Stafford Act?

**SO ORDERED.**

RICHARD J. LEON
United States District Judge