UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ASSOCIATION OF COMMUNITY )
ORGANIZATIONS FOR REFORM )
NOW (ACORN), JOSEPH W. DOUGLAS, )
DORIS MITCHELL, KENNETH )
LEACH, and LATONYA MONIQUE )
BURTON, )
           )
          Plaintiffs, )
        v. )        Civil Action No. 06-1521-RJL
           )
FEDERAL EMERGENCY )
MANAGEMENT AGENCY, )
           )
          Defendant. )
_____ )

**NOTICE OF APPEAL**
**TO THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

NOTICE is hereby given that the defendant, Federal Emergency Management Agency ("FEMA"), hereby appeals to the Court of Appeals for the District of Columbia Circuit from the Substitution Order executed in this case on December 12, 2006, and filed on December 13, 2006 [Docket No. 29]. The Substitution Order replaced the Order previously entered on November 29, 2006, granting plaintiffs' Motion for Preliminary Injunction [Docket No. 18], and its supporting Memorandum Opinion, entered November 29, 2006 [Docket No. 17], as to which defendant filed a notice of appeal on December 5, 2006 [Docket No. 22].

Dated: December 14, 2006                    Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

                                           JEFFREY A. TAYLOR
                                           United States Attorney


_____    */s/ Christopher R. Hall*
                                           MICHAEL SITCOV
                                           CHRISTOPHER HALL
                                           Trial Attorneys
                                           U.S. Department of Justice
                                           Civil Division
                                           Federal Programs Branch
                                           P.O. Box 883
                                           Washington, D.C.  20530

                                           (202) 514-4778