**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| v. | § § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § § | |
| Defendant. | § | |

**PLAINTIFFS' NOTICE OF APPELLATE FILING**

Plaintiffs hereby give notice that they have filed today in the U.S. Court of Appeals for the District of Columbia Circuit the attached Plaintiffs-Appellees' Opposition to FEMA's Motion for Stay Pending Appeal.

Respectfully submitted,

 /s/ Michael T. Kirkpatrick
Michael T. Kirkpatrick
    (DC Bar No. 486293)
        mkirkpatrick@citizen.org
Deepak Gupta
    (DC Bar No. 495451)
        dgupta@citizen.org
Brian Wolfman
    (DC Bar No. 427491)
        brian@citizen.org
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009
(202) 588-1000
(202) 588-7795 (fax)

                                        Robert W. Doggett
                                              (TX Bar No. 05945650)
                                              rdoggett@trla.org
                                        Jerome W. Wesevich
                                              (TX Bar No. 21193250)
                                              jwesevich@trla.org
                                        Texas RioGrande Legal Aid, Inc.
                                        4920 North Interstate Highway 35
                                        Austin, Texas 78751
                                        (512) 374-2725
                                        (512) 447-3940 (fax)

Dated: December 15, 2006                *Attorneys for Plaintiffs*