UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), et al., <br><br> Plaintiffs, <br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 06-1521-RJL |

**NOTICE OF IMPLEMENTATION STATUS OF DEFENDANT'S COMPLIANCE PLAN IN RESPONSE TO THE COURT'S <u>DIRECTIVE OF DECEMBER 15, 2006</u>**

Pursuant to the Court's directive from the status conference on Friday, December 15, 2006, Defendant Federal Emergency Management Agency ("FEMA") submits the following outline summarizing the implementation to date of the Court's Order of November 29, 2006.

1. **NOTIFICATION PROCESS FOR SECTION 408 APPLICANTS COVERED BY THE COURT'S NOVEMBER 29 ORDER**

   ● Based on more comprehensive review of NEMIS data, FEMA has determined that the estimated number of Section 408 applicants encompassed within the Court's November 29 Order is approximately 4,200, rather than the 5,479 estimated as of December 13, 2006.

   ● FEMA program personnel have drafted revised language for each statutory or regulatory basis for determinations of ineligibility under Section 408. The revised language includes an explanation of the information and/or materials that each applicant must supply to cure deficiencies. The revised language is currently undergoing review; once it is approved, it will be incorporated as appropriate into the letters to be transmitted to those persons covered by the November 29 Order.

   ● FEMA program and computer personnel have extensively redesigned portions of the National Emergency Management Information System ("NEMIS") to permit

   the NEMIS system to generate letters containing the revised eligibility and appeal information.  FEMA caseworkers have begun reviewing individual NEMIS files to identify the ineligibility codes for each applicant encompassed within the Court's November 29 Order to send out the appropriate letters.

- On a rolling basis, as the reviews are completed, FEMA caseworkers will generate revised letters employing the new eligibility code explanations where appropriate. Immediately after each letter is generated, it will go through an expedited quality control process; if approved, it will be transmitted immediately.

2. **RE-IMPLEMENTATION OF SECTION 403 SHELTERING FOR THOSE APPLICANTS ENCOMPASSED WITHIN THE NOVEMBER 29 ORDER**

- On December 14, 2006, FEMA initiated a conference call with the State of Texas and multiple local governments, including the cities of Houston, Austin, and San Antonio, to determine whether those entities were capable of re-establishing a Section 403 sheltering program, and to discuss the mechanics of implementing such a program.  Since its initial discussions with those entities, FEMA has continued to work with them to gauge their willingness to participate in a new Section 403 sheltering program and identify acceptable and suitable alternatives for implementing such a program.

- On the basis of FEMA's discussions with the State and local governments, FEMA program personnel are drafting a Disaster Specific Guidance ("DSG") for distribution to the State and local governments.  The DSG will explain the re-implementation of the Section 403 sheltering plan, including the responsibilities of FEMA, the State of Texas, and the participating local jurisdictions in administering such a plan.

3. **PROVISION OF RETROACTIVE SECTION 403 ASSISTANCE TO APPLICANTS ENCOMPASSED WITHIN THE NOVEMBER 29 ORDER**

- FEMA has been unable to identify a funding source within its Fiscal Year 2007 Budget that would permit FEMA to provide retroactive Section 403 payments to persons encompassed within the November 29 Order in a manner consistent with statutory requirements.

Dated: December 18, 2006                              Respectfully submitted,

                                                  PETER D. KEISLER
                                                  Assistant Attorney General

                                                  JEFFREY A. TAYLOR
                                                  United States Attorney


                                                  */s/ Christopher R. Hall*
                                                  MICHAEL SITCOV
                                                  CHRISTOPHER HALL
                                                  Trial Attorneys
                                                  U.S. Department of Justice
                                                  Civil Division
                                                  Federal Programs Branch
                                                  P.O. Box 883
                                                  Washington, D.C.  20530

                                                  (202) 514-4778