IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| v. | § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § § | |
| Defendant. | § | |

**PLAINTIFFS' NOTICE OF FILING OF DOCUMENTS
REGARDING DISASTER SPECIFIC GUIDANCE**

Plaintiffs hereby give notice of filing of the following two documents concerning FEMA's draft Disaster Specific Guidance:

(1) Draft of FEMA's Recovery Disaster Specific Guidance regarding "Special Section 403 Interim Sheltering Program."

(2) Letter from Robert R. Johnson (Program Manager, Joint Hurricane Housing Task Force, City of Houston), to Butch Smith (Director, Texas Transitional Recovery Office, FEMA), dated December 20, 2006, regarding Comments on draft Disaster Specific Guidance.

These documents are attached as exhibits to this notice.

Respectfully submitted,


 /s/ Michael T. Kirkpatrick
Michael T. Kirkpatrick
    (DC Bar No. 486293)
    mkirkpatrick@citizen.org
Deepak Gupta
    (DC Bar No. 495451)
    dgupta@citizen.org
Brian Wolfman
    (DC Bar No. 427491)
    brian@citizen.org
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009
(202) 588-1000
(202) 588-7795 (fax)

Robert W. Doggett
    (TX Bar No. 05945650)
    rdoggett@trla.org
Jerome W. Wesevich
    (TX Bar No. 21193250)
    jwesevich@trla.org
Texas RioGrande Legal Aid, Inc.
4920 North Interstate Highway 35
Austin, Texas 78751
(512) 374-2725
(512) 447-3940 (fax)

Dated: December 20, 2006    *Attorneys for Plaintiffs*