# FEMA
## RECOVERY DISASTER SPECIFIC GUIDANCE

**I.   TITLE:** **Special Section 403 Interim Sheltering Program**

**II.  DATE:**

**III. PURPOSE:**

The purpose of this disaster specific guidance is to provide eligibility and procedural guidance to FEMA, the State of Texas, and local governments in Texas on a Special Interim Sheltering Program being implemented to comply with an order of the U.S. District Court for the District of Columbia in <u>ACORN v. FEMA</u>.

**IV.  SCOPE AND AUDIENCE:**

This guidance applies to Katrina and Rita evacuees located in the State of Texas who were provided section 403 Transitional Sheltering Assistance, but whom FEMA subsequently determined to be ineligible for continued assistance under section 408 Rental Assistance.

**V.   AUTHORITY:**

Section 502 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. § 5192.

**VI.  GUIDANCE:**

FEMA will reimburse State and local governments (subgrantees) reasonable costs incurred in providing interim shelter (apartments) to Hurricanes Katrina and Rita evacuee households in Texas who were in the section 403 Interim Sheltering program as of August 31, 2006, but were ineligible for section 408 Rental Assistance.

   A.  Duration:  This program will be in effect from December 22, 2006 to March 31, 2007.

   B.  Eligible Costs: FEMA will use the standard procedures under the Public Assistance Program to reimburse eligible subgrantees up to the FY 2007 HUD Fair Market Rent for housing units appropriate to the size of the household, utilities and reasonable project management costs. The cost to contract with a third party contractor to manage this program is eligible.  The cost of furniture and security deposits for rent and utilities are not eligible.  Subgrantees must provide sufficient documentation (list of evacuee households, address of leased unit, amount of rent paid, amount of utilities paid, copy of lease) to FEMA to support their requests for reimbursement. FEMA and the subgrantees will agree on an estimate of project management costs prior to initiating the program.

# FEMA
## RECOVERY DISASTER SPECIFIC GUIDANCE

 C. FEMA Responsibilities: FEMA will provide the State of Texas, no later than December 22, 2006, a master list of the target evacuee households and pertinent information about each one (e.g., FEMA registration number, last known address, last known telephone number). FEMA will reimburse subgrantees reasonable costs associated with implementing the program through the normal Public Assistance process. FEMA will not contract with or direct pay any third party to implement this program.

 D. State and Local Governments (subgrantees) Responsibilities: Upon receipt of the master list of target evacuee households from FEMA, the State or local government applicants will:

  1. Draft and send a letter to each evacuee household notifying them of their eligibility for the program and the duration of assistance;

  2. Issue rental payments to landlords and utility payments to utility providers through March 31, 2007, for evacuees who are currently in a housing unit;

  3. Locate rental resources and issue rental payments to landlords and utility payments to utility providers for the units through March 31, 2007, for evacuees not currently in a housing unit;

  4. Notify evacuee households and landlords that assistance is for a fixed period ending no later than March 31, 2007;

  5. Submit requests for reimbursement of eligible costs to FEMA through the project worksheet process.

**VIII. ORIGINATING OFFICE:** Recovery Division (Public Assistance Branch).

**X. REVIEW DATE:** Expires on March 31, 2007.

        _____
        John R. D'Araujo, Jr.
        Director of Recovery