**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § § | Civil Action No. 06-1521-RJL |
| v. | § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § | |
| Defendant. | § § | |

**PLAINTIFFS' NOTICE OF FILING OF DOCUMENT**
**REGARDING RENTAL ASSISTANCE**

Plaintiffs hereby give notice of filing of the attached letter from the Texas Apartment Association regarding rental assistance.

Respectfully submitted,

 */s/ Michael T. Kirkpatrick*
Michael T. Kirkpatrick
    (DC Bar No. 486293)
    mkirkpatrick@citizen.org
Deepak Gupta
    (DC Bar No. 495451)
    dgupta@citizen.org
Brian Wolfman
    (DC Bar No. 427491)
    brian@citizen.org
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009
(202) 588-1000
(202) 588-7795 (fax)

|  |  |
|---|---|
|  | Robert W. Doggett<br>(TX Bar No. 05945650)<br>rdoggett@trla.org<br>Jerome W. Wesevich<br>(TX Bar No. 21193250)<br>jwesevich@trla.org<br>Texas RioGrande Legal Aid, Inc.<br>4920 North Interstate Highway 35<br>Austin, Texas 78751<br>(512) 374-2725<br>(512) 447-3940 (fax) |
| Dated: December 21, 2006 | *Attorneys for Plaintiffs* |