# TEXAS APARTMENT ASSOCIATION

1011 SAN JACINTO BLVD., STE. 600 • AUSTIN, TEXAS 78701-1951
TELEPHONE 512/479-6252 • FAX 512/479-6291 • www.taa.org

December 21, 2006

Mr. Robert W. Doggett
Texas Rio Grande Legal Aid
4920 N. IH-35
Austin, Texas 78751

Dear Mr. Doggett:

I am writing concerning the current litigation about reinstating FEMA assistance for certain Katrina evacuees who were previously declared ineligible.

As you know, our association's more than 10,000 members who own or manage approximately 1.6 million rental units in the state have housed a large number of evacuees. Throughout this ordeal, there have been continuous problems with property owners receiving timely rent payments. While our members have tried to be as sympathetic as possible in assisting evacuees, stark business realities have forced many to pursue evictions against residents who have not received assistance and, therefore, have been unable to pay their rent.

While the judge's order is a huge step in the right direction by helping provide rent for December, I would encourage you to strongly advocate that retroactive rental assistance be made available as soon as practically possible. Anecdotally, we believe that there are many rental property owners who are still owed rent money from earlier months. If a resident has been delinquent in paying past due rent, any payments for December will simply be applied to those past due amounts. The accrual of late fees, as well as the threat of eviction, will continue until all delinquencies are paid.

On a related note, I would also request that you make every possible effort to seek payment of rental assistance through Corporate Lodging Consultants (CLC). We have serious reservations about the possibility that rental assistance may be paid through city-run 403 programs. First, it will take a considerable amount of time and resources for cites, such as Houston, to organize, staff and reinstate their 403 programs. Second, while we have experienced payment problems to varying degrees with virtually all of the 403 programs, our members have not had similar problems with the CLC program. Generally speaking, CLC has managed its payment program extremely efficiently, and owners have received payments promptly. Furthermore, we believe that many of the properties that are housing evacuees who are affected by the judge's order are very likely to be housing other evacuees and probably have an existing relationship with CLC. As a result, it should be relatively easy to set up the reactivated payment system with minimal costs.

Thank you for your efforts in helping evacuees receive this much-needed rental assistance.

Sincerely,

George B. Allen, CAE
Executive Vice President

---

**UNIFYING TEXAS RENTAL HOUSING PROFESSIONALS THROUGH EDUCATION, LEGISLATIVE ADVOCACY AND MEMBER SERVICES**

25 LOCAL AFFILIATES ACROSS THE STATE OF TEXAS: ABILENE • AMARILLO • AUSTIN • BEAUMONT • BRYAN • CORPUS CHRISTI • CORSICANA • DALLAS • EL PASO • FORT WORTH • GALVESTON • HARLINGEN
HOUSTON • KILLEEN/TEMPLE • LONGVIEW • LUBBOCK • LUFKIN/NACOGDOCHES • MIDLAND/ODESSA • SAN ANGELO • SAN ANTONIO • TEXARKANA • TYLER • VICTORIA • WACO • WICHITA FALLS