# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5416**  **September Term, 2006**

06cv01521

Filed On:

Association of Community Organizations for Reform
NOW, Inc., (ACORN), et al.,
    Appellees

v.

Federal Emergency Management Agency, (FEMA),
    Appellant



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

DEC 21 2006

CLERK

### ORDER

It appearing that the notice of appeal transmitted to the court on December 18, 2006, in civil action 06-1521, <u>Association of Community Organizations for Reform NOW, Inc. v. Federal Emergency Management Agency</u>, and docketed as case No. 06-5416, is duplicative of the notice of appeal filed and docketed in this court as No. 06-5412 on December 15, 2006, it is

**ORDERED**, on the court's own motion, that the Clerk terminate this case as duplicative of No. 06-5412 and note the docket accordingly. No mandate will issue.

The Clerk is directed to transmit a copy of this order to the district court.

                              FOR THE COURT:
                              Mark J. Langer, Clerk

BY: /s/ Nancy G. Dunn
             Nancy G. Dunn
             Deputy Clerk