# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW et al** | |
| Plaintiff(s), | |
| vs. | Civil CaseNo:**06-1521(RJL)** |
| **FEMA** | |
| Defendant(s). | |

## NOTICE REGARDING TRANSCRIPT

The Transcript filed of proceedings of motions hearing has been filed in paper form in the Clerk's Office. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                          **NANCY MAYER-WHITTINGTON**

                                                                            Clerk