## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| | § | |
| v. | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § | |
| | § | |
| Defendant. | § | |

### PRIVACY ACT PROTECTIVE ORDER

Upon the request of the parties in the above-captioned action and pursuant to section 3(b)(11) of the Privacy Act of 1974, 5 U.S.C. § 552a(b)(11), the Court hereby ORDERS as follows:

1.     The Court has balanced the interests in releasing disaster applicant records with the requirements of the Privacy Act, 5 U.S.C. § 552a, and hereby authorizes Defendant Federal Emergency Management Agency (FEMA) and their counsel to release to plaintiffs' counsel its master list of hurricane evacuees covered by this Court's November 29, and December 13, 2006 Orders ("master list"). Such list shall contain the name, last known address and telephone number, and FEMA number, of every individual that FEMA believes to be covered by the November 29 and December 13 Orders. FEMA shall release the master list to plaintiffs' counsel, subject to the terms of this Order, not later than December 29th, 2006.

2.     The information is provided only for the purpose of assisting FEMA in its efforts to comply with the Court's Orders of November 29 and December 13, 2006, to

1

provide notice of denial of Section 408 assistance and notice of the opportunity to appeal, and will not be used for any other purpose or redistributed except as provided in this Protective Order. Plaintiffs' counsel may distribute the master list only to the following organizations or their employees or volunteers: (1) the Association of Community Organizations for Reform Now, Texas RioGrande Legal Aid, and Public Citizen Litigation Group; (2) the State of Texas; the City of Houston, Texas; the City of San Antonio, Texas; the City of Austin, Texas; and the Arkansas-Texas Council of Governments; or (3) the American Red Cross for the limited purpose of ensuring notice to the applicants covered by the November 29 and December 13, 2006 Orders and for the purpose of assisting these applicants in their appeals of the denials of their applications for assistance under section 408 of the Stafford Act.

3.      Plaintiffs counsel will stamp each record "PRODUCED SUBJECT TO PRIVACY ACT PROTECTIVE ORDER" prior to further distributing any record produced under this Order.

4.      All persons and organizations to whom the list is distributed pursuant to paragraph 2 of this Order shall sign the attached acknowledgment form indicating that they have read, and agree to abide by, the terms of this Order. Such acknowledgment forms shall be retained by the organizations and governments described in paragraph 2 of this Order and should be made available to defendant upon request.

5.      Persons or organizations to whom the list is distributed pursuant to paragraph 2 of this Order may disclose information about an applicant to the applicant himself. Such disclosure may include in-person confirmation of information contained in the list, or mail or telephone contact with evacuees for the purpose of notifying them of

the Court's Order and the process for appealing decisions by FEMA to deny applications for assistance under section 408 of the Stafford Act.

6. All persons and organizations who receive copies of the master list pursuant to paragraph 2 of this Order and who sign the acknowledgments referred to in paragraph 3 shall return or destroy those copies no later than 30 days after FEMA notifies plaintiffs that all appeals of the section 408 eligibility determinations filed by the applicants covered by the November 29 and December 13 Orders have concluded. Should those persons or organizations elect to destroy the documents rather than return them, they shall certify in writing to the defendant that all such documents and copies thereof have been destroyed.

7. Any filings with the Court that contain specific information produced pursuant to this Order shall be made under seal and shall be identified as containing information that is subject to this Order. A redacted version with as few redactions as possible should be filed on the public record.   The requirements of this paragraph shall not apply to general statistical information derived from the master list.

Dated:    December **28**, 2006

_____
RICHARD J. LEON
United States District Judge

SO ORDERED.

Approved:


*For the Plaintiffs:*

*/s/ Michael Kirkpatrick*

_____
Michael Kirkpatrick
Public Citizen Litigation Group
1600 20th Street, NW

Washington, DC 20009
(202) 588-1000

*For the Defendant:*

*/s/ Michael Sitcov*

_____
Michael Sitcov
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, DC 20530
(202) 514-4778

## ACKNOWLEDGMENT FORM

I, _____, hereby acknowledge that I have read

and understand the Privacy Act Protective Order entered in *ACORN v. FEMA*, a copy of which is

attached to this form. I hereby agree to be bound by the terms of that Order.

1.    **Limited Purpose:**  I agree that I will use the master list of evacuees ("master list")

provided by FEMA only for the purpose of assisting FEMA in its efforts to comply with the

Court's Orders of November 29 and December 13, 2006 and to provide notice of denial of

Section 408 assistance and notice of the opportunity to appeal, and that it will not be used for any

other purpose or redistributed except as provided in the Protective Order.

2.    **Obligation to Return or Destroy:**  I agree that the FEMA master list and all copies of

the list that are in my possession will be returned to FEMA or destroyed within 30 days after

FEMA notifies the plaintiffs that all appeals of the Section 408 eligibility decisions filed by the

applicants covered by the November 29 and December 13, 2006 Orders have concluded.  If I

elect to destroy the documents rather than return them, I shall certify in writing to FEMA that all

such documents and copies thereof have been destroyed.  I further agree that any documents

created that identify any specific evacuee name, address, or telephone number information

contained in the master list and that are in my possession will also be destroyed.

3.    **Limited Disclosure:**  I agree that I will disclose information contained in the master list

only as provided by the Court's order.

 

 

_____
(Signature)

_____
(Printed Name)

_____
_____
(Address)

Dated: _____

5