IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* <br><br>      Plaintiffs, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), <br><br>      Defendant. | § § § § § § § § § § § § § § | Civil Action No. 06-1521-RJL |

**MOTION TO AMEND PRIVACY ACT PROTECTIVE ORDER**

On December 28, 2006, this Court issued a Privacy Act Protective Order, to which the parties stipulated, ordering the disclosure of FEMA's master list of evacuees covered by the Court's November 29, 2006 Order. Plaintiffs now propose a modest amendment to that protective order, authorizing FEMA to also release the computer codes corresponding to the reasons for which each evacuee was denied housing assistance. The availability of this information would greatly expedite the process of notifying evacuees of the reasons they were denied housing assistance and enable them to decide whether to appeal.

The restrictions of the Privacy Act do not apply where "disclosure of the record would be . . . pursuant to the order of a court of competent jurisdiction." 5 U.S.C. § 552a(b)(11). Although "[n]either the statute nor anything in its legislative history specifies the standards for issuance of such a court order," *Laxalt v. McClatchy*, 809 F.2d 885, 888 (D.C. Cir.1987), courts generally balance the need for the disclosure against the potential harm to the subject of the disclosure. *Perry v. State Farm Fire & Cas. Co.*, 734 F.2d 1441, 1447 (11th Cir. 1984).

With respect to the denial-code information, the balance is even easier than it was with

respect to the information already released: The privacy interest in this information is minimal compared to the evacuees' identifying information and would, in any event, be subject to the stringent limitations of the Protective Order. The Court has already determined that the evacuees' need for housing assistance is great. Attached to this motion are letters from the Project Manager of the City of Houston's Joint Hurricane Housing Task Force and the Disaster Assistance Team Manager of Texas Rural Legal Aid, respectively. As these letters indicate, the availability of the denial-code information would expedite the process of notifying evacuees of the reasons they were denied housing assistance and enable each evacuee to make an informed decision concerning whether to appeal. Finally, this information could be easily added to the computer spreadsheets that FEMA has already released pursuant to the Protective Order.

For the foregoing reasons, plaintiffs request that the Court enter the proposed order amending the Privacy Act Protective Order.

Respectfully submitted,

*/s/ Michael Kirkpatrick*
_____
Michael T. Kirkpatrick
    (DC Bar No. 486293)
    mkirkpatrick@citizen.org
Deepak Gupta
    (DC Bar No. 495451)
    dgupta@citizen.org
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009
(202) 588-1000
(202) 588-7795 (fax)

Robert W. Doggett
    (TX Bar No. 05945650)
    rdoggett@trla.org

                    Jerome W. Wesevich
                        (TX Bar No. 21193250)
                    jwesevich@trla.org
              Texas RioGrande Legal Aid, Inc.
            4920 North Interstate Highway 35
            Austin, Texas 78751
            (512) 374-2725
            (512) 447-3940 (fax)

Dated: January 4, 2007            *Attorneys for Plaintiffs*