

# CITY OF HOUSTON
Hurricane Housing Task Force

**Bill White**

Mayor

P.O. Box 368
Houston, Texas 77001-0368
City Hall Annex
900 Bagby, 3rd Floor

T. 713.437.6745
F. 713.247.1017
www.HoustonHurricaneRecovery.org

January 4, 2007

Mr. Deepak Gupta
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC  20000                                             email dgupta@citizen.org

RE:    *ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW et al v. FEMA*; Cause No. 1:06-cv-01521-RJL; U.S. District Court for the District of Columbia

Dear Mr. Gupta:

The City of Houston is assisting in disseminating information to evacuees on how they can cure their ineligibility problems or proceed with an appeal.  After receiving the address information from ACORN's counsel on December 28, the City mailed on December 29 the attached notice to the 3,064 evacuees previously in Houston's program.  We are now planning an Evacuee Workshop for this same population on Thursday, January 11, 2007, where they can meet with representatives of Rio Grande Legal Aid (from central Texas), Lone Star Legal Aid (serving Houston and East Texas), and social services case managers and get assistance in preparing an appeal.

To facilitate appeal efforts, **the City requests that the Court order FEMA to make available to ACORN's attorneys each evacuee's specific reason code (or reference to specific inserted paragraph) providing the basis that FEMA determined that same evacuee was ineligible.  The City also requests that the Court authorize ACORN's attorneys to release such individual evacuee's ineligible reason code or paragraph reference to the organizations listed in the Court's Privacy Act Protective Order of December 28, 2006, and additionally to Lone Star Legal Aid.**

No evacuee will be able to make an appeal until they know their reason of ineligibility.  Learning their reason of ineligibility is frustrated because (i) FEMA sent its detailed letter by certified mail – many persons will not pick up a certified letter, and (2) FEMA's address information has not been cleaned or updated – and therefore letters are not reaching the evacuees.  Address problems in FEMA's list include zip codes which do not agree with cities, e.g., Houston 70077, 70080, 70091, 70099 (all Houston are zip

January 7, 2007                                                                                                         page 2
Mr. Deepak Gupta

codes begin with 77 not 70); and cities that do not agree with states, e.g., New Orleans TX. Additionally, FEMA apparently did not update its list though commercially available U.S.P.S. change of address database registries. On Wednesday, January 3, the City received 72 letters back in which the post office indicated that there was a forwarding address, but the forwarding order had expired. We anticipate more letters will be returned today and tomorrow for the same reason. Processing the list through a commercially available change of address database would have produced more accurate addresses.

Having individual evacuee ineligibility reason codes will enable a lawyer or paralegal to make sure that an evacuee can submit an appeal that is response to FEMA's ineligibility finding. This will facilitate the Court's objective that the appeal process be simple.

If you have any questions, please call me at 713-437-6745.

                              Sincerely,

                              Robert R. Johnson
                              Program Manager
                              Joint Hurricane Housing Task Force
                              Sr. Assistant City Attorney
                              Legal Department


attachment:   Notice to appeal sent evacuees affected by ACORN lawsuit and who were previously in Houston evacuee housing program


c:     Michael T. Kirkpatrick, attorney for Plaintiff, mkirkpatrick@citizen.org
      Christopher R. Hall, attorney for Defendant, email christopher.hall@usdoj.gov

City of Houston; 12/29/2006



**Joint Hurricane Housing Task Force**
www.HoustonHurricaneRecovery.org    713-715-6500

# YOU HAVE ONE LAST CHANCE TO APPEAL YOUR LOSS OF FEMA HOUSING BENEFITS

**ACT NOW.**  You must send an appeal to FEMA to have any chance of receiving additional FEMA housing assistance.  Your appeal must relate to the reason FEMA gave that you are ineligible.  This is your final chance to appeal.  Act today.

**GETTING INFORMATION FROM FEMA.**  Within the last ten days, FEMA should have sent you a certified letter explaining why FEMA determined you are not eligible for Temporary Housing Assistance through FEMA's Individuals and Households Program.  If you did not receive that letter, or need assistance in determining the reason that FEMA claims you are ineligible, call FEMA at 1-800-621-FEMA (1-800-621-3362).  You can request that FEMA send you a second copy of FEMA's letter by regular mail.

**WHAT SHOULD I DO?**  Carefully read the letter that FEMA sent you concerning your application for continued housing benefits.  That letter has an explanation of why FEMA believes you are not eligible for housing benefits under FEMA's Section 408, Individual and Households Program.  To have any chance of getting additional housing benefits, you must supply FEMA with the information that FEMA is requesting.  Your appeal must be in writing.  Put your FEMA registration number on your appeal.  Keep a copy of your appeal.  Your appeal should be mailed to:

> FEMA – National Processing Service Center
> P.O. Box 10055
> Hyattsville, MD  20782-7055

Or you may fax your appeal to 1-800-827-8112.  Keep proof of any fax transmission.

**I AM CONFUSED, WHO CAN I TALK TO?**  You may call Lone Star Legal Aid at 713-652-0077 or 1-800-568-3857 and they will provide free legal help and information.  You may also call ACORN at 713-868-7015 with questions or concerns.  If you have a case manager through a social services agency, you may contact that case manager for assistance.  If you do not have a case manager, you may call 211 and ask for a referral to a case manager.  You may also call FEMA at 1-800-621-3362.

**IMPORTANT REMINDERS.**  Take good notes on all telephone calls you have with FEMA including the name and badge number of each FEMA representative you speak to.  Keep copies of all letters and notices you receive from FEMA as well as copies of all letters that you send to FEMA.

**IS THERE ANYTHING ELSE I NEED TO DO?**  To receive future benefits, you must make sure that FEMA has your current mailing address and telephone number.  If you have moved since you made an application for benefits with FEMA, call 1-800-621-3362 and give them your current mailing address and telephone number.