

# Texas RioGrande Legal Aid, Inc.

NUECES COUNTY COURTHOUSE
901 LEOPARD STREET - ROOM 105
CORPUS CHRISTI, TEXAS 78401
TELEPHONE (361) 888-0282
FACSIMILE (361) 888-0705
WWW.TRLA.ORG

TRACY ODVODY FIGUEROA
STAFF ATTORNEY

E-MAIL: TFIGUEROA@TRLA.ORG

January 4, 2007

Deepak Gupta
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009

Dear Mr. Gupta:

I have reviewed the spreadsheet FEMA has provided to Plaintiffs' counsel as part of the ACORN v. FEMA lawsuit. It would be helpful if the spreadsheet also indicated the FEMA code corresponding to the reason each of the listed evacuees was being denied assistance. This would expedite our efforts to assist those evacuees who apply for our assistance.

We expect that some of the listed evacuees will not receive their certified letters from FEMA, but will contact us as a result of our outreach. Although they can request that FEMA send them another copy by regular mail, this will take time. We want to move as quickly as possible to help them pursue the rental assistance they need.

Sincerely,

Tracy Odvody Figueroa
Disaster Assistance Team Manager