IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § | Civil Action No. 06-1521-RJL |
| v. | § § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § § | |
| Defendant. | § | |

**ORDER AMENDING PRIVACY ACT PROTECTIVE ORDER**

On December 28, 2006, this Court issued a Privacy Act Protective Order. Having balanced the interests in releasing disaster applicant records with the requirements of the Privacy Act, 5 U.S.C. § 552a, the Court hereby amends the December 28, 2006 Order as follows:

1.  FEMA is authorized to disclose, subject to the terms of the Protective Order, an amended master list of evacuees including FEMA's computer codes corresponding to the reasons for which each applicant was denied assistance under Section 408 of the Stafford Act. FEMA shall release this amended master list to plaintiffs' counsel not later than January _____, 2007.

3.  All limitations, terms, and conditions of the Privacy Act Protective Order shall apply with equal force to the amended master list.

Dated: January ____, 2007

_____
RICHARD J. LEON
United States District Judge

SO ORDERED