UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), et al., <br><br> Plaintiffs, <br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 06-1521-RJL |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO SERVE ITS ANSWER TO THE COMPLAINT**

Defendant hereby moves for leave, if necessary, to serve its answer to plaintiffs' Complaint out of time. In light of defendant's appeal from, and the Court of Appeals' partial stay of, this Court's Orders of November 29 and December 13, 2006, it is unclear whether defendant is obligated at present to serve an answer to the Complaint. Nonetheless, defendant intends to answer the Complaint out of an abundance of caution. Extending the time for defendant to serve its answer will not prejudice plaintiffs, and plaintiffs' counsel have authorized the undersigned to inform the Court that plaintiffs do not oppose this motion.

Dated: January 8, 2007 Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney


    */s/ Christopher R. Hall*
MICHAEL SITCOV
CHRISTOPHER HALL
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C.  20530

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-1521-RJL |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) ) ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

For the reasons set forth in defendant's Unopposed Motion for an Extension of Time to Serve its Answer to the Complaint, it is hereby ORDERED that defendant's motion is GRANTED.

SO ORDERED this _____ day of January, 2007.

_____
Hon. Richard J. Leon
United States District Judge