UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 06-1521-RJL |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) ) ) ) |
| Defendant. | ) ) |

**NOTICE OF ORDER OF THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT DENYING PLAINTIFF-APPELLEES' MOTION FOR RECONSIDERATION**

NOTICE is hereby given that on January 16, 2007, the Court of Appeals for the District of Columbia Circuit issued the Order attached hereto, denying plaintiff-appellees' motion for reconsideration of the Circuit Court's Order of December 22, 2006, granting in part and denying in part defendant-appellant's emergency motion for stay pending appeal in this case.

Dated: January 17, 2007								Respectfully submitted,

                                                               PETER D. KEISLER
											Assistant Attorney General

											JEFFREY A. TAYLOR
											United States Attorney


											 */s/ Christopher R. Hall*
											MICHAEL SITCOV
											CHRISTOPHER HALL
											Trial Attorneys
											U.S. Department of Justice
											Civil Division
											Federal Programs Branch
											P.O. Box 883
											Washington, D.C.  20530

											(202) 514-4778