# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5403** September Term, 2006

06cv01521

Filed On: January 16, 2007

[1016324]
Association of Community Organizations for Reform NOW, Inc., (ACORN), et al.,
    Appellees

v.

Federal Emergency Management Agency, (FEMA),
    Appellant

_____

Consolidated with 06-5412

**BEFORE**:  Henderson, Randolph, and Tatel, Circuit Judges

## O R D E R

Upon consideration of the motion for reconsideration filed December 29, 2006, the opposition thereto, and the reply, it is

**ORDERED** that the motion for reconsideration be denied.  Upon reexamination of the parties' submissions relating to the motion for stay, we doubt plaintiff-appellees are likely to succeed on their claim that they have a property right to benefits under section 403, which FEMA has terminated and which the district court awarded as a remedy.  See Washington Legal Clinic for the Homeless v. Barry, 107 F.3d 32, 38 (D.C. Cir. 1997).  Insofar as plaintiff-appellees claim a property right in section 408 benefits, which they have neither received nor shown their eligibility for, we find it likely that Heckler v. Lopez, 463 U.S. 1328 (1983), prevents this court from upholding the district court's injunction.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Deputy Clerk/LD