IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), *et al.* | § § § § | |
| Plaintiffs, | § § | Civil Action No. 06-1521-RJL |
| v. | § § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), | § § § § | |
| Defendant. | § | |

**PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i)**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs dismiss this action without prejudice.

Dated: January 30, 2006                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael T. Kirkpatrick*
　　　　　　　　　　　　　　　　　　　　　Michael T. Kirkpatrick
　　　　　　　　　　　　　　　　　　　　　　　(DC Bar No. 486293)
　　　　　　　　　　　　　　　　　　　　　　　　mkirkpatrick@citizen.org
　　　　　　　　　　　　　　　　　　　　　Deepak Gupta
　　　　　　　　　　　　　　　　　　　　　　　(DC Bar No. 495451)
　　　　　　　　　　　　　　　　　　　　　　　　dgupta@citizen.org
　　　　　　　　　　　　　　　　　　　　　Public Citizen Litigation Group
　　　　　　　　　　　　　　　　　　　　　1600 20th Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20009
　　　　　　　　　　　　　　　　　　　　　(202) 588-1000
　　　　　　　　　　　　　　　　　　　　　(202) 588-7795 (fax)

        Robert W. Doggett
           (TX Bar No. 05945650)
           rdoggett@trla.org
Jerome W. Wesevich
           (TX Bar No. 21193250)
           jwesevich@trla.org
Texas RioGrande Legal Aid, Inc.
4920 North Interstate Highway 35
Austin, Texas 78751
(512) 374-2725
(512) 447-3940 (fax)

*Attorneys for Plaintiffs*