# United States Court of Appeals

### For The District of Columbia Circuit

**No. 06-5403**　　　　　　　　　　　　　　**September Term, 2006**

　　　　　　　　　　　　　　　　　　　　　　06cv01521

Association of Community Organizations for Reform NOW, Inc., (ACORN), et al.,
　　　　Appellees

v.

Federal Emergency Management Agency, (FEMA),
　　　　Appellant

**Filed On:** JUL 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED APR 3 0 2007

CLERK

Consolidated with 06-5412

**BEFORE:**　　Rogers, Brown, and Griffith, Circuit Judges

### O R D E R

Upon consideration of the motion to vacate orders on appeal and dismiss appeal as moot, the response thereto, and the reply, it is

**ORDERED** that the appeals be dismissed as moot in light of the notice of dismissal filed in the district court on January 30, 2007. It is

**FURTHER ORDERED** that the district court's orders granting a preliminary injunction be vacated. See United States v. Munsingwear, Inc., 340 U.S. 36, 39-40 (1950).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

MANDATE
Pursuant to the provisions of Fed. R. App. Pre. 41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
　　　　　　___ Opinion
　　　　　　___ Order on Costs

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk